UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(GREENVILLE DIVISION)

| | |
|---|---|
| EDEN ROGERS, ET.AL.<br>_____,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET.AL<br>_____,<br>Defendants. | Case No. 6:19-cv-01567-TMC<br><br><br><br><br><br>**Motion**<br>**in Support of**<br>*Pro Hac Vice* **Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Leslie J. Cooper be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).
    - ☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☐ does not intend to oppose
    - X Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
       ___No appearances have been entered._____
    - ☐ No duty of consultation is required because the opposing party is proceeding pro se.

_ACLU of South Carolina                           Susan K. Dunn (Federal Bar #647)
                                                  Name of Local Counsel
_P.O. Box 20998_____              _s/__Susan K. Dunn_____
                                                  Signature of Local Counsel
_Charleston, SC 29413_____             Local Counsel for the Plaintiffs

843-282-7953_____

sdunn@aclusc.org_____