UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| EDEN ROGERS, ET.AL. | ) ) ) | 6:19-cv-01567-TMC |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET.AL. | ) ) ) ) ) | |
| Defendants. | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant, Leslie J. Cooper, who represents the Plaintiffs

    ☐    Be **granted** admission *pro hac vice* in this case.

    ☐    Be **denied** admission *pro hac vice* in this case.

_____, 2019                        _____
Date                                                                          Timothy M. Cain
                                                                                    US District Judge