# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ( GREENVILLE  DIVISION)

__Eden Rogers_____,  )
Plaintiff/Petitioner/USA,         )   Case No. __6:19-cv-01567__
                                  )
v.                                )   **Application/Affidavit for**
__U. S. Dept. of Health and Human Services__,  )   ***Pro Hac Vice*** **Admission**
Defendant/Respondent.             )
                                  )

(1) <u>Name</u>.  ____Leslie_____  ____Jill_____  ____Cooper_____
         First             Middle            Last

(2) <u>Residence</u>. I reside in the following state: __New Jersey__
    If a South Carolina resident, indicate months/years of residence: _____

(3) <u>Business Address</u>. I am an attorney and practice law under the name of or as a member of the following firm:

   Firm name: __American Civil Liberties Union Foundation__
   Mailing address: __125 Broad St. 18th Floor__   City/State/Zip __New York, NY 10004__
   Telephone number: __212-549-2672__
   Facsimile number: __N/A__
   E-mail address: __lcooper@aclu.org, anava@aclu.org__
   (Application will not be considered without an e-mail address to receive electronic notification.)

(4) <u>Jurisdiction of this Court</u>. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5) <u>Regular Practice of Law</u>. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of __New York__ where I regularly practice law. **Attached is my certificate of good standing.**

(6) Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1]This District 1 maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

| Court | Date Admitted | Good Standing |
|---|---|---|
| List of courts in good standing is attached to this application. | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? ................................................ ☐ Yes ☑ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____
_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes ☑ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____
_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes ☑ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____
_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes ☑ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____
_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes ☑ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____
_____

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

Attorney Name: _____
Firm Name: Susan Dunn, ACLU of South Carolina
Street Address or Post Office Box: P.O. Box 20998
City, State, and Zip Code: Charleston, S.C. 29413-0998
Telephone Number: 843-282-7955
E-Mail Address: sdunn@ACLUSC.org

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13) Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.
Peter Barbur + Katherine Janson (Cravath, Swaine + Moore); Karen Loewy, Cathren Cohen and Currey Cook (Lambda Legal); Daniel Mach (ACLU); Melissa Burnette + Nekki Shutt (Burnette, Shutt, McDaniel)

(14) Application Fee. I affirm that the application fee of two hundred and fifty dollars ($250) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15) Electronic Notification. By submitting this application, I consent to electronic notification.

(16) Represented Party/Parties. I seek to represent the following party/parties:
Eden Rogers and Brandy Welch

(17) I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

_____
Signature of Applicant

**Sworn to and subscribed before me**
this 11th day of June, 2019.

_____
A Notary Public
of the State of New York

My Commission expires: 3/2/23

LINDSEY BRETON KALEY
Notary Public, State of New York
No. 01KA6320437
Qualified in Kings County
Commission Expires Mar. 02 2023

# Leslie Cooper Bar Memberships

| Name of State or Federal Bar or Court | Date Admitted |
|---|---:|
| New Jersey State Bar | 1995 |
| New York State Bar | June 17, 1996 |
| U.S. Supreme Court | June 25, 2015 |
| U.S. Court of Appeals for the Third Circuit | August 13, 2012 |
| U.S. Court of Appeals for the Fourth Circuit | October 29, 2015 |
| U.S. Court of Appeals for the Sixth Circuit | June 20, 2001 |
| U.S. Court of Appeals for the Eighth Circuit | April 10, 2015 |
| U.S. Court of Appeals for the Eleventh Circuit | January 23, 2002 |
| U.S. District Court for the Eastern District of Arkansas | May 27, 2003 |
| U.S. District Court for the Western District of Arkansas | May 27, 2003 |
| U.S. District Court for the Middle District of Florida | February 11, 2014 |
| U.S. District Court for the Northern District of Florida | April 2014 |
| U.S. District Court for the Eastern District of Michigan | December 02, 2013 |
| U.S. District Court for the Western District of Michigan | June 10, 2019 |
| U.S. District Court for the Southern District of New York | 1997 |
| U.S. District Court for the Eastern District of New York | February 25, 1997 |

**Pro Hac Vice**

| | |
|---|---:|
| U.S. District Court for the District of Nebraska | June 2005 |
| U.S. District Court for the Western District of Missouri | October 2011 |
| U.S. District Court, District of Nevada | April 2013 |
| U.S. District Court, Northern District of California | June 2006 |
| U.S. District Court for the Middle District of Pennsylvania | October 2013 |
| U.S. District Court for the Eastern District of Pennsylvania | April 2017 |