**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| EDEN ROGERS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 6:19-cv-1567 (TMC) |

ALTERNATIVE DISPUTE RESOLUTION ("ADR")
STATEMENT AND CERTIFICATION

Pursuant to Local Rule 16.05, the undersigned certifies that he or she has (1) provided the parties that he or she represents with any materials relating to ADR which were required to be provided by Local Rule 16.01 or order of the Court, (2) discussed the availability of ADR mechanisms with the party, and (3) discussed the advisability and timing of ADR with opposing counsel.

DATED: June 30, 2020                             Respectfully submitted,

                                                 JOSEPH H. HUNT
                                                 Assistant Attorney General

                                                 PETER M. McCOY, JR.
                                                 United States Attorney

                                                  */s/ Christie V. Newman*
                                                 CHRISTIE V. NEWMAN (#5473)
                                                 Assistant United States Attorney
                                                 1441 Main Street, Suite 500
                                                 Columbia, SC 29201
                                                 Telephone: (803) 929-3021
                                                 Email: Christie.Newman@usdoj.gov

                                                 MICHELLE BENNETT
                                                 Assistant Branch Director

                                                 CHRISTOPHER A. BATES
                                                 Senior Counsel to the Assistant Attorney General

                                                 JAMES R. POWERS (TX Bar No. 24092989)*
                                                 Trial Attorney
                                                 Federal Programs Branch
                                                 U.S. Department of Justice, Civil Division
                                                 1100 L Street, NW
                                                 Washington, DC 20005
                                                 Telephone: (202) 353-0543
                                                 Email: james.r.powers@usdoj.gov

                                                 *Admitted *pro hac vice*

                                                 *Counsel for Federal Defendants*