# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| EDEN ROGERS and BRANDY WELCH,<br><br>Plaintiffs,<br><br>-against-<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ALEX AZAR, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES;<br><br>LYNN JOHNSON, in her official capacity as Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND FAMILIES;<br><br>SCOTT LEKAN, in his official capacity as Principal Deputy Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND FAMILIES;<br><br>HENRY MCMASTER, in his official capacity as Governor of the STATE OF SOUTH CAROLINA; and<br><br>MICHAEL LEACH, in his official capacity as State Director of the SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES,<br><br>Defendants. | Case No. 6:19-cv-1567-TMC<br><br>**DECLARATION OF PETER T. BARBUR IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |

## DECLARATION OF PETER T. BARBUR

I, PETER T. BARBUR, declare as follows:

I am a Partner of the law firm Cravath, Swaine & Moore LLP and am admitted *pro hac vice* as counsel to Plaintiffs Eden Rogers and Brandy Welch in the above-captioned action.

I submit this declaration in support of Plaintiffs' Motion to Compel Discovery dated October 5, 2020.

1. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' First Set of Requests for Production to Defendant Henry McMaster, dated June 4, 2020.

2. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiffs' First Set of Requests for Production to Defendant Michael Leach, dated June 4, 2020.

3. Attached hereto as **Exhibit 3** is a true and correct copy of emails between Peter Barbur and Miles Coleman, *et al.*, dated July 1-2, 2020 and July 15-16, 2020.

4. Attached hereto as **Exhibit 4** is a true and correct copy of Defendant Henry McMaster's Objections and Responses to the Plaintiffs' First Set of Requests for the Production of Documents, dated August 4, 2020.

5. Attached hereto as **Exhibit 5** is a true and correct copy of Defendant Michael Leach's Responses and Objections to Plaintiffs' First Set of Requests for the Production of Documents, dated August 4, 2020.

6. Attached hereto as **Exhibit 6** is a true and correct copy of emails between Rebecca Schindel and Miles Coleman, *et al.*, dated August 24-26, 2020.

1

2

7.     Attached hereto as **Exhibit 7** is a true and correct copy of a letter from Peter T. Barbur to Miles Coleman, *et al.*, dated September 16, 2020.

8.     Attached hereto as **Exhibit 8** is a true and correct copy of a letter from Miles Coleman to Peter T. Barbur, *et al.*, dated September 22, 2020.

9.     Attached hereto as **Exhibit 9** is a true and correct copy of a letter from Kenneth P. Woodington to Peter T. Barbur, *et al.*, dated September 22, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2020.

_____

Peter T. Barbur

2