# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Eden Rogers et al., ) | |
| ) | Civil Action No. 6:19-cv-01567-JD |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Joint Status Report** |
| ) | |
| United States Department of Health and ) | |
| Human Services, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Court's ECF text order dated December 29, 2020 (ECF No. 120), the parties submit the following joint status report concerning their efforts to resolve the discovery disputes raised in Plaintiffs' Motion to Compel Discovery (ECF No. 107). The parties have continued to communicate and work diligently to resolve the disputes. As of January 18, 2021, the parties have reached agreement regarding resolution of the disputed issues, and counsel for Plaintiffs has indicated Plaintiffs will withdraw their Motion to Compel.

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/ Miles E. Coleman
Miles E. Coleman
Federal Bar No. 11594
E-Mail: miles.coleman@nelsonmullins.com
2 W. Washington Street, Fourth Floor
Greenville, SC 29601
(864) 373-2352

Jay T. Thompson
Federal Bar No. 09846
E-Mail: jay.thompson@nelsonmullins.com
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000

OFFICE OF THE ATTORNEY GENERAL

Robert D. Cook
South Carolina Solicitor General
Federal Bar No. 285
E-Mail: bcook@scag.gov
Post Office Box 11549
Columbia, SC 29211
(803) 734-3970

January 19, 2021        *Attorneys for Governor Henry McMaster*

s/ Susan K. Dunn

Susan K. Dunn (Federal Bar No. 647)
AMERICAN CIVIL LIBERTIES UNION
OF SOUTH CAROLINA FOUNDATION
   P.O. Box 20998
      Charleston, SC 29413
         (843) 282-7953
         sdunn@aclusc.org

South Carolina Equality Coalition, Inc.
Nekki Shutt (Federal Bar No. 6530)
M. Malissa Burnette (Federal Bar No. 1616)
BURNETTE SHUTT & MCDANIEL, PA
   912 Lady Street, 2nd floor
      P.O. Box 1929
         Columbia, SC 29202
           (803) 850-0912
           mburnette@burnetteshutt.law
           nshutt@burnetteshutt.law

Peter T. Barbur (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
   Worldwide Plaza
      825 Eighth Avenue
         New York, NY 10019
           (212) 474-1000
           pbarbur@cravath.com

Leslie Cooper (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
   125 Broad Street, 18th Floor
      New York, NY 10004
         (212) 549-2633
         lcooper@aclu.org

Daniel Mach (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
   915 15th Street NW
      Washington, DC 20005
         (202) 675-2330
         dmach@aclu.org

M. Currey Cook (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ccook@lambdalegal.org
ccohen@lambdalegal.org

Karen L. Loewy (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street NW, 8th Floor
Washington, DC 20006-2304
(202) 804-6245
kloewy@lambdalegal.org

*Attorneys for Plaintiffs*

DAVIDSON, WREN & DeMASTERS, P.A.

s/ Kenneth P. Woodington
KENNETH P. WOODINGTON, #4741
WILLIAM H. DAVIDSON, II, #425
1611 Devonshire Drive, 2nd Floor
Post Office Box 8568
Columbia, South Carolina 29202-8568
wdavidson@dml-law.com
kwoodington@dml-law.com
T: 803-806-8222
F: 803-806-8855

*Attorneys for Defendant Michael Leach*

5