# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| EDEN ROGERS and BRANDY WELCH,<br><br>                                      Plaintiffs,<br><br>-against-<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*<br><br>                                     Defendants. | Case No. 6:19-cv-1567-JD<br><br>**CERTIFICATION OF PLAINTIFFS' EXPERT WITNESS DISCLOSURE** |

      Pursuant to the Second Amended Scheduling Order in this matter (ECF No. 116) and Federal Rule of Civil Procedure 26(a)(2), Plaintiffs certify that a written report prepared and signed by expert witness David M. Brodzinsky, Ph.D., which includes all information required by Rule 26(a)(2)(B), was disclosed to Defendants on March 8, 2021. Dr. Brodzinsky's contact information is as follows:

David M. Brodzinsky, Ph.D.
526 Monarch Ridge Dr
Walnut Creek, CA 94597
Telephone: (510) 985-1772

March 8, 2021

                                                          s/ Nekki Shutt
                                                   South Carolina Equality Coalition, Inc.
                                                   M. Malissa Burnette (Federal Bar No. 1616)
                                                   Nekki Shutt (Federal Bar No. 6530)
                                                   BURNETTE SHUTT & MCDANIEL, PA
                                                      912 Lady Street, 2nd floor
                                                          P.O. Box 1929
                                                            Columbia, SC 29202
                                                               (803) 850-0912
                                                                 mburnette@burnetteshutt.law
                                                                   nshutt@burnetteshutt.law

Susan K. Dunn (Federal Bar No. 647)
AMERICAN CIVIL LIBERTIES UNION
OF SOUTH CAROLINA FOUNDATION
P.O. Box 20998
Charleston, SC 29413
(843) 282-7953
sdunn@aclusc.org

Peter T. Barbur (admitted *pro hac vice*)
Katherine D. Janson (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
pbarbur@cravath.com
kjanson@cravath.com

Leslie Cooper (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
lcooper@aclu.org

Daniel Mach (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 675-2330
dmach@aclu.org

M. Currey Cook (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ccook@lambdalegal.org
ccohen@lambdalegal.org

Karen L. Loewy (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street NW, 8th Floor
Washington, DC 20006-2304
(202) 804-6245
kloewy@lambdalegal.org

*Attorneys for Plaintiffs*