IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Eden Rogers et al., | ) | |
| | ) | Civil Action No. 6:19-cv-01567-JD |
| Plaintiffs, | ) | |
| | ) | **CERTIFICATION OF DEFENDANT** |
| v. | ) | **GOVERNOR HENRY MCMASTER'S** |
| | ) | **EXPERT WITNESS DISCLOSURES** |
| United States Department of Health and Human Services et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Second Amended Scheduling Order in this matter (ECF No. 116) and Federal Rule of Civil Procedure 26(a)(2), Defendant Henry McMaster, in his official capacity as Governor of South Carolina, certifies that on April 7, 2021, he disclosed to counsel for all parties the written report prepared and signed by expert witness Steven Roach. Governor McMaster further certifies that the written report includes all information required by Fed. R. Civ. P. 26(a)(2)(B). Mr. Steven Roach's contact information is provided below:

    Mr. Steven Roach
    1625 West Washington
    Springfield, IL 62702
    (217) 523-9201

In addition, Governor McMaster identifies Professor David M. Smolin as an expert witness. Professor Smolin's contact information is provided below:

    Professor David M. Smolin
    Cumberland School of Law
    Samford University
    800 Lakeshore Drive
    Birmingham, Alabama 35229
    (205) 726-2418

With the consent of counsel for all parties, Governor McMaster's has filed a motion requesting an extension of time to serve Professor David Smolin's expert report. (*See* ECF No.

132). Pending the Court's ruling on that motion, Governor McMaster will serve Professor Smolin's expert report on all parties by April 30, 2021.

        Respectfully submitted

        NELSON MULLINS RILEY & SCARBOROUGH LLP

        By: s/ Miles E. Coleman
            Miles E. Coleman
            Federal Bar No. 11594
            E-Mail: miles.coleman@nelsonmullins.com
            2 W. Washington St. / Fourth Floor
            Greenville, SC 29201
            (864) 373-2352

            Jay T. Thompson
            Federal Bar No. 09846
            E-Mail: jay.thompson@nelsonmullins.com
            1320 Main Street / 17th Floor
            Post Office Box 11070 (29211-1070)
            Columbia, SC 29201
            (803) 799-2000

        OFFICE OF THE ATTORNEY GENERAL

            Robert D. Cook, South Carolina Solicitor General
            Federal Bar No. 285
            E-Mail: bcook@scag.gov
            Post Office Box 11549
            Columbia, SC 29211
            (803) 734-3970

        *Attorneys for Governor Henry McMaster*

Greenville, South Carolina
April 7, 2021