# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| Eden Rogers et al., | ) | |
| | ) | Civil Action No. 6:19-cv-01567-JD |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **DEFENDANT MICHAEL LEACH'S** |
| | ) | **FILING WITH REGARD TO EXPERT** |
| United States Department of Health and | ) | **DISCLOSURES** |
| Human Services, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Paragraph 6 of the Second Amended Scheduling Order, ECF No. 116, Defendant Michael Leach, in his official capacity as State Director of the South Carolina Department of Social Services, advises that he is not designating expert witnesses at this time. However, this Defendant reserves the right to rely on any aspect of the opinions of experts designated by any other party to the extent that the opinions of any such experts support any contention of this Defendant.

DAVIDSON, WREN & DEMASTERS P.A.

*s/Kenneth P. Woodington*
WILLIAM H. DAVIDSON, II, #425
KENNETH P. WOODINGTON, #4741
1611 Devonshire Drive, 2nd Floor
Post Office Box 8568
Columbia, South Carolina 29202-8568
wdavidson@dml-law.com
kwoodington@dml-law.com
T: 803-806-8222
F: 803-806-8855

*Counsel for Defendant Leach*

Columbia, South Carolina

April 7, 2021