**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| EDEN ROGERS and<br><br>BRANDY WELCH,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ALEX AZAR, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES;<br><br>LYNN JOHNSON, in her official capacity as Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND FAMILIES;<br><br>SCOTT LEKAN, in his official capacity as Principal Deputy Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND FAMILIES;<br><br>HENRY MCMASTER, in his official capacity as Governor of the STATE OF SOUTH CAROLINA; and<br><br>MICHAEL LEACH, in his official capacity as State Director of the SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES,<br><br>                    Defendants. | Case No. 6:19-cv-1567-JD<br><br>**DECLARATION OF PETER T. BARBUR IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF AMENDED PRIVILEGE LOGS FROM DEFENDANTS HENRY MCMASTER AND MICHAEL LEACH** |

## DECLARATION OF PETER T. BARBUR

I, PETER T. BARBUR, declare as follows:

I am a Partner of the law firm Cravath, Swaine & Moore LLP and am admitted *pro hac vice* as counsel to Plaintiffs Eden Rogers and Brandy Welch in the above-captioned action.

I submit this declaration in support of Plaintiffs' Motion to Compel Production of Amended Privilege Logs from Defendants Henry McMaster and Michael Leach, dated April 12, 2021.

1.      Attached hereto as **Exhibit 1** is a true and correct copy of Defendant Michael Leach's privilege log, served on December 18, 2020.

2.      Attached hereto as **Exhibit 2** is a true and correct copy of Defendant Henry McMaster's privilege log, dated January 21, 2021.

3.      Attached hereto as **Exhibit 3** is a true and correct copy of a letter from Peter Barbur to Miles Coleman and Kenneth Woodington, *et al.*, dated March 18, 2021.

4.      Attached hereto as **Exhibit 4** is a true and correct copy of an email from Miles Coleman to Katherine Janson and Kenneth Woodington, *et al.*, dated March 23, 2021, and a true and correct copy of a letter from Miles Coleman to Peter Barbur, *et al.*, dated March 22, 2021.

5.      Attached hereto as **Exhibit 5** is a true and correct copy of an email from Kenneth Woodington to Katherine Janson, *et al.*, dated April 5, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2021.

_____

Peter T. Barbur

# Exhibit 1

*Rogers et al. v. U.S. Dept. of Health and Human Servs. et al.*

Civil Action No.  6:19-cv-01567-TMC

Defendant Michael Leach (DSS)'s  supplement privilege log accompanying his Objections and Responses to
Plaintiffs' First Set of Requests for Production, his Objections and Supplemental Responses
to Plaintiffs' First Set of Requests for Production, and the documents produced therewith

| Date | Document type | From | To | CC | Subject/File Name | Privilege |
|------|---------------|------|-----|-----|-------------------|-----------|
| **5/29/2018** | Email | Thomas Limehouse | Miles Coleman, Jay Thompson, Tony Catone | Mardi Fair | Re: FYI- Faith-based proviso - | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| | Attachment | | | | 2019-05-15 Gov. McMaster to Chm. Lewis & David.pdf | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| **03/13/2019** | Email | Richele Taylor | Tony Catone | | FW: Governor McMaster | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| | Attachment | | | | McMaster SC Governors Office 1.18.19.pdf | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| **05/16/2019** | Email | Thomas Limehouse | Tony Catone | Michael Leach | FW: Letter from Gov. McMaster to Chm. Lewis & Davis | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| | Attachment | | | | 2019-05-15 Gov. McMaster to Chm. Lewis & David.pdf | Attorney-Client; Work Product;  Common Interest / Joint Defense |

| 03/12/2018 | Email | Richele Taylor | Karen L. Wingo, Tony Catone | | FW: Miracle Hill Proviso Language | Attorney-Client; Work Product; Common Interest / Joint Defense |
|---|---|---|---|---|---|---|
| 12/05/2018 | E-mail | Richele Taylor | Tony Catone | | FW: statistics Miracle Hill | Attorney-Client; Work Product; Common Interest / Joint Defense |
| 12/17/2018 | E-mail | Richele Taylor | Tony Catone | | FW: statistics Miracle Hill | Attorney-Client; Work Product; Common Interest / Joint Defense |
| 05/01/2019 | Email | Thomas Limehouse | Jay T. Thompson, Miles E. Coleman, BCook, Tony Catone, Ken Woodington | Mardi Fair | RE: Foster Care Waiver Letter (SC) | Attorney-Client; Work Product; Common Interest / Joint Defense |
| | Attachments | | | | 2019.05.01 Lewis Davis Ltr to SC Offlcials.pdf; 2019.05.01 Lewis Davis Ltr to Miracle Hill.pdf | Attorney-Client; Work Product; Common Interest / Joint Defense |
| 07/02/2018 | Email | Richele Taylor | Tony Catone | | Fwd: Faith Leaders and Organizations Oppose Provision Allowing Discrimination in Foster Care | Attorney-Client; Work Product; Common Interest / Joint Defense |
| | Attachment | | | | 2018-06-29 Faith Leaders and Organizations Oppose Provision Allowing Discrimination in Foster Care.pdf | |

| 02/21/2018 | Email | Richele Taylor | Susan Alford | Karen L. Wingo, Tony Catone | Letter to Miracle Hill | Attorney-Client; Work Product;  Common Interest / Joint Defense |
|---|---|---|---|---|---|---|
|  | Attachment |  |  |  | Letter to Miracle Hill.pdf | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| 03/12/2018 | Email | Richele Taylor | Tony Catone |  | Meeting - phone or in person | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| 04/29/2019 | Email | Thomas Limehouse | Tony Catone | Mardi Fair | ACLU inquiry | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| 04/26/2019 | Email | Thomas Limehouse | Tony Catone | Mardi Fair | ACLU inquiry | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| 04/26/2019 | Email | Thomas Limehouse | Tony Catone | Mardi Fair | ACLU inquiry | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| 04/29/209 | Email | Thomas Limehouse | Tony Catone | Mardi Fair | ACLU inquiry | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| 05/11/2020 | Email | Thomas Limehouse | Tony Catone |  | Order Eden Rogers Case | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| 05/08/2019 | Email | Thomas Limehouse | Miles E. Coleman, Jay T. Thompson, Tony Catone, B. Cook, Ken Woodington | Mardi Fair | RE: Foster Care Waiver Letter (SC) | Attorney-Client; Work Product;  Common Interest / Joint Defense |

| 05/16/2019 | Email | Thomas Limehouse | Miles E. Coleman, Jay T. Thompson, BCook, Tony Catone, Ken Woodington | Mardi Fair | RE: Foster Care Waiver Letter (SC) | Attorney-Client; Work Product; Common Interest / Joint Defense |
|---|---|---|---|---|---|---|
|  | Attachment |  |  |  | 2019-05-15 Gov. McMaster to Chm. Lewis & David.pdf | Attorney-Client; Work Product; Common Interest / Joint Defense |
| 08/12/2019 | Email | Thomas Limehouse | Miles E. Coleman, Mardi Fair | BCook, Jay T. Thompson, Ethan Bercot, Tony Catone, Ken Woodington | Update re: Rogers and Maddonna lawsuits | Attorney-Client; Work Product; Common Interest / Joint Defense |
|  | Attachments |  |  |  | 2019.8.9—Rogers v. HHS et al.—Gov. McMaster's Reply in Supp. of Mot. to Stay.docx<br>July 23 email w S. Dunn.pdf<br>June 27 email w Susan Dunn.pdf | Attorney-Client; Work Product; Common Interest / Joint Defense |
| 04/25/2018 | Email | Thomas Limehouse | Tony Catone | Richele Taylor | Executive Order Issue | Attorney-Client; Work Product; Common Interest / Joint Defense |
| 05/29/2018 | Email | Thomas Limehouse | Becky Laffitte | Monty Todd, Michael Montgomery, Robin Owens, Tony Catone, Susan Alford, | June 1 hearing Michelle H May 29 | Attorney-Client; Work Product; Common Interest / Joint Defense |

| | | | | Amanda Whittle, HollyPisarik, Taron B. Davis, Butch Bowers, Jay Wolfe | | |
|---|---|---|---|---|---|---|
| **05/30/2018** | Email | Thomas Limehouse | Becky Laffitte | Monty Todd, Michael Montgomery, Robin Owens, Tony Catone, Susan Alford, Amanda Whittle, Holly Pisarik, Taron B. Davis, Butch Bowers, Jay Wolfe, Shelley Stafford, Robin Owens | June 1 hearing Michelle H May 30 | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| **05/25/2018** | Email | Thomas Limehouse | Becky Laffitte | Monty Todd, Michael Montgomery, Robin Owens, Tony Catone, Susan Alford, Amanda Whittle, Holly Pisarik, Tron | June 1 hearing Michelle H | Attorney-Client; Work Product;  Common Interest / Joint Defense |

| | | | | B. Davis, Butch Bowers | | |
|---|---|---|---|---|---|---|
| **05/31/2018** | Email | Thomas Limehouse | Becky Laffitte, Butch Bowers | Monty Todd, Michael Montgomery, Tony Catone, Amanda Whittle, Holly Pisarik | June 1 hearing Judge Gergel May 31 | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| **03/12/2018** | Email | Richele Taylor | Tony Catone | | Meeting - phone or in person | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| **05/09/2018** | Email | Richele Taylor | Tony Catone | Karen L. Wingo | MH | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| **03/27/2018** | Email | Richele Taylor | Tony Catone, Thomas Limehouse | | Michelle H. - Executive Order No. 2018-12 | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| **03/28/2018** | Email | Richele Taylor | Tony Catone, Thomas Limehouse | | Michelle H. - Executive Order No. 2018-12 | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| **12/11/2018** | Email | Richele Taylor | Tony Catone | | RE: statistics Miracle Hill | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| **12/07/2018** | Email | Richele Taylor | Tony Catone | | RE: statistics Miracle Hill | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| **12/11/2018** | Email | Richele Taylor | Tony Catone | | RE: statistics Miracle Hill | Attorney-Client; Work Product;  Common Interest / Joint Defense |

| 12/20/2018 | Email | Richele Taylor | Tony Catone | | RE: statistics Miracle Hill | Attorney-Client; Work Product;  Common Interest / Joint Defense |
|---|---|---|---|---|---|---|
| 12/20/2018 | Email | Richele Taylor | Tony Catone | | RE: statistics Miracle Hill | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| 05/30/2019 | E-mail | Thomas Limehouse | Tony Catone | Mardi Fair | Rogers v. USDHHS et al. - Filed Copy of Complaint | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| | Attachment | | | | 2019-5-30—ECF No.1—PLTs" Complaint—Rogers v. USDHHS et al..pdf | |
| 5/16/2018 | E-mail | Richele Taylor | Pamela Bryant | | FW: Union DSS Investigator | Attorney-Client; Work Product;  Common Interest / Joint Defense |
| | Attachments | | | | Documents from *Means v. DSS* | |

# Exhibit 2

*Rogers et al. v. U.S. Dept. of Health and Human Servs. et al.*

Civil Action No.  6:19-cv-01567-TMC

Defendant Henry McMaster' privilege log accompanying his Objections and Responses to
Plaintiffs' First Set of Requests for Production, his Objections and Supplemental Responses
to Plaintiffs' First Set of Requests for Production, and the documents produced therewith

| Date | Document type | From | To | CC | Subject/File Name | Privilege |
|---|---|---|---|---|---|---|
| 2/21/2018 | Email | Richele Taylor | Brian Symmes | | Draft memo on the issues | Attorney-Client; Work Product |
| | Attachment | | | | Title IV.docx | Attorney-Client; Work Product |
| 2/21/2018 | Email | Richele Taylor | Susan Alford | Tony Catone; Karen Wingo | Letter to Miracle Hill | Attorney-Client; Work Product; Common Interest / Joint Defense |
| 2/21/2018 | Legal memo | Richele Taylor | Governor McMaster | | 2-21-18 privileged briefing.docx | Attorney-Client; Work Product |
| 2/21/2018 | Email | Karen Wingo | Richele Taylor | Tony Catone | Miracle Hill Communications | Attorney-Client; Work Product; Common Interest / Joint Defense |
| 2/21/2018 | Email | Richele Taylor | Brian Symmes | | Miracle Hill Letter | Attorney-Client; Work Product |
| | Attachment | | | | Miracle Hill Letter.doc | Attorney-Client; Work Product |
| 2/22/2018 | Email | Richele Taylor | Trey Walker | | Letter Religious Exemption | Attorney-Client; Work Product |

**Rogers et al. v. HHS et al.**
**Gov. Henry McMaster's privilege log**
**January 21, 2021**
**Page 2 of 15**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Attachment | | | | Letter Religious Exemption.docx | Attorney-Client; Work Product |
| **2/27/2018** | Email | Richele Taylor | Trey Walker | | Letter Religious Exemption | Attorney-Client; Work Product |
| | Attachment | | | | Letter Religious Exemption.docx | Attorney-Client; Work Product |
| **2/27/2018** | Email | Richele Taylor | Thomas Limehouse | | Letter Religious Exemption | Attorney-Client; Work Product |
| | Attachment | | | | Letter Religious Exemption.docx | Attorney-Client; Work Product |
| **2/27/2018** | Email | Thomas Limehouse | Taylor Richele | | Letter Religious Exemption- TL notes to RT draft | Attorney-Client; Work Product |
| | Attachment | | | | Letter Religious Exemption- TL notes to RT draft.docx | Attorney-Client; Work Product |
| **2/27/2018** | Draft letter | Richele Taylor | | | Letter Religious Exemption – Final.doc | Attorney-Client; Work Product |
| **3/12/2018** | Email | Richele Taylor | Tony Catone | | RE: meeting – phone or in person | Attorney-Client; Work Product; Common Interest / Joint Defense |
| **3/13/2018** | Email | Richele Taylor | Mark Plowden | | Executive Order – Please forward ASAP | Attorney-Client; Work Product |

**Rogers et al. v. HHS et al.**
**Gov. Henry McMaster's privilege log**
**January 21, 2021**
Page 3 of 15

| | | | | | | |
|---|---|---|---|---|---|---|
| | Attachment | | | | 2018-03-13 FINAL Executive Order No. 2018-12.docx | Attorney-Client; Work Product |
| 3/13/2018 | Email | Brian Symmes | Trey Walker | Richele Taylor; Thomas Limehouse | Re: Executive Order Summary | Attorney-Client; Work Product |
| 3/13/2018 | Email | Brian Symmes | Richele Taylor; Thomas Limehouse; Trey Walker | | EO DRAFT Release | Attorney-Client; Work Product |
| 3/13/2018 | Email | Brian Symmes | Zach Pippin | | FW: EO Draft Release | Attorney-Client; Work Product |
| 3/13/2018 | Email | Brian Symmes | Richele Taylor; Thomas Limehouse; Trey Walker | | RE: EO DRAFT Release | Attorney-Client; Work Product |
| 3/13/2018 | Email | Richele Taylor | Leigh Lemoine | | Constituent Letter | Attorney-Client; Work Product |
| 3/15/2018 | Email | Richele Taylor | Leigh Lemoine | | FW: Constituent Letter | Attorney-Client; Work Product |
| 3/20/2018 | Email | Richele Taylor | Leigh Lemoine | | Fwd: Constituent Letter | Attorney-Client; Work Product |
| 4/4/2018 | Email | Amy Hornsby | Thomas Limehouse; Richele Taylor | | Miracle Hill | Attorney-Client; Work Product |

**Rogers et al. v. HHS et al.**
**Gov. Henry McMaster's privilege log**
**January 21, 2021**
**Page 4 of 15**

| | | | | | | |
|---|---|---|---|---|---|---|
| **4/25/2018** | Email | Tony Catone | Thomas Limehouse; Richele Taylor | | FW: Executive Order Issue | Attorney-Client; Work Product; Common Interest / Joint Defense |
| | Attachment | | | | Senator Scott faith-based Child Placing Agency Letter.pdf | Attorney-Client; Work Product; Common Interest / Joint Defense |
| **4/25/2018** | Email | Richele Taylor | Trey Walker | | FW: Executive Order Issue | Attorney-Client; Work Product |
| | Attachment | | | | Senator Scott faith-based Child Placing Agency Letter.pdf | Attorney-Client; Work Product |
| **4/25/2018** | Email | Richele Taylor | Trey Walker | | RE: Executive Order Issue | Attorney-Client; Work Product |
| **4/25/2018** | Email | Thomas Limehouse | Tony Catone | Richele Taylor | Re: Executive Order Issue | Attorney-Client; Work Product; Common Interest / Joint Defense |
| **5/1/2018** | Email | Richele Taylor | Trey Walker | Thomas Limehouse | FW: FOIA Request | Attorney-Client; Work Product |
| **5/9/2018** | Email | Richele Taylor | Tony Catone | Karen Wingo | RE: MH | Attorney-Client; Work Product; Common Interest / Joint Defense |
| **5/31/2018** | Email | Tony Catone | Thomas Limehouse | | Fwd: Religious CPA issue in other states | Attorney-Client; Work Product; Common Interest / Joint Defense |
| **7/2/2018** | Email | Richele Taylor | Tony Catone | | Fwd: Faith Leaders and Organizations Oppose Provision Allowing | Attorney-Client; Work Product; Common Interest / Joint Defense |

Rogers et al. v. HHS et al.
**Gov. Henry McMaster's privilege log**
**January 21, 2021**
**Page 5 of 15**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Discrimination in Foster Care | |
| **6/19/2018** | Email | Jay Wolfe | Thomas Limehouse; Richele Taylor | | RE: Budget Proviso Legal Questions | Attorney-Client; Work Product |
| **6/29/2018** | Email | Jay Wolfe | Thomas Limehouse | Richele Taylor | RE: Budget Proviso Legal Questions | Attorney-Client; Work Product |
| **6/30/2018** | Email | Trey Walker | Richele Taylor; Jay Wolfe, Sym Singh; Brian Symmes; Mark Plowden; John Cleveland; Thomas Limehouse | | Fwd: Faith Leaders and Organizations Oppose Provision Allowing Discrimination in Foster Care | Attorney-Client; Work Product |
| **7/2/2018** | Email | Richele Taylor | Thomas Limehouse; Jay Wolfe | | RE: Budget Proviso Legal Questions | Attorney-Client; Work Product |
| **7/2/2018** | Email | Jay Wolfe | Thomas Limehouse; Richele Taylor | | RE: Budget Proviso Legal Questions | Attorney-Client; Work Product |
| **7/4/2018** | Email | Richele Taylor | Trey Walker | | Fwd: Faith Leaders and Organizations Oppose Provision Allowing Discrimination in Foster Care | Attorney-Client; Work Product |
| | Attachment | | | | Letter to Faith Leaders.doc | Attorney-Client; Work Product |

Rogers et al. v. HHS et al.
Gov. Henry McMaster's privilege log
January 21, 2021
Page 6 of 15

| 7/4/2018 | Email | Richele Taylor | Trey Walker | | Re: Faith Leaders and Organizations Oppose Provision Allowing Discrimination in Foster Care | Attorney-Client; Work Product |
|---|---|---|---|---|---|---|
| 7/5/2018 | Email | Richele Taylor | Leigh Lemoine | | FW: Faith Leaders and Organizations Oppose Provision Allowing Discrimination in Foster Care | Attorney-Client; Work Product |
| 10/23/2018 | Brian Symmes | Trey Walker; Richele Taylor | | | Fwd: ADL Letter to HHS | Attorney-Client; Work Product |
| 10/23/2018 | Trey Walker | Brian Symmes; Richele Taylor | | | RE: ADL Letter to HHS | Attorney-Client; Work Product |
| 10/23/2018 | Richele Taylor | Trey Walker; Brian Symmes | | | Re: ADL Letter to HHS | Attorney-Client; Work Product |
| 10/25/2018 | Brian Symmes | Richele Taylor; Trey Walker | | | FW: Gov. Henry McMaster Issues Executive Order Requiring State Agencies to Protect Religious Freedom | Attorney-Client; Work Product |
| 10/25/2018 | Richele Taylor | Brian Symmes; Trey Walker | | | Re: Gov. Henry McMaster Issues Executive Order Requiring State Agencies | Attorney-Client; Work Product |

Rogers et al. v. HHS et al.
Gov. Henry McMaster's privilege log
January 21, 2021
Page 7 of 15

| | | | | | to Protect Religious Freedom | |
|---|---|---|---|---|---|---|
| 10/25/2018 | Brian Symmes | Richele Taylor; Trey Walker | | | Re: Gov. Henry McMaster Issues Executive Order Requiring State Agencies to Protect Religious Freedom | Attorney-Client; Work Product |
| 10/26/2018 | Richele Taylor | Brian Symmes; Trey Walker | | | FW: MHM's articulation of position and issues | Attorney-Client; Work Product |
| 10/26/2018 | Brian Symmes | Richele Taylor; Trey Walker | | | RE: MHM's articulation of position and issues | Attorney-Client; Work Product |
| 11/9/2018 | Richele Taylor | Richele Taylor | | | Christian Foster-Care Service for Christians Is Religious Liberty \| National Review | Attorney-Client; Work Product |
| 12/20/2018 | Email | Richele Taylor | Tony Catone | | RE: statistics Miracle Hill | Attorney-Client; Work Product; Common Interest / Joint Defense |
| 12/20/2018 | Email | Richele Taylor | Leigh Lemoine | | Draft- Updated Memo with statistics | Attorney-Client; Work Product |
| | Attachment | | | | Updated Memo with statistics.docx | |
| 12/20/2018 | Legal memo | Richele Taylor | Governor McMaster | | 12-20-18 privileged briefing – updated for call w Azar.docx | Attorney-Client; Work Product |

**Rogers et al. v. HHS et al.**
**Gov. Henry McMaster's privilege log**
**January 21, 2021**
**Page 8 of 15**

| 12/21/2018 | Email | Thomas Limehouse | Trey Walker; Mark Plowden; Richele Taylor; Brian Symmes | | Letter from Miracle Hill to HHS Secretary Azar | Attorney-Client; Work Product |
|---|---|---|---|---|---|---|
| 1/18/2019 | Email | Leigh Lemoine | Trey Walker; Richele Taylor | | FW: Governor McMaster | Attorney-Client; Work Product |
| 1/23/2019 | Email | Brian Symmes | Richele Taylor; Zach Pippin | Trey Walker | DRAFT: Gov. Henry McMaster Statement on U.S. Department and Health and Human Granting Religious Freedom Waiver Request | Attorney-Client; Work Product |
| 1/23/2019 | Email | Trey Walker | Brian Symmes | Richele Taylor; Zach Pippin | Re: DRAFT: Gov. Henry McMaster Statement on U.S. Department and Health and Human Granting Religious Freedom Waiver Request | Attorney-Client; Work Product |
| 1/23/2019 | Email | Richele Taylor | Tony Catone | | FW: Gov. Henry McMaster Statement on U.S. Department and Health and Human Granting Religious Freedom Waiver Request | Attorney-Client; Work Product; Common Interest / Joint Defense |
| 1/24/2019 | Email | Thomas Limehouse | Donovan Mallory | | FOIA Doc. Review | Attorney-Client; Work Product |
| | Attachment | | | | Email Searches – Compressed.zip | Attorney-Client; Work Product |

Rogers et al. v. HHS et al.
**Gov. Henry McMaster's privilege log**
**January 21, 2021**
**Page 9 of 15**

| | Attachment | | | | Potentially Responsive Docs from Constituent Services.pdf | Attorney-Client; Work Product |
|---|---|---|---|---|---|---|
| **2/16/2019** | Email | Megan Finnern | Trey Walker | Richele Taylor; Thomas Limehouse; Brian Symmes; Mark Plowden; Kristy Quattrone; Pamela Evette | Re: AP News: AP Exclusive: Lawsuit claims discrimination by foster agency | Attorney-Client; Work Product |
| **2/16/2019** | Email | Trey Walker | Megan Finnern; Richele Taylor; Thomas Limehouse; Brian Symmes; Mark Plowden; Kristy Quattrone; Pamela Evette | | Re: AP News: AP Exclusive: Lawsuit claims discrimination by foster agency | Attorney-Client; Work Product |
| **2/16/2019** | Email | Trey Walker | Megan Finnern; Richele Taylor; Thomas Limehouse; Brian Symmes; Mark Plowden; | | Re: AP News: AP Exclusive: Lawsuit claims discrimination by foster agency | Attorney-Client; Work Product |

**Rogers et al. v. HHS et al.**
**Gov. Henry McMaster's privilege log**
**January 21, 2021**
**Page 10 of 15**

| | | | Kristy Quattrone; Pamela Evette | | | |
|---|---|---|---|---|---|---|
| **2/16/2019** | Email | Thomas Limehouse | Trey Walker | Megan Finnern; Richele Taylor; Thomas Limehouse; Brian Symmes; Mark Plowden; Kristy Quattrone; Pamela Evette | Re: AP News: AP Exclusive: Lawsuit claims discrimination by foster agency | Attorney-Client; Work Product |
| **3/13/2019** | Email | Tony Catone | Richele Taylor | | Re: Governor McMaster | Attorney-Client; Work Product; Common Interest / Joint Defense |
| **3/23/2019** | Email | Jay Thompson | Miles Coleman | Richele Taylor; Thomas Limehouse | [External] Re: Michigan foster-care lawsuit settled today | Attorney-Client; Work Product |
| **3/28/2019** | Email | Richele Taylor | Thomas Limehouse | | Miracle Hill | Attorney-Client; Work Product |
| **4/8/2019** | Email | Thomas Limehous | Amy Hornsby | Leigh Lemoine | AUSCS FOIA Request | Attorney-Client; Work Product |

**Rogers et al. v. HHS et al.**
**Gov. Henry McMaster's privilege log**
**January 21, 2021**
**Page 11 of 15**

| 4/11/2019 | Email | Thomas Limehouse | Miles Coleman; Jay Thompson | | RE: [External] Re: AUSCS FOIA Request | Attorney-Client; Work Product |
|---|---|---|---|---|---|---|
| 4/22/2019 | Email | Thomas Limehouse | Tony Catone | | Re: [External] Settlement in Michigan CPA case | Attorney-Client; Work Product; Common Interest / Joint Defense |
| 4/26/2019 | Email | Tony Catone | Thomas Limehouse | | [External] ACLU inquiry | Attorney-Client; Work Product; Common Interest / Joint Defense |
| 4/26/2019 | Email | Thomas Limehouse | Trey Walker; Brian Symmes | Anita Fair | FW: [External] ACLU inquiry – PRIVILEGED & CONFIDENTIAL | Attorney-Client; Work Product |
| 5/1/2019 | Email | Thomas Limehouse | Jordan Marsh | Trey Walker; Anita Fair | Re: [External] RE: Foster Care Waiver Letter (SC) | Attorney-Client; Work Product |
| 5/1/2019 | Email | Thomas Limehouse | Jay Thompson; Miles Coleman; Bob Cook; Tony Catone; Ken Woodington | Anita Fair | Fwd: [External] RE: Foster Care Waiver Letter (SC) | Attorney-Client; Work Product; Common Interest / Joint Defense |
| 5/1/2019 | Email | Jordan Marsh | Thomas Limehouse; Trey Walker | Anita Fair | Re: [External] RE: Foster Care Waiver Letter (SC) | Attorney-Client |
| 5/8/2019 | Email | Miles Coleman | Thomas Limehouse | Jay Thompson; Anita Fair | [External] Pre-call re: Ways & Means letter | Attorney-Client; Work Product |

Rogers et al. v. HHS et al.
Gov. Henry McMaster's privilege log
January 21, 2021
Page 12 of 15

| 5/14/2019 | Email | Miles Coleman | Thomas Limehouse | Jay Thompson; Anita Fair | Response to Ways & Means Committee | Attorney-Client; Work Product |
|---|---|---|---|---|---|---|
| | Attachment | | | | 2017.9.13—MHM—memo to RT.docx | Attorney-Client; Work Product |
| 5/15/2019 | Draft letter | Thomas Limehouse | | | 2019-05-15 DRAFT Gov. McMaster to Reps. Lewis & Davis - E-Signature.docx | Attorney-Client |
| 5/15/2019 | Draft letter | Thomas Limehouse | | | 2019-05-15 DRAFT Gov. McMaster to Reps. Lewis & Davis - E-Signature.docx | Attorney-Client |
| 5/16/2019 | Email | Jordan Marsh | Thomas Limehouse | | Fwd: [External] RE: Foster Care Waiver Letter (SC) | Attorney-Client |
| 5/16/2019 | Email | Thomas Limehouse | Jay Thompson; Miles Coleman; Bob Cook; Tony Catone; Ken Woodington | Anita Fair | RE: [External] RE: Foster Care Waiver Letter (SC) | Attorney-Client; Work Product; Common Interest / Joint Defense |
| 6/6/2019 | Email | Jordan Marsh | Trey Walker; Mark Plowden; Thomas Limehouse | | Confidential FYI – House appropriation bill next week | Attorney-Client |

Rogers et al. v. HHS et al.
Gov. Henry McMaster's privilege log
January 21, 2021
Page 13 of 15

| 6/6/2019 | Email | Thomas Limehouse | Jordan Marsh; Trey Walker; Mark Plowden; Anita Fair | | Confidential FYI – House appropriation bill next week | Attorney-Client; Work Product |
|---|---|---|---|---|---|---|
| 6/6/2019 | Email | Jordan Marsh | Thomas Limehouse; Trey Walker; Mark Plowden; Anita Fair | | Confidential FYI – House appropriation bill next week | Attorney-Client; Work Product |
| 6/11/2019 | Email | Jordan Marsh | Thomas Limehouse; Trey Walker; Mark Plowden; Anita Fair | | Confidential FYI – House appropriation bill next week | Attorney-Client; Work Product |
| 8/8/2019 | Email | Thomas Limehouse | Thomas Limehouse | | Faith-based foster care groups assist children who need help | Attorney-Client; Work Product |
| 9/19/2019 | Email | Thomas Limehouse | Miles Coleman; Jay Thompson | Anita Fair | Fwd: [External] Ways and Means Investigation – PRIVILEGED & CONFIDENTIAL | Attorney-Client |
| 9/25/2019 | Email | Miles Coleman | Thomas Limehouse | Jay Thompson; Anita Fair | [External] Handy infographic re: faith-based foster care | Attorney-Client; Work Product |
| 9/26/2019 | Email | Thomas Limehouse | Trey Walker; Brian Symmes | | Fwd: [External] Handy infographic re: faith-based foster care | Attorney-Client; Work Product |

**Rogers et al. v. HHS et al.**
**Gov. Henry McMaster's privilege log**
**January 21, 2021**
**Page 14 of 15**

| 10/2/2019 | Legal memo | Anita Fair | | | 2019-10-02 ASF notes re call re U_S_ House cong inquiry.pdf | Attorney-Client |
|---|---|---|---|---|---|---|
| 11/1/2019 | Email | Thomas Limehouse | Miles Coleman; Jay Thompson | Anita Fair | Fwd: [External] Fyi - Trump Admin Proposes End to Obama Crackdown Against Faith-Based Adoption and Foster Care Agencies | Attorney-Client; Work Product |
| 11/1/2019 | Email | Miles Coleman | Thomas Limehouse; Jay Thompson | Anita Fair | RE: Fyi - Trump Admin Proposes End to Obama Crackdown Against Faith-Based Adoption and Foster Care Agencies | Attorney-Client; Work Product |
| 11/1/2019 | Email | Miles Coleman | Thomas Limehouse; Anita Fair | Jay Thompson | [External] FW: HHS Announcement: Proposed Rule Regarding Grants Regulation | Attorney-Client; Work Product |
| 11/21/2019 | Email | Trey Walker | Thomas Limehouse | Brian Symmes; Mark Plowden; Anita Fair | Re: [External] Fwd: I hope my story inspires you to action – PRIVILEGED & CONFIDENTIAL | Attorney-Client; Work Product |

**Rogers et al. v. HHS et al.**
**Gov. Henry McMaster's privilege log**
**January 21, 2021**
**Page 15 of 15**

| | | | | | | |
|---|---|---|---|---|---|---|
| **1/29/2020** | Email | Thomas Limehouse | Trey Walker; Mark Plowden; Sym Singh; Brian Symmes | | FW: [External] Tennessee passed foster care religious freedom bill | Attorney-Client; Work Product |
| **2/11/2020** | Email | Connelly Ragley | Sym Singh; Madison Hall | | [External] Fwd: Faith based adoptions proviso history | Attorney-Client; Work Product; Common Interest / Joint Defense |
| | Attachment | | | | Faith based adoptions proviso history.docx | Attorney-Client; Work Product; Common Interest / Joint Defense |

# Exhibit 3

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1058

WRITER'S EMAIL ADDRESS
pbarbur@cravath.com

JOHN W. WHITE
EVAN R. CHESLER
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
PHILIP J. BOECKMAN
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. McATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
DAVID S. FINKELSTEIN
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA

STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
DAVID M. STUART
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
DAVID L. PORTILLA
RORY A. LERARIS
KARA L. MUNGOVAN
MARGARET T. SEGALL
NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI
LAUREN R. KENNEDY
SASHA ROSENTHAL-LARREA
ALLISON M. WEIN
MICHAEL P. ADDIS

JUSTIN C. CLARKE
SHARONMOYEE GOSWAMI
C. DANIEL HAAREN
EVAN MEHRAN NORRIS
LAUREN M. ROSENBERG
MICHAEL L. ARNOLD
HEATHER A. BENJAMIN
MATTHEW J. BOBBY
DANIEL J. CERQUEIRA
ALEXANDRA C. DENNING
HELAM GEBREMARIAM
MATTHEW G. JONES
MATTHEW M. KELLY
DAVID H. KORN
BRITTANY L. SUKIENNIK
ANDREW M. WARK

———

PARTNER EMERITUS
SAMUEL C. BUTLER

———

OF COUNSEL
MICHAEL L. SCHLER
CHRISTOPHER J. KELLY

March 18, 2021

Rogers v. HHS:  Privilege Logs

Dear Counsel:

  We write to address deficiencies in the privilege logs Governor McMaster and Director Leach served in connection with their respective document productions in this matter.

  Federal Rule of Civil Procedure 26(b)(5)(A) provides that "[w]hen a party withholds information otherwise discoverable by claiming that the information is privileged or subject to protection as trial-preparation material, the party must . . . describe the nature of the documents, communications, or tangible things not produced or disclosed—and do so in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim".

  To comply with these requirements, "a party seeking protection from producing documents must produce a privilege log that identifies each document withheld, information regarding the nature of the privilege/protection claimed, the name of the person making/receiving the communication, the date and place of the communication, and the document's general subject matter."  *AVX Corp. v. Horry Land Co.*, No. 4:07-CV-3299-TLW-TER, 2010 WL 4884903, at *3 (D.S.C. Nov. 24, 2010) (internal quotations omitted).

  Governor McMaster's and Director Leach's privilege logs do not meet these standards.  The privilege logs fail to identify which people listed in the "From", "To" and "CC" columns are attorneys, and lack a column describing the privileged information contained in the withheld documents.  We therefore request that Governor McMaster and Director Leach produce revised privilege logs remedying these

deficiencies to enable us to adequately assess their privilege claims with respect to the withheld documents.

Very truly yours,

Peter T. Barbur

Miles E. Coleman, Esq.
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
        2 W. Washington Street, 4th Floor
            Greenville, South Carolina 29601

Kenneth P. Woodington, Esq.
    DAVIDSON, WREN & DEMASTERS, PA
        Post Office Box 8568
            Columbia, South Carolina 29202

Copies to:

Jay T. Thompson, Esq.
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
        1320 Main Street, 17th Floor
            Columbia, South Carolina 29201

Robert D. Cook, Esq.
    South Carolina Solicitor General
        OFFICE OF THE ATTORNEY GENERAL
            Post Office Box 11549
                Columbia, South Carolina 29211

William H. Davidson, II, Esq.
    DAVIDSON, WREN & DEMASTERS, PA
        Post Office Box 8568
            Columbia, South Carolina 29202


VIA ELECTRONIC MAIL

# Exhibit 4

| | |
|---|---|
| **From:** | Miles Coleman <Miles.Coleman@nelsonmullins.com> |
| **Sent:** | Tuesday, March 23, 2021 12:01 AM |
| **To:** | Katherine Janson; Kenneth P Woodington (kwoodington@DML-LAW.com) |
| **Cc:** | Jay Thompson; bcook@scag.gov; wdavidson@dml-law.com; lcooper@aclu.org; dmach@aclu.org; sdunn@aclusc.org; kloewy@lambdalegal.org; ccook@lambdalegal.org; nshutt@burnetteshutt.law; mburnette@burnetteshutt.law; Peter Barbur; Rebecca Schindel; Mika Madgavkar; Cristopher Ray; Miranda J. Li; Serena Candelaria |
| **Subject:** | RE: Rogers v. HHS -- Correspondence |
| **Attachments:** | 2021.3.22 -- Rogers v. HHS et al. -- LTR to P. Barbur re privilege log 4849-1641-3922 v.1.pdf |

---

External (miles.coleman@nelsonmullins.com)

Report This Email   FAQ

Please find attached a letter in response to Peter's letter dated March 18.

Miles



---

**MILES COLEMAN  PARTNER**
miles.coleman@nelsonmullins.com

**GREENVILLE ONE | SUITE 400**
**2 W. WASHINGTON STREET | GREENVILLE, SC 29601**
T 864.373.2352  F 864.373.2925

**NELSONMULLINS.COM  VCARD  VIEW BIO**

---

**From:** Katherine Janson <kjanson@cravath.com>
**Sent:** Thursday, March 18, 2021 2:59 PM
**To:** Miles Coleman <Miles.Coleman@nelsonmullins.com>; Kenneth P Woodington (kwoodington@DML-LAW.com) <kwoodington@DML-LAW.com>
**Cc:** Jay Thompson <Jay.Thompson@nelsonmullins.com>; bcook@scag.gov; wdavidson@dml-law.com; lcooper@aclu.org; dmach@aclu.org; sdunn@aclusc.org; kloewy@lambdalegal.org; ccook@lambdalegal.org; nshutt@burnetteshutt.law; mburnette@burnetteshutt.law; Peter Barbur <PBarbur@cravath.com>; Rebecca Schindel <rschindel@cravath.com>; Mika Madgavkar <mmadgavkar@cravath.com>; Cristopher Ray <cray@cravath.com>; Miranda J. Li <mjli@cravath.com>; Serena Candelaria <scandelaria@cravath.com>
**Subject:** Rogers v. HHS -- Correspondence

◄**External Email►** - From: prvs=17111162df=kjanson@cravath.com

Miles, Ken,

Please see the attached correspondence regarding Governor McMaster's and Director Leach's privilege logs.

Thank you.

Kate Janson
Cravath, Swaine & Moore LLP
825 Eighth Avenue | New York, NY 10019
T: 1 (212) 474-1989
kjanson@cravath.com

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.



**NELSON MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Miles E. Coleman
T 864.373.2352  F 864.373.2925
miles.coleman@nelsonmullins.com

2 W. Washington Street | Fourth Floor
Greenville, SC 29601
T 864.250.2300  F 864.232.2925
nelsonmullins.com

March 22, 2021

**Via electronic mail**
Peter Barbur
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
PBarbur@cravath.com

RE:    *Rogers et al. v. U.S. Dept. of Health and Human Servs. et al.*
Civil Action No. 6:19-cv-01567-JD (D.S.C.)
Our File No. 059326/01501

Peter:

I write in response to your letter dated March 18, 2021 regarding the privilege log served by Governor McMaster with his production of documents. One of the questions you raised is who among the individuals listed in the log are attorneys. That information should be apparent from our prior correspondence, the Governor's discovery responses, and the pleadings, but, as a courtesy and for avoidance of any doubt they are as follows:  the Governor's current and former in-house counsel are Thomas Limehouse, Esq., Anita Fair, Esq., and Richele Taylor, Esq.; his outside counsel are Miles Coleman, Esq. and Jay Thompson, Esq.; the Solicitor General, also serving as counsel to the Governor, is Bob Cook, Esq.; in-house counsel for SCDSS and its Director is Tony Catone, Esq.; and outside counsel for SCDSS and its Director are Ken Woodington, Esq. and William Davidson, Esq.

I trust the foregoing information is responsive to your inquiry. As to any remaining concerns expressed in your letter, we believe the privilege log complies with the applicable rule and we do not plan to revise it.

Very truly yours,

Miles E. Coleman

CC:    (by electronic mail):
M. Malissa Burnette
Bob Cook

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | MARYLAND | MASSACHUSETTS | NEW YORK
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE | WEST VIRGINIA

March 22, 2021
Page 2

  Currey Cook
  Leslie Cooper
  Susan Dunn
  Miranda J. Li
  Daniel Mach
  Mika Madgavkar
  Christopher Ray
  Nekki Shutt,
  Jay Thompson
  Ken Woodington

# Exhibit 5

**Subject:**          RE: Rogers v. HHS -- privilege log

**From:** Kenneth P. Woodington <kwoodington@DML-LAW.com>
**Sent:** Monday, April 5, 2021 2:17 PM
**To:** Katherine Janson <kjanson@cravath.com>
**Cc:** William H. Davidson II <wdavidson@DML-LAW.com>; 'Miles Coleman (Miles.Coleman@nelsonmullins.com)'
<Miles.Coleman@nelsonmullins.com>; 'Jay.Thompson@nelsonmullins.com' <Jay.Thompson@nelsonmullins.com>;
'bcook@scag.gov' <bcook@scag.gov>; lcooper@aclu.org; dmach@aclu.org; sdunn@aclusc.org; ccook@lambdalegal.org;
kloewy@lambdalegal.org; nshutt@burnetteshutt.law; mburnette@burnetteshutt.law; Peter Barbur
<PBarbur@cravath.com>; Rebecca Schindel <rschindel@cravath.com>; Mika Madgavkar <mmadgavkar@cravath.com>;
Cristopher Ray <cray@cravath.com>; Miranda J. Li <mjli@cravath.com>; Serena Candelaria <scandelaria@cravath.com>
**Subject:** RE: Rogers v. HHS -- privilege log

External (kwoodington@dml-law.com)

Report This Email  FAQ

Dear counsel:

With regard to the issues raised in prior correspondence from Plaintiffs' counsel in connection with
Defendant Leach's privilege logs, the response of Director Leach is the same as that made by Miles
Coleman on behalf of Governor McMaster in his letter of March 22, 2021.

Mr. Coleman's letter identifies most of the individuals listed in Defendant Leach's privilege logs. If
there are any individuals in Defendant Leach's privilege logs for whom additional identifying
information is needed, please advise.

Sincerely,

Ken Woodington

Kenneth P. Woodington
Davidson, Wren & DeMasters, P.A.
1611 Devonshire Drive, 2nd Floor
Post Office Box 8568
Columbia, South Carolina 29202-8568
kwoodington@dml-law.com
T: 803-806-8222
F: 803-806-8855