# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| EDEN ROGERS and BRANDY WELCH, <br><br> Plaintiffs, <br><br> -against- <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; <br><br> ALEX AZAR, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; <br><br> ADMINISTRATION FOR CHILDREN AND FAMILIES; <br><br> LYNN JOHNSON, in her official capacity as Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND FAMILIES; <br><br> SCOTT LEKAN, in his official capacity as Principal Deputy Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND FAMILIES; <br><br> HENRY MCMASTER, in his official capacity as Governor of the STATE OF SOUTH CAROLINA; and <br><br> MICHAEL LEACH, in his official capacity as State Director of the SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES, <br><br> Defendants. | Case No. 6:19-cv-01567-JD <br><br> **CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS HENRY MCMASTER'S AND MICHAEL LEACH'S MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO STAY DISCOVERY** |

Plaintiffs Eden Rogers and Brandy Welch hereby move for a 14-day extension of the deadline to file their responses to the Motion for Judgment on the Pleadings (ECF No. 173) and Motion to Stay Discovery and Hold Pending Discovery Motions in Abeyance (ECF No. 174) (the "Motions") filed by Defendants Henry McMaster and Michael Leach (collectively, "State Defendants").

State Defendants filed their Motions on July 15, 2021. Under Local Civil Rule 7.06, the current deadline for Plaintiffs to file their responses is July 29, 2021. This deadline has not previously been extended. If the requested 14-day extension is granted, the new deadline for Plaintiffs to file their responses would be August 12, 2021.

The requested extension is necessary to allow Plaintiffs sufficient time to respond to both of State Defendants' Motions and to accommodate counsel's other litigation deadlines. The requested extension would not alter any other deadlines, and State Defendants have consented to this request.

For the foregoing reasons, Plaintiffs respectfully request that their time to respond to State Defendants' Motions be extended until August 12, 2021.

July 22, 2021

Respectfully submitted,

s/ Nekki Shutt

South Carolina Equality Coalition, Inc.
Nekki Shutt (Federal Bar No. 6530)
BURNETTE SHUTT & MCDANIEL, PA
912 Lady Street, 2nd floor
P.O. Box 1929
Columbia, SC 29202
(803) 850-0912
nshutt@burnetteshutt.law

1

Peter T. Barbur (admitted *pro hac vice*)
Katherine D. Janson (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
  Worldwide Plaza
    825 Eighth Avenue
      New York, NY 10019
        (212) 474-1000
          pbarbur@cravath.com
          kjanson@cravath.com

Leslie Cooper (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
  125 Broad Street, 18th Floor
    New York, NY 10004
      (212) 549-2633
        lcooper@aclu.org

Daniel Mach (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
  915 15th Street NW
    Washington, DC 20005
      (202) 675-2330
        dmach@aclu.org

M. Currey Cook (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
  120 Wall Street, 19th Floor
    New York, NY 10005
      (212) 809-8585
        ccook@lambdalegal.org

Karen L. Loewy (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
  1776 K Street NW, 8th Floor
    Washington, DC 20006-2304
      (202) 804-6245
        kloewy@lambdalegal.org

**ATTORNEYS FOR PLAINTIFFS**