*Rogers et al. v. U.S. Dept. of Health & Human Servs. et al.*
Civil Action No. 6:19-cv-01567-JD

# Exhibit B

**to the State Defendants' Reply in Support of the Motion to Stay Discovery and Hold Pending Discovery Motions in Abeyance**

Excerpts from the Deposition of Lauren Staudt

Page 1

```
               UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH CAROLINA
                    GREENVILLE DIVISION
------------------------------------------------------X

  EDEN ROGERS and

  BRANDY WELCH,

                Plaintiffs,

         vs.                CASE NO. 6:19-cv-01567-TMC

  UNITED STATES DEPARTMENT OF HEALTH
  AND HUMAN SERVICES;
  ALEX AZAR, in his official capacity as SECRETARY of
  the UNITED STATES DEPARTMENT OF
  HEALTH AND HUMAN SERVICES;
  ADMINISTRATION FOR CHILDREN AND FAMILIES;
  LYNN JOHNSON, in her official capacity as ASSISTANT
  SECRETARY of the ADMINISTRATION FOR CHILDREN AND
  FAMILIES;
  SCOTT LEKAN, in his official capacity as PRINCIPAL
  DEPUTY ASSISTANT SECRETARY of the ADMINISTRATION
  FOR CHILDREN AND FAMILIES;
  HENRY MCMASTER, in his official capacity as
  GOVERNOR of the STATE OF SOUTH CAROLINA;

  MICHAEL LEACH, in his official capacity as STATE
  DIRECTOR of the SOUTH CAROLINA DEPARTMENT OF SOCIAL
  SERVICES,

                Defendants.
------------------------------------------------------X
  VIDEOTAPED
  DEPOSITION OF:   LAUREN COLLINS STAUDT
                   (APPEARING VIA VIRTUAL ZOOM)

  DATE:            June 4, 2021

  TIME:            9:05 AM

  REPORTED BY:     TERRI L. BRUSSEAU
                   (APPEARING VIA VIRTUAL ZOOM)
```

Page 120

1              When you were talking earlier about the
2    different types of support that a CPA provides
3    during the application process, there are things a
4    CPA does before a family is licensed -- before a
5    child is placed in a home and there's -- there's
6    support, there's things after that point, right?
7         A.   Yes.
8         Q.   For all the things that happened
9    before, the recruiting, the awareness in the
10   community, activities, helping instill home
11   inspection, even helping out a family to fill out
12   paperwork if that's -- for all of those things,
13   just the pre-license aspect of it, CPAs never get
14   reimbursed or funded by the state or federal
15   government for any of those activities, do they?
16        A.   Not -- no, not that I'm aware of.  I
17   don't know about the federal government, but not as
18   far as DSS.
19        Q.   Okay.  And during that -- that process
20   of -- we've sort of defaulted to call it
21   recruiting, but whether it's generating interest or
22   awareness in the community, encouraging people to
23   consider becoming foster parents, throughout that
24   process and then the process of helping to do the
25   home study, helping someone get to the point of

Page 121

1    applying for licensure, I think you said that all
2    private CPAs provide this support or I think you
3    said they should, is that right?
4              COURT REPORTER:  I'm sorry, I didn't
5    hear an answer.
6              THE WITNESS:  Yes.  Sorry.
7    BY MR. COLEMAN:
8         Q.   And then after a -- an individual or
9    couple or family is licensed as a foster parent or
10   foster family and a child is placed in their home
11   by DSS, all CPAs provide ongoing case management
12   and support in that way too, right?
13        A.   Yes.
14        Q.   I think you said some CPAs might be
15   bigger, some might be smaller, but they all have
16   to -- have to provide comfortable types of support
17   to the individuals or families that they're working
18   with, right?
19        A.   Correct.
20        Q.   When you were talking earlier about
21   some of the services that CPAs provide to licensed
22   foster families that are associated or affiliated
23   with them, you mentioned that they do quarterly
24   visits, they might provide training, they could
25   help arrange doctors appointments or transportation

Page 122

1    or things like that, right?
2         A.    Yes.
3         Q.    And then a little bit after that there
4    were -- there was some sort of discussion about
5    what those things were, but then you were asked
6    does SCDSS provide those kinds of support.
7               I want to -- I want to make sure I
8    understand that, right, because if a family is
9    working not with a CPA but is directly with SCDSS,
10   does SCDSS provide a quarterly visit?
11        A.    Yes.
12        Q.    Okay.  And I know, for example, that
13   SCDSS can provide transportation services.  That's
14   right, isn't it?
15        A.    Yes.
16        Q.    Does SCDSS provide any sort of
17   ongoing -- I don't know if it's annual or -- but
18   any sort of training or additional continuing
19   education for foster parents?
20        A.    Yes.
21        Q.    So SCDSS provides it sounds like
22   comparable types of ongoing support that you had
23   described that private CPAs provide, is that right?
24        A.    That's correct.
25        Q.    I'm going to look for a moment at the