# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DISTRICT

| | |
|---|---|
| EDEN ROGERS and<br>BRANDY WELCH,<br><br>      Plaintiffs,<br><br>   -against-<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>XAVIER BECERRA, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES;<br><br>JOOYEUN CHANG, in her official capacity as the Senior Official Performing the Duties of the Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND FAMILIES;<br><br>JOOYEUN CHANG, in her official capacity as Principal Deputy Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND FAMILIES;<br><br>HENRY MCMASTER, in his official capacity as Governor of the STATE OF SOUTH CAROLINA; and<br><br>MICHAEL LEACH, in his official capacity as State Director of the SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES,<br><br>      Defendants. | Case No.: 6:19-cv-01567-JD<br><br><br><br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR RELIEF FROM MEDIATION ORDER** |

   Plaintiffs agree that mediation in this case would be unproductive because settlement of Plaintiffs' claims against State Defendants is not feasible, and Plaintiffs and

Federal Defendants are in discussions to determine whether a resolution of the claims between them is feasible and agree that having an appointed mediator will not assist in those efforts. Plaintiffs were unable to join or consent to State Defendants' motion for relief from the mediation order (ECF No. 209), however, because State Defendants insisted on including argumentative, slanted and unnecessary language concerning the course of discovery that is irrelevant to the issue of mediation. Plaintiffs objected to the description because, as State Defendants know, Plaintiffs are requesting that this Court reopen discovery for 60 days due to State Defendants' failure to abide by its discovery obligations. State Defendants' discussion of the discovery timeline in its motion for relief simply previews its opposition to Plaintiffs' request. Plaintiffs requested that State Defendants remove such language, and State Defendants refused. Plaintiffs then proposed a modification to the disputed language, and State Defendants informed Plaintiffs on Friday that they would be unwilling to make any changes to the language, which State Defendants characterized as "necessary". Because State Defendants were unwilling to compromise on the contents of what was purportedly a joint motion, Plaintiffs were left with no choice but to decline to join or consent to the motion and to file this separate response.

February 28, 2022

                                                       s/Nekki Shutt
South Carolina Equality Coalition, Inc.
Nekki Shutt (Federal Bar No. 6530)
BURNETTE SHUTT & MCDANIEL, PA
912 Lady Street, 2nd floor
P.O. Box 1929
Columbia, SC 29202
(803) 904-7912
nshutt@burnetteshutt.law

Peter T. Barbur (admitted *pro hac vice*)
Katherine D. Janson (admitted *pro hac vice*)

2

Rebecca Schindel (admitted *pro hac vice*)
Mika Madgavkar (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
pbarbur@cravath.com
kjanson@cravath.com
rschindel@cravath.com
mmadgavkar@cravath.com

Leslie Cooper (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
lcooper@aclu.org

Daniel Mach (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 675-2330
dmach@aclu.org

M. Currey Cook (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ccook@lambdalegal.org

Karen L. Loewy (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street NW, 8th Fl.
Washington, DC 20006
(202) 804-6245
kloewy@lambdalegal.org

**ATTORNEYS FOR PLAINTIFFS**

3