**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DISTRICT**

| | |
|---|---|
| EDEN ROGERS and BRANDY WELCH,<br><br>                    Plaintiffs,<br><br>              -against-<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>XAVIER BECERRA, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES;<br><br>JANUARY CONTRERAS, in her official capacity as the Senior Official Performing the Duties of the Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND FAMILIES;<br><br>JEFF HILD, in his official capacity as Principal Deputy Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND FAMILIES;<br><br>HENRY MCMASTER, in his official capacity as Governor of the STATE OF SOUTH CAROLINA; and<br><br>MICHAEL LEACH, in his official capacity as State Director of the SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES,<br><br>                    Defendants. | Case No.: 6:19-cv-01567-JD<br><br><br><br><br><br><br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST FEDERAL DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

Pursuant to Fed R. Civ. P. 41(a)(2), Plaintiffs Eden Rogers and Brandy Welch respectfully submit this Motion for Voluntary Dismissal of Claims against certain

Defendants only. Plaintiffs move to voluntarily dismiss Defendants United States Department of Health and Human Services ("HHS"); Xavier Becerra, in his official capacity as Secretary of HHS; Administration for Children and Families ("ACF"); January Contreras, in her official capacity as the Senior Official Performing the Duties of the Assistant Secretary of ACF; and Jeff Hild, in his official capacity as Principal Deputy Assistant Secretary of ACF (together, the "Federal Defendants"). The Federal Defendants consent to this motion. The State Defendants do not consent.

Plaintiffs brought this action against the Federal Defendants based on the Federal Defendants granting South Carolina an exception to the religious nondiscrimination requirements of 45 CFR § 75.300(c) (the "HHS Waiver"). (Compl. ¶¶ 68, 114-26, 141-56.) The Federal Defendants have since withdrawn the HHS Waiver (ECF No. 204) and, therefore, Plaintiffs no longer wish to pursue claims against them.

Plaintiffs have separate claims against Governor McMaster and Michael Leach (together, the "State Defendants") that are not impacted by the dismissal of the Federal Defendants. (Compl. ¶¶ 97-113, 127-40.) In particular, Plaintiffs claim that the State Defendants have violated the Establishment Clause and Plaintiffs' Equal Protection rights by authorizing state-contracted child-placement agencies ("CPAs") to discriminate against prospective foster parents on the basis of sexual orientation and religion, including by issuing Executive Order 2018-12 and licensing CPAs that discriminate on these bases. The State Defendants have no cross-claims against the Federal Defendants. Therefore, the State Defendants will suffer no prejudice by the dismissal of the Federal Defendants from this action.

Thus, Plaintiffs respectfully request that the Court dismiss all claims against the Federal Defendants only with Plaintiffs and Federal Defendants to each bear their own fees and costs.  A supporting memorandum is not required as a full explanation of the motion is set forth herein.  Local Civ. Rule 7.04 (D.S.C.).

/s Nekki Shutt_____
South Carolina Equality Coalition, Inc.
Nekki Shutt (Federal Bar No. 6530)
BURNETTE SHUTT & MCDANIEL, PA
912 Lady Street, 2nd floor
P.O. Box 1929
Columbia, SC 29202
(803) 850-0912
nshutt@burnetteshutt.law

Peter T. Barbur (admitted *pro hac vice*)
Rebecca Schindel (admitted *pro hac vice*)
Mika Madgavkar (admitted *pro hac vice*)
Cristopher Ray (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
pbarbur@cravath.com

Leslie Cooper (admitted *pro hac vice*)
Jon Davidson (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
lcooper@aclu.org
jondavidson@aclu.org

Daniel Mach (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005

(202) 675-2330
dmach@aclu.org

M. Currey Cook (admitted *pro hac vice*)
Karen L. Loewy (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ccook@lambdalegal.org
kloewy@lambdalegal.org

**ATTORNEYS FOR PLAINTIFFS**

November 16, 2022

4