*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit A

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**Excerpts from Deposition of Dawn Barton**

```
 1              UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH CAROLINA
 2                  GREENVILLE DIVISION
 3   EDEN ROGERS AND BRANDY WELCH,
                  Plaintiffs,
 4
            vs.   C/A No. 6:19-cv-01567-JD
 5
     UNITED STATES DEPARTMENT OF HEALTH &
 6   HUMAN SERVICES; XAVIER BECERA, IN HIS
     OFFICIAL CAPACITY AS SECRETARY OF THE
 7   UNITED STATES DEPARTMENT OF HEALTH &
     HUMAN SERVICES; ADMINISTRATION FOR
 8   CHILDREN AND FAMILIES; JOOYEUN CHANG, IN
     HER OFFICIAL CAPACITY AS THE SENIOR
 9   OFFICIAL PERFORMING THE DUTIES OF THE
     ASSISTANT SECRETARY OF THE
10   ADMINISTRATION FOR CHILDREN AND
     FAMILIES; JOOYEUN CHANG, IN HER OFFICIAL
11   CAPACITY AS PRINCIPAL
     DEPUTY ASSISTANT SECRETARY OF THE
12   ADMINISTRATION FOR CHILDREN AND
     FAMILIES; HENRY MCMASTER, IN HIS
13   OFFICIAL CAPACITY AS GOVERNOR OF THE
     STATE OF SOUTH CAROLINA; AND MICHAEL
14   LEACH, IN HIS OFFICIAL CAPACITY AS STATE
     DIRECTOR OF THE SOUTH CAROLINA
15   DEPARTMENT OF SOCIAL SERVICES,
                  Defendants.
16
17
18   VTC  30(b)(6)    SC DSS, Through its agent:
     DEPOSITION OF:   DAWN BARTON
19
     DATE:            December 17, 2021
20   TIME:            9:33 a.m.
     LOCATION:        Zoom - Columbia, SC
21
22   TAKEN BY:        Counsel for the Plaintiffs
23   REPORTED BY:     Roxanne Easterwood, RPR
24   VIDEOGRAPHER:    Roosevelt Hamilton
25
```

Page 31

1  Q.  Is that -- I'm sure that's something
2  that DSS has.
3  A.  Yeah, I would -- I would say that --
4  that either Susan Roben or Dawn Grant could
5  provide that information.
6  Q.  Great.  Thank you.  And does DSS
7  license potential foster parents?
8  A.  Yes.
9  Q.  Is DSS the only entity that can
10 license foster parents in South Carolina?
11 A.  Yes.
12 Q.  Can potential foster parents apply to
13 become foster parents directly through DSS?
14 A.  Yes.
15 Q.  And you mentioned this earlier, but
16 what is kinship care?
17 A.  So kinship care is -- is the agency's
18 effort to place children and youth that can't
19 remain with their -- in their family homes, place
20 them with people who they're already connected to
21 and know, and that could look like -- we define
22 kinship care as relations through blood, marriage,
23 or adoption, but we -- we ex- -- we extend that in
24 South Carolina to also consider fictive kin
25 underneath the kinship umbrella.

Page 51

1       A.   Right.  I mean, we don't discriminate
2  whether you're -- you're single, married, whether
3  you're a part of the LGBTQ community.  I mean, you
4  know, none of that -- none of that plays a role
5  in -- in whether we license you or not.
6       Q.   So does DSS have any policies
7  regarding the licensing of same-sex couples or
8  LGBTQ people as foster parents in South Carolina?
9       A.   No.
10      Q.   And does it take into account sexual
11 orientation when licensing?  To the pro- -- to --
12 to make clear how this is different than my last
13 question, my last question was, does it take into
14 account through the application process, and this
15 question is, does it take into account when
16 issuing a license?
17      A.   No.
18      Q.   Does DSS take any steps to actively
19 recruit LGBTQ people to be foster parents?
20      A.   So, actually, and in my former -- so
21 my other former roles within DSS, right before I
22 started this role -- I started this role about
23 three years ago, being the Permanency Management
24 Director, but prior to that I was the -- I was the
25 regional director for the Midlands region, and I

Page 52

1    actually -- we did some targeted recruitment
2    specifically for the LGBTQ community.
3             We -- we went to the Gay Pride Parade.
4    We went to the Harriet Hancock Center and spoke to
5    a group of the LGBTQ community, and in an effort
6    to try to recruit folks from -- from that specific
7    community.
8         Q.   And why did you undertake those
9    initiatives?
10        A.   You want a very diverse group of
11   foster families.  You know, every- -- everybody --
12   everybody does not look the same.  Everybody's
13   beliefs and values are not the same, and so --
14   and -- and that goes for our children.
15            We have a lot of -- we have lots of
16   different -- we have di- -- a diverse group of
17   children in foster care, and so we -- we think
18   everybody, regardless, brings value and can -- can
19   help support our efforts to provide temporary care
20   for children in need in South Carolina.
21        Q.   You mentioned a diverse group of
22   children in foster care in that last answer.  Am I
23   right in saying that DSS understands that there
24   may be LGBTQ individuals in foster care who would
25   be best served by having LGBTQ foster parents?

Page 67

1         A.    Yes.
2         Q.    So then am I understanding correctly
3    that DSS decides which children are placed in
4    which foster homes?
5         A.    Yes.  We are the placement authority.
6         Q.    And what does it mean to be in the
7    care of a private CPA?
8         A.    Can you expand on your question?
9         Q.    Sure.  Well, does it mean that a --
10   if -- if a child is in the care of a private CPA,
11   would it mean that that child is in a facility run
12   by the private CPA?
13        A.    The child is in the -- in the -- in
14   the custody and care of the -- of DSS.  The
15   child's case managed by -- the child has a foster
16   care case manager.  The child has a guardian ad
17   litem, many other folks involved with -- with
18   that -- with a child in foster care.
19              The child-placing agency is supporting
20   the foster family in -- in the home that -- that
21   is -- that DSS has placed that child with.  So --
22   so we place children with foster families.  CPAs
23   are really a pathway, right, for families to get
24   support and to help them through preparation to be
25   licensed, and then when they're licensed, continue

Page 70

1  earlier?
2         A.   Yes.
3         Q.   Are you familiar with a CPA called
4  Miracle Hill Ministries?
5         A.   Yes.
6         Q.   And so Miracle Hill Ministries
7  provides the type of referral or recommendation
8  process that you mentioned earlier, recommending
9  specific families for specific children?
10        A.   Yes.
11        Q.   Do private CPAs make any
12 child-placement decisions on their own?
13        A.   No.
14        Q.   You mentioned earlier that DSS assigns
15 case workers to work with children in foster care;
16 is that right?
17        A.   Yes.
18        Q.   Is that -- that case worker, is that a
19 DSS employee?
20        A.   Yes.
21        Q.   And does DSS assign case workers to
22 work with foster families once a child is placed
23 in their care?
24        A.   Repeat that question.
25        Q.   Sure.  So imagine a child is in a

Page 77

1  Q. So then how did DSS know that some
2 provide more services than others?
3  A. You -- I mean, you just -- you hear
4 and -- I mean, you hear about folks in the
5 community. You see it all over social media of --
6 of -- of certain organizations that are
7 fundraising and supporting children and families
8 who are supporting the foster care system.
9  Q. And is Miracle Hill one of the
10 organizations that you've -- that you're heard
11 about in these anecdotal settings about providing
12 extra support to its families?
13  A. Not Miracle Hill specifically.
14  Q. Are there differences between the
15 CPAs' reputations?
16  A. No.
17  Q. All CPAs are viewed as
18 interchangeable?
19  MR. COLEMAN: Object to the form of the
20 question.
21  But you can answer.
22  THE WITNESS: What -- what do you mean
23 by interchangeable?
24 BY MS. SCHINDEL:
25  Q. Well, I guess I'm a little confused by

Page 254

1  particular child-placing agency.
2      Q.   Is it fair to say, then, that one of
3  the added values that a -- a faith-based CPA, or
4  any CPA, for that matter, brings to SC DSS is its
5  ability to tap into its own network to recruit
6  potential foster families that otherwise might not
7  become or seek to become foster families?
8           MS. SCHINDEL:  Objection.  Leading.
9           THE WITNESS:  So I think that every
10 child-placing agency does a level of marketing and
11 recruitment around -- around support for their
12 foster families.  I think that, depending on their
13 connections in the community, like, how -- how
14 deep those are rooted and how wide those are,
15 may -- may impact the -- the level of additional
16 services that -- support services that they're
17 able to give -- give their families that they --
18 they support, in general.
19 BY MR. COLEMAN:
20     Q.   Okay.  I think you testified earlier
21 today that SC DSS has the sole, exclusive
22 authority to license foster parents; is that
23 right?
24     A.   Yes.
25     Q.   So a CPA can't license a foster home,

Page 255

1  can they?
2       A.   No.
3       Q.   And a CPA could not prevent a
4  prospective foster parent from being licensed by
5  the State?
6       A.   No.
7            MS. SCHINDEL:  Objection.  Leading.
8  BY MR. COLEMAN:
9       Q.   Even today, with SC DSS's particular
10 focus and emphasis on handling kinship foster care
11 licensing, it's still true that a non-kinship and
12 prospective foster parent who couldn't or didn't
13 want to work with the CPA could apply to and work
14 with SC DSS, correct?
15      A.   Yes.
16           MS. SCHINDEL:  Objection.  Objection.
17 Leading.  Sorry.
18 BY MR. COLEMAN:
19      Q.   Okay.  You testified earlier that each
20 child in the foster care system of South Carolina
21 is assigned an SC DSS case worker; is that right?
22      A.   Yes.
23      Q.   Do you know if some CPAs also assign a
24 staff member to be paired with or partnered with a
25 child during the time that child is in a foster

Page 275

1   is not sufficient.  And, in fact, oftentimes they,
2   I think, feel like they can't bill capacity,
3   enough capacity, because they don't feel like the
4   rate's sufficient.
5           Q.   And -- and just to make sure I
6   understood your testimony a moment ago.  That --
7   that reimbursement occurs only after a family has
8   been licensed and after a child in foster care has
9   been placed in the family's home; is that correct?
10          A.   That's correct, and they're only
11  receiving that funding while the child is placed
12  in that home.  So if the child moves from a
13  placement in CPA A and moves over to CPA B,
14  that -- that funding stops, and that funding
15  follows the -- the child to the next placement.
16          Q.   Is it also true --
17               MS. SCHINDEL:  Objection, leading, to
18  the last question.
19  BY MR. COLEMAN:
20          Q.   Is it also true that a foster family
21  moved from CPA A to CPA B, that -- while
22  they're -- while they had a foster child in their
23  home, that the funding would follow the foster
24  family and the child to the new CPA?
25          A.   Yes.

Page 277

1  they do not currently?
2       A.   We did -- we increased the admin rates
3  within the last year, and we did a change order to
4  the non-TFC contract, and we increased the admin
5  rates, because we asked CPAs to assume a lot more
6  work, because we transitioned all of that non-kin
7  work over to them last July.  And so they said, if
8  we're going to do all this work, then we're -- we
9  have to -- we have to have more money to do it and
10 to build capacity.
11           And so Miracle Hill requested not to
12 be recipients of that admin rate.  So that's how I
13 know that they're not receiving that admin rate.
14      Q.   They're still licensed as and serving
15 as a CPA, though?
16      A.   Yes.  Yes.  The --
17           MS. SCHINDEL:  Objection.  Leading.
18           THE WITNESS:  The foster care board
19 payment goes directly to the foster families,
20 so...
21 BY MR. COLEMAN:
22      Q.   And the -- the name you just used for
23 that funding, that's distinct from the
24 administrative?
25      A.   Yes.

Page 285

1   this -- on here, with the exception of Miracle
2   Hill, and -- and they're signed on the contract.
3   Everybody is signed on the contract.  Miracle Hill
4   is the only one that has chosen not to receive the
5   admin rate.
6           Q.   And why did Miracle Hill choose not to
7   receive the admin rate?
8           MR. COLEMAN:  Object to form.
9           But you can answer.
10          THE WITNESS:  Yeah, I don't know.
11  They -- they didn't give reason.  They -- they
12  just requested that -- that they were interested
13  in still being a part of the contract, but did not
14  feel it necessary to receive the admin rate.
15  BY MS. SCHINDEL:
16          Q.   And who -- who did Miracle Hill make
17  the request to when it -- when it asked to no
18  longer receive the admin rate?
19          A.   I believe that went through our
20  contract division, our procurement division.
21          Q.   And do you know what was discussed?
22          A.   I do not, other than the request that
23  they -- they did not want the admin rate.
24          Q.   Are you the person most knowledgeable
25  about whether Miracle Hill -- about why Miracle

Page 286

1  Hill chose to no longer receive the admin rate
2  within DSS?
3          A.   I would say -- I would say yes.
4  Although, I -- the request didn't come to me
5  directly.  But, again, I -- I don't know the re-
6  -- there was no reason.  They -- they were --
7  just said they -- they didn't -- they didn't want
8  the admin rate, and so we -- we said, okay.
9               I mean, we can certainly use those
10 dollars towards other things.  So there's still --
11         Q.   You mentioned -- oh, sorry.
12         A.   I was just going to say, just to --
13 just to be clear, they're still signed on to the
14 non-therapeutic contract and have agreed to abide
15 by those terms of -- of that -- of that contract.
16 They're just not being paid anything related to
17 that.
18         Q.   Does the fact that Miracle Hill no
19 longer receives the admin rate change any of their
20 obligations as the CPA?
21         A.   No.
22         Q.   Is Miracle Hill still providing
23 services for DSS?
24         A.   Yes.
25         Q.   You had mentioned, in response to my