*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit C

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**Excerpts from Deposition of Shaneka McDaniel-Oliver**

Page 1

```
 1       UNITED STATES DISTRICT COURT
          DISTRICT OF SOUTH CAROLINA
 2            GREENVILLE DIVISION
     Case No. 6:19-cv-01567-TMC
 3   -------------------------------------x
     EDEN ROGERS and BRANDY WELCH,
 4                         Plaintiffs,
              -against-
 5   UNITED STATES DEPARTMENT OF HEALTH
     AND HUMAN SERVICES;
 6
 7   XAVIER BECERRA, in his official
     capacity as Secretary of the UNITED
 8   STATES DEPARTMENT OF HEALTH AND HUMAN
     SERVICES;
 9
10   ADMINISTRATION FOR CHILDREN AND
     FAMILIES;
11
12   JOOYEUN CHANG, in her official
     capacity as Assistant Secretary of
13   the ADMINISTRATION FOR CHILDREN AND
     FAMILIES;
14
     JOOYEUN CHANG, in her official
15   capacity as Principal Deputy
     Assistant Secretary of the
16   ADMINISTRATION FOR CHILDREN AND
     FAMILIES;
17
     HENRY McMASTER, in his official
18   capacity as Governor of the
     STATE OF SOUTH CAROLINA; and
19
     MICHAEL LEACH, in his official
20   capacity as State Director of the
     SOUTH CAROLINA DEPARTMENT OF SOCIAL
21   SERVICES,
                           Defendants.
22   -------------------------------------x
23              July 8, 2022
24    DEPOSITION OF SHANEKA McDANIEL-OLIVER
25
```

Page 60

1    out of the scope.
2        Q.    So generally, when these change
3    orders are issued, substantively they are
4    all the same?
5        A.    Typically if you have a bunch
6    of providers that is kind of doing the
7    same thing, they are typically going to
8    be the same.  If you looked at Miracle
9    Hill and you looked at another provider,
10   there is typically they look the same.
11       Q.    So if you look sort of in that
12   first box in the middle of the page, that
13   says, "This contract will be extended to
14   July 1st, 2021 through June 30th, 2022.
15   SCDSS will remove the administrative rate
16   effective July 1st, 2021 at Miracle
17   Hill's written request not to receive
18   these funds.  A change to the scope of
19   work has been listed on page 2."
20             Did I read that correctly?
21       A.    You did.
22       Q.    Does the fact that DSS removed
23   the administrative rate at Miracle Hill's
24   written request not to receive those
25   funds, does that mean this change was

Page 61

1  unique to Miracle Hill only?
2      A.    This change is unique to
3  Miracle Hill only.
4      Q.    And no other CPA asks not to
5  receive that administrative rate?
6      A.    No other CPA asked, but if they
7  did, we would have done the same thing.
8      Q.    And has DSS ever received a
9  request to remove the administrative rate
10 before for a non-therapeutic CPA?
11     A.    Not that I am aware of or that
12 I have seen or researched when I looked
13 back, no.
14     Q.    Do you know whether or does DSS
15 know whether Miracle Hill receives any
16 other funds from the State or the Federal
17 Government outside of this administrative
18 rate?
19         MR. COLEMAN:  Objection to the
20     form of the question.  It's outside of
21     the scope of the witness and one
22     that's already been answered in
23     written correspondence with counsel.
24     So I will instruct the witness not to
25     answer.

Page 68

1  therapeutic.  Those are the only two
2  differences that you would have in a
3  rate.
4     Q.    I see, okay.  That was very
5  clear, thank you.  And one other
6  question.  If a CPA was refusing to
7  conduct home studies to get any families
8  licensed, would that CPA be in compliance
9  with the requirement that it have
10 families available for placement?
11    A.    So, again, I think for the
12 contract, it says contractor must make
13 foster homes for placement of children
14 approved.  So we expect CPAs to have
15 those foster homes.  If there was
16 something going on with the licensing
17 process, that's before we would actually
18 get involved.  That's a licensing
19 standard and regulation.
20    Q.    So if for whatever reason none
21 of a CPA's families were getting licensed
22 and the CPA was causing that, would that
23 put that CPA in breach of the contract?
24    A.    So there is no recruitment,
25 there is no recruitment and pieces in

1   there, because we only pay when the kids
2   are placed.  So if, just throwing it out
3   there, if a CPA is not doing that, then
4   they are not going to get that
5   administrative rate.  So I don't know how
6   that would be a breach of contract,
7   because there is no recruitment piece in
8   there.  It is to make homes available.
9   And once you get those homes training and
10  support them and have that one-on-one
11  mentoring, there are different things,
12  but that is after they have been
13  licensed.
14          So if you didn't do anything, I
15  think the CPAs are hurting themselves by
16  not actually doing what the contract is.
17  So I don't know if that would qualify as
18  a breach of contract  because we don't
19  have a recruitment piece in there.  We
20  don't pay for recruitment at all.
21      Q.    But if a CPA was not getting
22  any families licensed, would they not be
23  satisfying the requirement of making
24  homes available?
25      A.    So if the CPA wasn't getting

Page 73

1    Q.    You have had many conversations
2    with your colleagues?
3    A.    I have.
4    Q.    You and I have met several
5    times over a period of many weeks?
6    A.    We have.
7    Q.    For many, many hours? Perhaps
8    more than you would have wished; is that
9    right?
10   A.    Yes.
11   Q.    Many hours.
12   A.    Many hours, yes.
13   Q.    Prior to 2019, when DSS first
14   entered a contract for the provision of
15   non-therapeutic foster care services,
16   there were CPAs providing non-therapeutic
17   services, right?
18   A.    That is correct.
19   Q.    And they were licensed by DSS?
20   A.    They are licensed by DSS.
21   Q.    But prior to that time, there
22   wasn't a contract specifically for
23   non-therapeutic services for them to get
24   reimbursed?
25   A.    That is correct.