*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit E

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**Excerpts from Deposition of Lauren Staudt**

Page 1

```
             UNITED STATES DISTRICT COURT
               DISTRICT OF SOUTH CAROLINA
                  GREENVILLE DIVISION
 -------------------------------------------------X

   EDEN ROGERS and

   BRANDY WELCH,

                Plaintiffs,

         vs.              CASE NO. 6:19-cv-01567-TMC

   UNITED STATES DEPARTMENT OF HEALTH
   AND HUMAN SERVICES;
   ALEX AZAR, in his official capacity as SECRETARY of
   the UNITED STATES DEPARTMENT OF
   HEALTH AND HUMAN SERVICES;
   ADMINISTRATION FOR CHILDREN AND FAMILIES;
   LYNN JOHNSON, in her official capacity as ASSISTANT
   SECRETARY of the ADMINISTRATION FOR CHILDREN AND
   FAMILIES;
   SCOTT LEKAN, in his official capacity as PRINCIPAL
   DEPUTY ASSISTANT SECRETARY of the ADMINISTRATION
   FOR CHILDREN AND FAMILIES;
   HENRY MCMASTER, in his official capacity as
   GOVERNOR of the STATE OF SOUTH CAROLINA;

   MICHAEL LEACH, in his official capacity as STATE
   DIRECTOR of the SOUTH CAROLINA DEPARTMENT OF SOCIAL
   SERVICES,

                Defendants.
 -------------------------------------------------X
   VIDEOTAPED
   DEPOSITION OF:   LAUREN COLLINS STAUDT
                    (APPEARING VIA VIRTUAL ZOOM)

   DATE:            June 4, 2021

   TIME:            9:05 AM

   REPORTED BY:     TERRI L. BRUSSEAU
                    (APPEARING VIA VIRTUAL ZOOM)
```

```
                                                 Page 58
 1            Q.   Who -- what do you mean by that?
 2       What -- who handles these sorts of complaints?
 3            A.   I mean, I'm aware of this, obviously,
 4       with all -- it, you know, affected their license,
 5       which is what we do, but no one directly made a
 6       complaint to me about it.
 7            Q.   Have you received complaints before
 8       about other CPA's discriminating against
 9       prospective foster parents on the basis of religion
10       or sexual orientation?
11            A.   No.
12                 MS. SCHINDEL:  Kate, could we mark Tab
13       8, please?
14       BY MS. SCHINDEL:
15            Q.   Miss Staudt, have you ever been aware
16       that Miracle Hill is -- was discriminating against
17       volunteer mentors on the basis of religion?
18            A.   I heard -- I heard that.
19            Q.   When did you hear that?
20            A.   A couple years ago.
21            Q.   How did you hear about that?
22            A.   I don't know exactly the source, how it
23       came to our attention.
24                 (EXHIBIT 4, Statement, with
25       attachments, MIRACLE_HILL_SUBP_002056 to 002058,
```

Page 92

1   Q.   And which CPAs did you ask for these
2   policies and procedures from?
3   A.   I believe we just used that as an
4   opportunity to -- because a lot of times we didn't
5   get them every year because of, you know, being a
6   large document and we just got their changes.  We
7   use that as an opportunity to update our files and
8   we asked all of them to send it.
9   Q.   When did you ask all of them?
10  A.   Probably around the same time Millicent
11  was asking Miracle Hill.
12  Q.   And based on that review, did you
13  determine that any other CPAs in South Carolina
14  were discriminating against prospective foster
15  parents on the basis of religion?
16  A.   We did not see any.
17  Q.   Are you aware of any complaints against
18  other CPAs alleging discrimination on the basis of
19  religion?
20  A.   No.
21  Q.   Have you ever thought that other CPAs
22  in South Carolina might be discriminating on the
23  basis of sexual orientation?
24  A.   I'm not aware.  I have not -- I
25  don't -- I don't know.

Page 93

1      Q.   Have you ever suspected that they might
2   be discriminating on the basis of sexual
3   orientation?
4      A.   No.
5      Q.   Are you aware of any complaints that
6   other CPAs -- against other CPAs alleging
7   discrimination on the basis of sexual orientation?
8      A.   I'm not aware of any.
9      Q.   Are you familiar with a CPA called
10  Southeastern Children's Home?
11     A.   Yes.
12     Q.   Do you oversee their license --
13  supervise their licensure?
14     A.   Yeah.
15     Q.   Do you monitor their compliance with
16  nondiscrimination policies and requirements?
17     A.   We -- we do the same for them as we do
18  others.
19     Q.   Have you ever become aware that
20  Southeastern Children's Home discriminates against
21  prospective foster parents on the basis of
22  religion?
23          MR. COLEMAN:  Object to the form of the
24  question.
25          THE WITNESS:  Well, they don't have any

Page 120

1          When you were talking earlier about the
2    different types of support that a CPA provides
3    during the application process, there are things a
4    CPA does before a family is licensed -- before a
5    child is placed in a home and there's -- there's
6    support, there's things after that point, right?
7         A.   Yes.
8         Q.   For all the things that happened
9    before, the recruiting, the awareness in the
10   community, activities, helping instill home
11   inspection, even helping out a family to fill out
12   paperwork if that's -- for all of those things,
13   just the pre-license aspect of it, CPAs never get
14   reimbursed or funded by the state or federal
15   government for any of those activities, do they?
16        A.   Not -- no, not that I'm aware of.  I
17   don't know about the federal government, but not as
18   far as DSS.
19        Q.   Okay.  And during that -- that process
20   of -- we've sort of defaulted to call it
21   recruiting, but whether it's generating interest or
22   awareness in the community, encouraging people to
23   consider becoming foster parents, throughout that
24   process and then the process of helping to do the
25   home study, helping someone get to the point of

Page 122

1    or things like that, right?
2         A.   Yes.
3         Q.   And then a little bit after that there
4    were -- there was some sort of discussion about
5    what those things were, but then you were asked
6    does SCDSS provide those kinds of support.
7              I want to -- I want to make sure I
8    understand that, right, because if a family is
9    working not with a CPA but is directly with SCDSS,
10   does SCDSS provide a quarterly visit?
11        A.   Yes.
12        Q.   Okay.  And I know, for example, that
13   SCDSS can provide transportation services.  That's
14   right, isn't it?
15        A.   Yes.
16        Q.   Does SCDSS provide any sort of
17   ongoing -- I don't know if it's annual or -- but
18   any sort of training or additional continuing
19   education for foster parents?
20        A.   Yes.
21        Q.   So SCDSS provides it sounds like
22   comparable types of ongoing support that you had
23   described that private CPAs provide, is that right?
24        A.   That's correct.
25        Q.   I'm going to look for a moment at the

Page 124

1            A.    Yes.
2            Q.    And am I right in thinking that SCDSS
3       will willingly and gladly license any qualified
4       person or couple as a foster parent regardless of
5       their religion or sexual orientation, right?
6            A.    That's correct.
7            Q.    Okay.  Look down then at Policy Number
8       1.  The first sentence of that refers to the right
9       of a child.  The second sentence, I think that is
10      more relevant for our purpose here.  I'm going to
11      read it.
12                 It says:  Further, no individual shall
13      be denied the opportunity to become a foster
14      parent -- excuse me, a foster or adoptive parent on
15      the basis of race, color, national origin,
16      religion, state of residence, age, disability,
17      political belief, sex or sexual orientation.
18                 Did I read that correctly?
19           A.    Yes.
20           Q.    And it's my understanding that in South
21      Carolina, as you just said a moment ago, DSS will
22      license -- will accept the application and will
23      gladly license any qualified person regardless of
24      those factors, right?
25           A.    That's correct.

Page 143

1     small, some are larger, I think you said that
2     Miracle was toward at least the upper half, they're
3     one of the larger ones, is that right?
4          A.   Yes.
5          Q.   Is part of the reason that Miracle Hill
6     is a larger CPA because they're able to leverage
7     deep relationships within their particular faith
8     community to encourage people who otherwise
9     wouldn't become foster parents, to seek licensure
10    as foster parents?
11         A.   I don't -- I don't know that to be
12    true.
13         Q.   Do you think a person or a couple
14    are -- are more likely to become foster parents
15    with a CPA that -- that looks like them, that feels
16    like them, by which I mean that shares their
17    beliefs and with whom they have a degree of trust,
18    than that individual or couple would be to become a
19    foster parent with an entity or a CPA that doesn't
20    have that same shared belief system?
21         A.   I think that's possible, yes.
22         Q.   Just because life attracts life or
23    maybe there's a degree of trust that -- that the
24    individual or the couple might not have towards
25    that state agency, right?

```
                                                   Page 144
 1                MS. SCHINDEL:  Object to form.
 2                THE WITNESS:  Yes.
 3       BY MR. COLEMAN:
 4            Q.   And if that's the case, it's possible,
 5       isn't it, that by allowing for an agency that has
 6       those kind of deep ties to a community and can use
 7       them to bring people off the sidelines and into the
 8       game could result in a greater number of licensed
 9       foster homes by bringing those people off the
10       sidelines and into the game, isn't it?
11            A.   That's possible.
12                (EXHIBIT 16, Document entitled South
13       Carolina Department of Social Services Key Stats
14       from Major Program Areas - Calendar Year, was
15       marked for identification.)
16       BY MR. COLEMAN:
17            Q.   I want to show you one document.  I'm
18       not able to -- to upload it to Exhibit Share the
19       way that we've been doing it, but what I can do is
20       I can share my screen.  So I'm going to try to do
21       that.  And you let me know if you're able to see
22       the document that I just pulled up.
23            A.   I see it.
24            Q.   Okay.  Do you recognize this?
25            A.   Only because I saw it the other day
```