*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit F

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**Excerpts from Deposition of Reid Lehman**

                                                  Page 1

 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF SOUTH CAROLINA
 2                  GREENVILLE DIVISION
 3    EDEN ROGERS
      and
 4    BRANDY WELCH,
 5              Plaintiffs,
 6          vs.              CASE NO. 6:19-CV-01567-JD
 7    UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
      SERVICES; ALEX AZAR, in his official capacity as
 8    Secretary of the UNITED STATES DEPARTMENT OF HEALTH
      AND HUMAN SERVICES; ADMINISTRATION FOR CHILDREN AND
 9    FAMILIES; LYNN JOHNSON, in her official capacity as
      Assistant Secretary of the ADMINISTRATION FOR
10    CHILDREN AND FAMILIES; STEVEN WAGNER, in his
      official capacity as Principal Deputy Assistant
11    Secretary of the ADMINISTRATION FOR CHILDREN AND
      FAMILIES; HENRY MCMASTER, in his official capacity
12    as Governor of the STATE OF SOUTH CAROLINA;
      and MICHAEL LEACH, in his official capacity as
13    State Director of the SOUTH CAROLINE DEPARTMENT OF
      SOCIAL SERVICES,
14              Defendants.
15
      VIDEOTAPED VTC
16    30(b)(6)
      DEPOSITION OF:   MIRACLE HILL MINISTRIES, INC.
17                     BY: REID DAVID LEHMAN
                       (Appearing by VTC)
18
      DATE:            June 17, 2021
19
      TIME:            9:20 AM
20
      LOCATION:        Haynsworth, Sinkler, Boyd
21                     1 North Main Street, 2nd Floor
                       Greenville, SC
22
      TAKEN BY:        Counsel for the Plaintiffs
23
      REPORTED BY:     Susan M. Valsecchi, RPR, CRR
24                     Certified Realtime Reporter
                       (Appearing by VTC)
25

```
                                            Page 20
 1      Region 1 when it comes to private CPAs?
 2              A.    I'm sorry, I didn't hear your question.
 3              Q.    Are you familiar with the term Region 1
 4      as that relates to private CPAs in South Carolina?
 5              A.    I am familiar with Region 1, but the
 6      regions have changed over time, so I don't know if
 7      what I'm thinking of as Region 1 is what you're
 8      thinking of as Region 1.
 9              Q.    Well, Maybe -- why don't you tell me
10      what you're thinking of as Region 1.
11              A.    The last time I paid attention to DSS's
12      classification of Region 1, it was ten Upstate
13      counties centered around the northwest corner of
14      South Carolina.
15              Q.    And this was a region -- this is DSS's
16      classification for regions where CPAs are located;
17      is that right?
18              A.    Yes, I think so.
19              Q.    Do you understand Miracle Hill to serve
20      Region 1?
21              A.    That's our desire, yes.
22              Q.    Does Miracle Hill have certain criteria
23      regarding the individuals that it chooses to work
24      with as potential foster parents?
25              A.    It does.
```

```
                                              Page 21
 1           Q.   And what are those criteria?
 2           A.    Well, they include all the criteria
 3    expected by the Department of Social Services,
 4    licensing, screening, training, vetting, securing
 5    references.
 6               In addition, Miracle Hill has other
 7    requirements because of our spiritual identity.
 8    And in that respect, we ask that those we partner
 9    with are active followers of Jesus Christ, are
10    Christians, and subscribe to and act in accordance
11    with our doctrinal statement.
12               MS. SCHINDEL:  All right.  Can we take
13    a look at --
14               So, Mr. Matthews, would you like me to
15    say it by the Bates number?  Would that enable you
16    to identify the document easily?
17               MR. MATTHEWS:  Yes, If it's a
18    Bate-numbered document, that should be easy to find
19    that way.
20               MS. SCHINDEL:  Okay.  So this is
21    Miracle Hill Subpoena 000375.
22               And, Serena, could you please mark Tab
23    63 as an exhibit.
24               THE WITNESS:  0-0-0...
25               (EXHIBIT 2, Miracle Hill Ministries
```

Page 48

```
 1      interview that they conduct and their assessment of
 2      that person's lifestyle?
 3            A.   So if someone said to me that I have --
 4      I have experienced same-sex attraction, but I agree
 5      with your doctrinal statement and I'm living in
 6      celibacy and purity, we would be glad to work with
 7      them as a foster parent.
 8                 If someone said to me --
 9            Q.   If --
10            A.   I'm sorry?
11            Q.   No, no, go on.  My apologies.
12            A.   If someone said to me I struggle with
13      my gender identity, but I am -- I agree with your
14      doctrinal statement and I'm living according to the
15      gender I received at birth, we would be glad to
16      work with them as a foster parent.
17            Q.   And what if someone -- to meet your
18      terminology -- was experiencing same-sex attraction
19      and were in a same-sex marriage, would you be
20      willing -- and were willing to sign the doctrinal
21      statement -- would you be willing to work with that
22      person?
23            A.   No, because that's a violation of our
24      Bible -- Biblical statement on what marriage is.
25            Q.   To your knowledge, how many families
```

Page 115

1          Q.   And so let's focus, for now, on the

2     foster care column.  What exactly is the funding

3     for?

4          A.   So it is -- it helps defray a part of

5     the cost of our supporting the foster families that

6     we -- that we have at Miracle Hill.  So the foster

7     families receive payments from DSS.  As you can

8     see, in 2017 and 2018, those payments flowed to us,

9     and then we gave them to the foster families.

10              In 2019 they shifted -- they shifted

11     somewhere during 2019, so they paid the foster

12     families directly, and they gave us a

13     10-dollar-per-family-per-day administrative fee.

14     No, I think it was a 10-dollar-per-child-per-day

15     administrative fee, which helped defray almost half

16     the costs of our workers going to meet with the

17     family, provide them monthly support, helping them

18     keep their license, providing ongoing training,

19     things like that.

20              I will point out that nowhere in this

21     column is there any reimbursement for our costs of

22     recruiting foster families.  So from the time they

23     apply until they're qualified as a foster family,

24     Miracle Hill carries all of that expense, which is

25     about 2,000 dollars per family the last time I saw

Page 116

1    a calculation.

2              And in addition, we maintain the

3    families.  We don't receive any reimbursement until

4    we actually have a child in their home.  So if a

5    family is not able to receive children right now,

6    or if they need some time off because of an illness

7    or something they're experiencing, Miracle Hill is

8    still supporting the family, but we're not

9    receiving any payments from DSS for having them as

10   a licensed family.

11        Q.   Well, you're receiving 10 dollars per

12   child per day for children who are in foster care

13   with families that were licensed through Miracle

14   Hill; is that right?

15        A.   That's -- that's correct, only as long

16   as they're in -- as those families are under the

17   Miracle Hill umbrella.  If those families move to

18   work with another agency -- and sometimes they

19   do -- then the payments would -- we would not

20   receive any payments for their ongoing service.

21        Q.   But that funding, is there any

22   limitation on what you can apply those dollars to?

23        A.   I don't think there's a limitation on

24   what we can apply it to, but, historically, that 10

25   dollars per child per day was just half of the cost

Page 117

1    of our supporting the family and there was no

2    question whether there would be anything left over

3    for Miracle Hill administrative, you know,

4    back-office costs, or the recruiting costs.

5           Q.   Alternatively, you could just say that

6    that 10 dollars is helping to defray some of those

7    recruiting costs because it's not --

8                MR. COLEMAN:  Object to the form.

9    BY MS. SCHINDEL:

10          Q.   -- it's not tethered to anything.

11               MR. COLEMAN:  This is Miles.  I object

12   to the form of the question.

13   BY MS. SCHINDEL:

14          Q.   It's just 10 dollars per day per child

15   that you have in care without any limitations of

16   what you can apply those 10 dollars toward?

17          A.   No, I would not agree with that because

18   it's clear, in our agreement with the Department of

19   Social Services, we get nothing for recruiting.

20               And because it's less than half the

21   cost of supporting the family, I think it would be

22   ludicrous to say that it's helping to cover the

23   cost of recruiting families.

24          Q.   The total care, this includes state and

25   federal funding; is that right?

Page 242

1      just didn't want to number it improperly.

2                    (EXHIBIT 31, Extract from SCDSS prod

3      (MHM foster parent handbook), was marked for

4      identification.)

5                    MR. COLEMAN:  It appears that the

6      document has now been introduced.  We'll wait just

7      a minute to let everybody else pull up a copy of

8      it.  Since you don't have Exhibit Share, there's a

9      hardcopy of it.

10                    THE WITNESS:  I don't.

11                    MR. COLEMAN:  For the sake of the

12     record, I'll mention that because Mr. Lehman

13     doesn't have Exhibit Share in front of him, what I

14     have given him just now is a hardcopy that's

15     identical to the PDF I just uploaded as Exhibit 31,

16     which is Bates-numbered on the first page as

17     10545-B, as in bravo, -081, and it runs through 69

18     pages, the final page of which is numbered

19     10545-B-148.

20                    All right.  I think everyone should

21     have had a chance to get it pulled up on their

22     screen, so why don't we talk about this for just a

23     minute.

24     BY MR. COLEMAN:

25                    Q.   Looking at the first page of this

Page 243

1    document -- and let me -- let me pause.

2              Do you want a chance to flip through it

3    a little bit more thoroughly?

4         A.   No.

5         Q.   Okay.

6         A.   We will go wherever you want.

7         Q.   Looking at the first page, do you

8    recognize what this document is?

9         A.   Yes, I do.

10         Q.   And what is it?

11         A.   It's the Miracle Hill Ministries Foster

12    Parent Handbook.

13         Q.   Is this the handbook or the policies

14    that would apply to -- I'll call it colloquially

15    the CPA side of the house?

16         A.   That's correct.

17         Q.   So foster parents who are affiliated

18    with Miracle Hill that are in Miracle Hill's role

19    as CPA would be given a copy of this?

20         A.   That's correct.

21         Q.   And this would outline the policies

22    that they're expected to be aware of and to follow?

23         A.   That's correct.

24         Q.   Down at the bottom of that first page,

25    it shows several dates in which this document was

Page 244

1    revised.  The most recent and latest of which was
2    May of 2018.
3                   Do you know if this document has been
4    revised since then?
5           A.   I do not know.
6           Q.   Okay.  It may or may not have been, you
7    just are unaware?
8           A.   I'm unaware.
9           Q.   But at least as of 2018, it would have
10   been the current, correct, and operative document?
11          A.   That's correct.
12          Q.   Turn with me, if you would, to Page 35.
13   And just for ease of reference, I'm using the page
14   numbers as they're labeled in the bottom right
15   corner of the document rather than the clunkier
16   Bates numbers.
17          A.   Yes.
18          Q.   You will see at the top of that page,
19   all capital letters, a bold-faced heading, it says:
20   Expression of Religious or Spiritual Beliefs
21   Policy.
22                   Is that correct?
23          A.   Correct.
24          Q.   I want to particularly look at the
25   second of the three bullet points.  I'm going to

Page 245

1    read that out loud and ask you to follow along with

2    me.

3                It says, and I quote:  Miracle Hill is

4    aware that religion is a personal matter and

5    encourages families to be sensitive to the

6    spiritual needs of each child and biological

7    family, while avoiding anything that might be

8    considered as coercion to accept a particular set

9    of belief.

10                Closed quote.

11                Did I read that accurately?

12        A.    You did.

13        Q.    And does that reflect the expectation

14    or the standard that you have for foster families

15    working with Miracle Hill in its capacity as a CPA?

16        A.    It does.

17        Q.    And is that --

18                MS. SCHINDEL:  Object to the form.

19    BY MR. COLEMAN:

20        Q.    And is that also consistent with what I

21    believe was your testimony earlier, which was that

22    children who wish to participate in religious

23    activity or exercise are welcome to and children --

24                MS. SCHINDEL:  Objection --

25

Page 246

1      BY MR. COLEMAN:

2              Q.   -- who do not or whose biological

3      parents do not want them to are not forced to and

4      are excused from such participation?

5              A.   Yes.

6                   MS. SCHINDEL:   Objection.

7      BY MR. COLEMAN:

8              Q.   Turn with me now to Page 46 of the

9      document, and let me know once you have gotten

10     there.

11             A.   Okay.

12             Q.   Let's go first to number 3 on this

13     numbered list.  Let me take a step back, actually.

14                  So at the top of this page in all

15     capital bold-faced text, it says, Children's

16     Rights & Responsibilities, right?

17             A.   Yes.

18             Q.   And then there's a subheading under

19     that, capital letter A, Children's Rights While in

20     Care, right?

21             A.   Correct.

22             Q.   Now let's look at number 3 under that.

23     I'm going to read it and ask you to follow along

24     with me.

25                  Quote, All children shall be provided

Page 247

1    with an opportunity for spiritual development and

2    will not be denied the right to practice religious

3    beliefs.

4            Closed quote.

5            Did I read that correctly?

6        A.   You did.

7        Q.   If a child in foster care and placed in

8    a foster home affiliated with Miracle Hill was of a

9    different religious belief, not Christian, let's

10   say Jewish, Muslim, Sikh, Rastafarian, or whatever

11   the case may be, would they be -- would that child

12   be permitted to practice his or her religious

13   beliefs and exercise while in that home?

14       A.   Yes.

15       Q.   If such a child -- and let's use the

16   example of a Muslim child.

17           If such a child, in order to practice

18   his or her religious beliefs, needed -- needed to

19   attend mosque, would that child be allowed to

20   attend mosque?

21       A.   Yes.

22       Q.   How would the child get there?

23       A.   I don't know.

24       Q.   Would the foster home or the foster

25   family caring for that child, could they

```
                                          Page 248
 1      provide -- could they themselves transport the
 2      child there?
 3              A.    They could.
 4              Q.    Do you know --
 5                    MS. SCHINDEL:  Objection, leading.
 6      BY MR. COLEMAN:
 7              Q.    Do you know of any instances -- and
 8      I'll ask this question more broadly; it doesn't
 9      have to be with any one particular faith -- in
10      which children of other faiths have been placed
11      into a foster home affiliated with Miracle Hill who
12      have engaged in or practiced faiths other than the
13      Christian faith?
14              A.    I have been told that that is true, but
15      I don't have any specific examples to say how that
16      is true.
17              Q.    Okay.  But you've been told by others
18      that it is true?
19              A.    Correct.
20                    MS. SCHINDEL:  Object, leading.
21      BY MR. COLEMAN:
22              Q.    Let me look next at -- on that same
23      page, the next numbered item, Number 4, and I'll
24      read it and ask you to follow along.
25                    Quote, All children shall be free from
```

Page 249

1     coercion by foster parents or staff with regard to

2     religious or cultural decisions.  When practical,

3     the wishes of the birth parents with regard to a

4     child's religious and cultural participation are

5     ascertained and followed.

6            Closed quote.

7            Did I read that correctly?

8     A.    You did.

9     Q.    And does that -- again, is that

10    consistent with your earlier testimony, that

11    children are not -- let me be more clear -- that

12    children in foster care, living in a home, a foster

13    home affiliated with Miracle Hill, are not

14    compelled, coerced, required, or in any way

15    pressured to engage in or participate in a faith

16    not their own or a faith that they have no interest

17    in learning about or participating in?

18           A.    That's correct.

19           MS. SCHINDEL:  Objection, leading.

20           I'm sorry, you may want to give me a

21    second to object if we're going to be doing a

22    series of leading questions.

23           So objection, leading.

24    BY MR. COLEMAN:

25           Q.    Turn with me now, if you would, to

```
                                         Page 250
 1      Page 59 of this document.
 2               At the top of this page it says, again,
 3      in all capital letters, bold text:  Miracle Hill
 4      Ministries Foster Care Program Description.
 5               Is that right?
 6          A.   That's right.
 7          Q.   Below that it has several outline
 8      headings.  Outline heading Roman Numeral III says
 9      Philosophy, right?
10          A.   Yes.
11          Q.   In the third paragraph under heading
12      III, Philosophy, it begins with the words, Children
13      do not...
14               I'm going to read that and ask you to
15      follow along.
16               It says, quote, Children do not have to
17      conform to our system.  We will conform to the
18      needs of children.
19               Closed quote.
20               Did I read that correctly?
21          A.   Yes.  Yes, sir.
22          Q.   And, again, is that consistent with
23      your prior testimony regarding the lack of
24      coercion, pressuring, or other -- otherwise
25      proselytizing children in foster care?
```

```
                                                 Page 251

 1              A.    That's correct.

 2                    MS. SCHINDEL:   Objection, leading.

 3     BY MR. COLEMAN:

 4              Q.    And, finally, flip over just one more

 5     page.  This is Page 60.  We're still under the same

 6     outline heading we were looking at just moments

 7     ago.

 8                    The third full paragraph down begins

 9     with the words, Each child....

10                    Do you see where I'm looking at?

11              A.    I see it.

12              Q.    All right.  I'm going to read that.

13                    It says, quote, Each child is treated

14     lovingly, respectfully, and without regard for

15     race, color, religion, sex, national origin, or

16     sexual orientation.

17                    Closed quote.

18                    Did I read that direct correctly?

19              A.    You did.

20              Q.    And is it true, to the best of your

21     knowledge, both as Miracle Hill's official

22     representative here today, and your own personal

23     knowledge for many years there, that Miracle Hill

24     does not now and has not ever discriminated or

25     treated any child in foster care differently on the
```

Page 252

1    basis of those factors?

2         A.    That is my --

3              MS. SCHINDEL:  Objection.

4              THE WITNESS:  -- firm belief.

5              I think that it was always the case,

6    and, certainly, I think it is the case today.

7              I apologize to you and Ms. Schindel for

8    not being fully familiar with the contents of the

9    current manual, but this manual reflects the

10   philosophy of Miracle Hill and our approach to

11   foster children.

12             MR. COLEMAN:  Okay.

13             MS. SCHINDEL:  I apologize, I do want

14   my -- I'm seeing on realtime that my full objection

15   is not getting caught.

16             So, Mr. Lehman, if you would just pause

17   for one second before you answer these questions, I

18   think that will -- that will make it easier for the

19   court reporter.

20             THE WITNESS:  Thank you, I will try.

21   BY MR. COLEMAN:

22        Q.    The document we just looked at had to

23   do with Miracle Hill's CPA program, right?

24        A.    Yes.

25        Q.    And the document we looked at hours

Page 260

```
1     your personal capacity -- that Miracle Hill's
2     recruiting and screening practices are not now and
3     have never been funded, reimbursed, or supported by
4     the state or federal government; is that correct?
5                  MS. SCHINDEL:  Objection.  Objection,
6     leading, and mischaracterizes testimony.
7                  THE WITNESS:  So let me say that again.
8                  And you're welcome to ask a follow-up
9     question.
10                 So for all of the time that I was
11    involved in '17, '18, '19, and '20, we never
12    received enough -- never more than about half of
13    our administrative costs.  And we were paid only
14    for placing children in families, per child per
15    day.
16                 So when we recruited a family, which
17    costs about 2,000 dollars per family to recruit,
18    train, license, screen, do everything else, that
19    was completely at our own expense.  As far as I
20    know, that is still the intent.
21                 The DSS payment unexpectedly went up
22    for us and other agencies at the beginning of this
23    year.  So can I say for certain that -- at this
24    very moment -- that no DSS money would be -- exceed
25    the cost of administration?  I can't say that.  I
```

Page 277

1              Q.   How many foster families does Miracle
2      Hill work with?
3              A.   Um, I don't know.  Um, I think that we
4      have about 200 licensed today.  I think that we
5      have about -- we have more than a hundred, I know,
6      that have children with them right now, and I think
7      we have 140 children placed with those families,
8      but some of them have more than one child placed
9      with them.
10             Q.   So you are confident that a hundred
11     families, based on the conversations that you've
12     had and information you have, 100 families would
13     refuse to work with another CPA or refuse to work
14     with DSS if they were -- if Miracle Hill was unable
15     to serve as a --
16                  MR. COLEMAN:  This is Miles.
17                  MS. SCHINDEL:  -- as a CPA.
18                  MR. COLEMAN:  Object to the form of the
19     question.
20                  THE COURT REPORTER:  I didn't hear the
21     end of the question.
22     BY MS. SCHINDEL:
23             Q.   I believe the end of the question was,
24     if Miracle Hill was unable to serve as a CPA, or
25     unwilling to serve as a CPA.

Page 278

1           A.    I think my estimate was 30 to

2       50 percent.  So my belief is that 60 to 100 CPAs,

3       would now or soon cease serving as foster families

4       if Miracle Hill was not able to be the support

5       system for them.

6                 Now, I also said that when you talk to

7       Sharon, she'll have a better estimate, and I would

8       trust her estimate over mine.

9           Q.    Because your estimate is more of a

10      guess?

11          A.    No, because Sharon is the one that

12      helped me form my estimate, and I think that she --

13      she would be able to have a more accurate estimate

14      than I would.

15          Q.    We had talked earlier about -- way back

16      in the beginning of this deposition -- about how

17      you thought that more than 15 individuals had been

18      turned away as prospective foster parents by

19      Miracle Hill; do you recall that?

20          A.    Yes.

21          Q.    Why were those individuals turned away?

22          A.    You will have to ask Sharon.

23          Q.    Do you have any personal knowledge of

24      those 15 individuals that you mentioned earlier?

25          A.    Well, no, I don't know -- I've not, as