*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit G

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**South Carolina CPAs serving the Upstate Region (10545-G0721-G0723)**

**South Carolina CPAs serving the Upstate Region**

| | Child Placing Agency Name | Areas Served | Licensed by DSS | Therapeutic Foster Care ("TFC"), Non-TFC or Both | Ages Served |
|---|---|---|---|---|---|
| 1 | Church of God Home for Children | Upstate | 2013 | Non-TFC | Birth – 21 years of age |
| 2 | Connie Maxwell Children's Ministries | Upstate/Midlands | 1980's | Non-TFC | Birth – 21 years of age |
| 3 | Epworth Children's Home | Statewide | 2016 | Both | Birth – 21 years of age |
| 4 | Family Preservation Community Services | Statewide | 1997 | Both | Birth – 21 years of age |
| 5 | Growing Home Southeast | Statewide | 2004 | Both | Birth – 21 years of age |
| 6 | Hope Embraced Adoption Agency | Statewide | 2013 | Adoption and Non-TFC | Birth – 18 years of age |
| 7 | Lifeline Children's Services | Statewide | 2012 | Non-TFC | Birth – 21 years of age |
| 8 | Lutheran Services Carolinas | Statewide | 2000 | Both | Birth – 21 years of age |
| 9 | Miracle Hill Ministries, Inc. | Upstate | 1992 | Non-TFC | Birth – 21 years of age |
| 10 | New Foundations Home for Children, Inc. | Upstate | 2017 | Both | Birth – 21 years of age |
| 11 | Nightlight Christian Adoptions | Upstate/Midlands | 2019 | Non-TFC | Birth – 21 years of age |
| 12 | Oasis of Hope | Upstate | 2021 | Non-TFC | Birth – 21 years of age |

*Licensed adoption agencies fall under the category of CPAs and can assist in the licensure of foster parents when related to an adoption.

10545-G0721

| 13 | South Carolina Mentor | Statewide | 1984 | Both | Birth – 21 years of age |
| --- | --- | --- | --- | --- | --- |
| 14 | South Carolina Youth Advocate Program | Statewide | 1990 | Both | Birth – 21 years of age |
| 15 | Southeastern Children's Home | Upstate | 1980's | Non-TFC | Birth – 21 years of age |
| 16 | Specialized Alternative for Families and Youth | Statewide | 1994 | Both | Birth – 21 years of age |
| 17 | Tamassee DAR School | Upstate | 2017–2019 (closed in 2019) | Non-TFC | Birth – 21 years of age |
| 18 | The Bair Foundation | Statewide | 2002 | Both | Birth – 21 years of age |
| 19 | Thornwell | Upstate/Midlands | 2016 | Non-TFC | Birth – 21 years of age |
| 20 | Adoption Advocacy, Inc. | Statewide | Since before 1999 | N/A Adoption Only* (has assisted in the licensure of one or more foster parents in the past 5 years) | Birth – 18 years of age |
| 21 | Adoption Options | Statewide | 2002 | N/A Adoption Only* | Birth – 18 years of age |
| 22 | America World Adoption – South Carolina | Statewide | 2013 | N/A Adoption Only* | Birth – 18 years of age |
| 23 | Applewhite Adoptions | Statewide | 2014 | N/A Adoption Only* | Birth – 18 years of age |

*Licensed adoption agencies fall under the category of CPAs and can assist in the licensure of foster parents when related to an adoption.

10545-G0722

| 24 | Bethany Christian Services | Statewide | Since before 1999 | N/A<br>Adoption Only*<br>(has one foster home for adoption purposes) | Birth – 18 years of age |
|---|---|---|---|---|---|
| 25 | Carolina Adoption Services | Statewide | 1993 | N/A<br>Adoption Only* | Birth – 18 years of age |
| 26 | Christian Adoption Services | Statewide | 2017 | N/A<br>Adoption Only*<br>(has one foster home for adoption purposes) | Birth – 18 years of age |
| 27 | Quiver Full Adoptions, Inc. | Statewide | 2017 | N/A<br>Adoption Only* | Birth – 18 years of age |

*Licensed adoption agencies fall under the category of CPAs and can assist in the licensure of foster parents when related to an adoption.

**10545-G0723**