*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit I

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**Miracle Hill Ministries' Spiritual Identity FAQs (Miracle_Hill_Sub_ 012783-012784)**



# Miracle Hill Ministries' Spiritual Identity

# FAQ's

**Q:** How does Miracle Hill Ministries define itself as a ministry?

**A:** Miracle Hill Ministries is an evangelical, Gospel-infused Christian mercy ministry that is committed to sharing the Gospel of Jesus Christ while serving the needy and vulnerable in Christ's name. Christians who share our commitment to the Gospel, embrace our doctrinal statement through belief and practice, and are active in a Christian church are valued ministry partners.

**Q:** Miracle Hill ascribes to a ministry model very similar to that of the Billy Graham Evangelistic Association. How does this model affect the way your organization carries out its operations and activities?

**A:** The Billy Graham Evangelistic Association has been able to effectively work with Christians from many backgrounds and traditions by maintaining a clear statement of faith, vetting staff and volunteers carefully to ensure like-mindedness and focusing on its primary mission of proclaiming the Gospel of Jesus Christ. Miracle Hill Ministries, likewise, seeks to serve the homeless and hurting in Christ's name by upholding our commitment to sharing the Good News of Jesus Christ and by ensuring that followers of Jesus Christ who serve with us believe and practice our doctrinal statement of faith.

**Q:** Why did you change your policy concerning non-Protestants serving as foster parents?

**A:** We are grieved that the recent religious freedom struggle surrounding our foster care program has been characterized in the media as a fight about the "right kind of Christian". In today's cultural climate that is already becoming increasingly hostile to Christianity, we cannot afford to be distracted or deterred in our commitment to the Gospel of Jesus Christ. We are not called to express judgements about various branches of Christianity or denominations within Protestantism. Our identity is that brothers and sisters in Christ work together to minister to the needy, stand for sound doctrine, and spread the Gospel of Jesus Christ.

**Q:** How will you determine if someone meets your criteria to serve as a foster parent, mentor or employee?

**A:** Our mission statement and doctrinal statement of faith will guide our interview process as we invite followers of Jesus Christ to partner with us in ministry to share the Good News of Christ and minister to the needy in His name.

SDF/5-9-19

MIRACLE_HILL_SUBP_012783

**Q:** What about the people Miracle Hill serves? Do they have to ascribe to a particular faith?

**A:** Miracle Hill Ministries always has and always will serve anyone who comes to us for help, regardless of their faith or no faith at all. Although people in our care will hear the Good News of Jesus Christ, embracing Christianity is a not a requirement for receiving services. Additionally, for more than 80 years, Miracle Hill has worked collaboratively with religious and secular community partners alike to meet the needs of those in the Upstate experiencing homelessness.

SDF/5-9-19

MIRACLE_HILL_SUBP_012784