*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit K

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**New Foster Home Licenses and Licenses assisted by CPA (10545-G0716-G0718)**

| Year | New Foster Home Licenses | New Foster Home Licenses assisted by CPA |
|------|--------------------------|------------------------------------------|
| 2017 | 803 | 362 |
| 2018 | 792 | 334 |
| 2019 | 797 | 337 |
| 2020 | 762 | 367 |
| 2021 | 672 | 484 |

10545-G0716

| 2017, Total | |
|---|---|
| New Foster Home Licenses | |
| Count of ProviderName | 803 |

| New Foster Home Licenses assisted by CPA | |
|---|---|
| PrimaryProviderName | Count of ProviderName |
| Alston Wilkes Society | 3 |
| Carolina Therapeutic Services | 2 |
| Connie Maxwell Children's Ministries | 14 |
| Epworth Children's Home | 2 |
| Epworth Children's Home - Regular CPA | 7 |
| Family Preservation - Therapeutic CPA | 2 |
| Growing Home Southeast - Therapeutic CPA | 11 |
| John K. Crosswell Home for Children | 2 |
| Justice Works Behavioral Care | 6 |
| Lifeline Children's Services | 10 |
| Lutheran Family Services of the Carolina | 2 |
| Lutheran Services - Therapeutic CPA | 18 |
| Mandala Adoption Services | 1 |
| Miracle Hill Ministries, Inc. | 97 |
| New Foundations - Therapeutic CPA | 1 |
| Reid House Of Christian Servic | 1 |
| SC Mentor - Therapeutic CPA | 47 |
| SC YAP - Therapeutic CPA | 82 |
| Specialized Alternative Youth | 10 |
| The Bair Foundation Therapeutic CPA | 37 |
| Thornwell | 7 |
| **Grand Total** | **362** |

| 2018, Total | |
|---|---|
| New Foster Home Licenses | |
| Count of ProviderName | 792 |

| New Foster Home Licenses assisted by CPA | |
|---|---|
| PrimaryProviderName | Count of ProviderName |
| Child Abuse Prevention Association | 9 |
| Church of God Home for Children-CPA | 2 |
| Connie Maxwell Children's Ministries | 3 |
| Epworth Children's Home - Regular CPA | 14 |
| Family Preservation - Therapeutic CPA | 4 |
| Growing Home Southeast - Therapeutic CPA | 13 |
| Justice Works Behavioral Care | 1 |
| Lifeline Children's Services | 6 |
| Lutheran Family Services of the Carolina | 3 |
| Lutheran Services - Therapeutic CPA | 15 |
| Miracle Hill Ministries, Inc. | 68 |
| New Foundations - Therapeutic CPA | 4 |
| SC Mentor - Therapeutic CPA | 31 |
| SC YAP - Therapeutic CPA | 83 |
| Specialized Alternative Youth | 14 |
| The Bair Foundation Therapeutic CPA | 55 |
| Thornwell | 9 |
| **Grand Total** | **334** |

| 2019, Total | |
|---|---|
| New Foster Home Licenses | |
| Count of ProviderName | 797 |

| New Foster Home Licenses assisted by CPA | |
|---|---|
| PrimaryProviderName | Count of ProviderName |
| Adoption Advocacy, Inc | 1 |
| Broadstep Behavioral Health, Inc. | 4 |
| Child Abuse Prevention Association | 11 |
| Church of God Home for Children-CPA | 2 |
| Connie Maxwell Children's Ministries | 9 |
| Epworth Children's Home - Regular CPA | 31 |
| Family Preservation - Therapeutic CPA | 6 |
| Growing Home Southeast - Therapeutic CPA | 13 |
| John K. Crosswell Home for Children | 3 |
| Lifeline Children's Services | 12 |
| Lutheran Family Services of the Carolina | 3 |
| Lutheran Services - Therapeutic CPA | 21 |
| Miracle Hill Ministries, Inc. | 54 |
| New Foundations - Therapeutic CPA | 4 |
| Nightlight Christian Adoptions | 2 |
| SC Mentor - Therapeutic CPA | 29 |
| SC YAP - Therapeutic CPA | 67 |
| Specialized Alternative Youth | 17 |
| The Bair Foundation Therapeutic CPA | 35 |
| Thornwell | 13 |
| **Grand Total** | **337** |

| 2020, Total | |
|---|---|
| New Foster Home Licenses | |
| Count of ProviderName | 762 |

| New Foster Home Licenses assisted by CPA | |
|---|---|
| PrimaryProviderName | Count of ProviderName |
| Adoption Advocacy, Inc | 1 |
| Child Abuse Prevention Association | 10 |
| Children Unlimited At Family Service Cen | 1 |
| Church of God Home for Children-CPA | 2 |
| Connie Maxwell Children's Ministries | 15 |
| Epworth Children's Home | 4 |
| Epworth Children's Home - Regular CPA | 46 |
| Epworth Children's Home -Therapeutic CPA | 3 |
| Family Preservation - Regular CPA | 4 |
| Family Preservation - Therapeutic CPA | 7 |
| Growing Home Southeast - Regular CPA | 6 |
| Growing Home Southeast - Therapeutic CPA | 9 |
| John K. Crosswell Home for Children | 3 |
| Lifeline Children's Services | 10 |
| Lutheran Services - Regular CPA | 8 |
| Lutheran Services - Therapeutic CPA | 10 |
| Miracle Hill Ministries, Inc. | 65 |
| National YAP - Regular CPA | 2 |
| New Foundation Children & Family Serv. | 1 |
| New Foundations - Therapeutic CPA | 2 |
| Nightlight Christian Adoptions | 2 |
| SC Mentor - Regular CPA | 2 |
| SC Mentor - Therapeutic CPA | 26 |
| SC YAP - Regular CPA | 6 |
| SC YAP - Therapeutic CPA | 43 |
| Specialized Alternative Youth | 22 |
| The Bair Foundation - Regular CPA | 3 |
| The Bair Foundation Therapeutic CPA | 34 |
| Thornwell | 20 |
| **Grand Total** | **367** |

| 2021, Total | |
|---|---|
| New Foster Home Licenses | |
| Count of ProviderName | 672 |

| New Foster Home Licenses assisted by CPA | |
|---|---|
| PrimProviderName | Count of ProviderName |
| Child Abuse Prevention Association | 11 |
| Church of God Home for Children-CPA | 4 |
| Connie Maxwell Children's Ministries | 18 |
| Epworth Children's Home | 4 |
| Epworth Children's Home - Regular CPA | 8 |
| Epworth Children's Home -Therapeutic CPA | 56 |
| Family Preservation - Regular CPA | 2 |
| Family Preservation - Therapeutic CPA | 5 |
| Growing Home Southeast - Regular CPA | 16 |
| Growing Home Southeast - Therapeutic CPA | 21 |
| Hope Embraced Adoption Agency | 1 |
| John K. Crosswell Home for Children | 2 |
| LIFELINE CHILDREN'S SERVICES | 6 |
| Lutheran Services - Regular CPA | 18 |
| Lutheran Services - Therapeutic CPA | 8 |
| Miracle Hill Ministries, Inc. | 54 |
| National YAP - Regular CPA | 25 |
| National YAP - Therapeutic CPA | 14 |
| New Foundations - Regular CPA | 1 |
| New Foundations - Therapeutic CPA | 3 |
| Nightlight Christian Adoptions | 9 |
| Oasis of Hope | 18 |
| SC Mentor - Regular CPA | 12 |
| SC Mentor - Therapeutic CPA | 27 |
| SC YAP - Regular CPA | 2 |
| SC YAP - Therapeutic CPA | 63 |
| Specialized Alternative Youth | 15 |
| The Bair Foundation - Regular CPA | 5 |
| The Bair Foundation Therapeutic CPA | 24 |
| Thornwell | 32 |
| **Grand Total** | **484** |

## All Unduplicated Placements with a Private Provider

| Primary Provider | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Alston Wilkes Society | 21 | | | | |
| Broadstep Behavioral Health, Inc. | | | 3 | 3 | |
| Child Abuse Prevention Association | | 19 | 33 | 18 | 38 |
| Church of God Home for Children-CPA | | 5 | 13 | 11 | 14 |
| Connie Maxwell Children's Ministries | 20 | 9 | 32 | 26 | 43 |
| Epworth Children's Home - Regular CPA | 12 | 26 | 57 | 105 | 88 |
| Epworth Children's Home -Therapeutic CPA | | | 1 | 10 | 116 |
| Family Preservation - Regular CPA | | | | 3 | 4 |
| Family Preservation - Therapeutic CPA | 30 | 44 | 26 | 23 | 21 |
| Growing Home Southeast - Regular CPA | | | | 3 | 38 |
| Growing Home Southeast - Therapeutic CPA | 99 | 111 | 120 | 81 | 85 |
| John K. Crosswell Home for Children | | 3 | 8 | 5 | 9 |
| Justice Works Behavioral Care | 21 | 2 | | | |
| Lifeline Children's Services | 34 | 35 | 31 | 34 | 51 |
| Lutheran Services - Regular CPA | | | | 5 | 36 |
| Lutheran Services - Therapeutic CPA | 69 | 95 | 84 | 52 | 58 |
| Miracle Hill Ministries, Inc. | 240 | 261 | 310 | 235 | 235 |
| Miriam's Promise | | | 2 | 2 | 2 |
| National YAP - Regular CPA | | | | | 4 |
| National YAP - Therapeutic CPA | | | | | 10 |
| New Foundations - Regular CPA | | | | | 6 |
| New Foundations - Therapeutic CPA | 1 | 14 | 12 | 10 | 28 |
| Nightlight Christian Adoptions | 1 | 1 | 1 | 2 | 57 |
| Oasis of Hope | | | | | 32 |
| SC Mentor - Regular CPA | | | | 1 | 19 |
| SC Mentor - Therapeutic CPA | 211 | 321 | 260 | 225 | 211 |
| SC YAP - Regular CPA | | | | 2 | 2 |
| SC YAP - Therapeutic CPA | 739 | 816 | 746 | 539 | 596 |
| Specialized Alternative Youth | 157 | 146 | 178 | 132 | 162 |
| The Bair Foundation - Regular CPA | | | | 2 | 10 |
| The Bair Foundation Therapeutic CPA | 179 | 183 | 173 | 139 | 138 |
| Thornwell | 7 | 29 | 34 | 34 | 82 |
| **Total in CPAs only** | **1841** | **2120** | **2124** | **1702** | **2195** |
| **All Children served in FC for a CY** | **7926** | **8435** | **8625** | **7148** | **6582** |

## Unduplicated Therapeutic Placements with a Private Provider

| Primary Provider | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Alston Wilkes Society | 21 | | | | |
| Broadstep Behavioral Health, Inc. | | | 3 | 3 | |
| Epworth Children's Home -Therapeutic CPA | | | 1 | 10 | 116 |
| Family Preservation - Therapeutic CPA | 30 | 44 | 26 | 23 | 21 |
| Growing Home Southeast - Therapeutic CPA | 90 | 93 | 94 | 72 | 81 |
| Justice Works Behavioral Care | 21 | 2 | | | |
| Lutheran Services - Therapeutic CPA | 67 | 83 | 78 | 50 | 54 |
| Miracle Hill Ministries, Inc. | 3 | | | | |
| National YAP - Therapeutic CPA | | | | | 10 |
| New Foundations - Therapeutic CPA | 1 | 13 | 12 | 10 | 27 |
| SC Mentor - Regular CPA | | | | | 1 |
| SC Mentor - Therapeutic CPA | 202 | 310 | 254 | 215 | 209 |
| SC YAP - Therapeutic CPA | 709 | 795 | 705 | 509 | 573 |
| Specialized Alternative Youth | 146 | 138 | 167 | 130 | 160 |
| The Bair Foundation - Regular CPA | | | | 1 | |
| The Bair Foundation Therapeutic CPA | 165 | 167 | 152 | 110 | 123 |

10545-G0718