*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit P

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**ACLU of South Carolina Tweet (January 29, 2019)**

Home Moments Search Twitter Have an account? Log in

ACLU of SC
@ACLU_SC

| Tweets | Following | Followers | Likes | Lists |
| --- | --- | --- | --- | --- |
| 2,771 | 518 | 2,857 | 1,768 | 4 |

Follow

Rectangular Snip

729 7.5K 25K

**ACLU of SC** @ACLU_SC · Jan 29

Have you been turned away from Miracle Hill because of your faith or because you are LGBTQ? Let us know: info@aclusc.org slate.com/news-and-polit... via @slate

**The Trump Administration Will Let Adoption Agencies Turn Away Je...**

The grim future that Justice Ruth Bader Ginsburg foresaw in the Hobby Lobby case has arrived.

slate.com

1

**ACLU of SC** @ACLU_SC · Jan 28

It's time to update aging voting machines - and state legislators need to hear

