*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit Q

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**ACLU of South Carolina Tweet (March 14, 2019)**

Home Moments Search Twitter Have an account? Log in

**ACLU of SC**
@ACLU_SC

| Tweets | Following | Followers | Likes | Lists |
|---|---|---|---|---|
| 2,771 | 518 | 2,857 | 1,768 | 4 |

Follow

33 642 1.2K

**ACLU of SC** @ACLU_SC · Mar 14

Upstate fam: If you've been rejected as a foster parent b/c of religion, or worried you might be, contact us: pbrooks@aclusc.org or 843-405-2831. #FosterCare #MiracleHill #SouthCarolina #FosterParents

1

ACLU of SC Retweeted

**ACLU** @ACLU · Mar 13

Today, Congress introduced the Equality Act, which strengthens federal civil rights laws and makes it explicitly illegal to discriminate on the basis of sexual orientation and gender identity.

33 898 3.2K

