*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit R

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**ACLU of South Carolina Tweet (March 26, 2019)**

Home Moments Search Twitter Have an account? Log in

**ACLU of SC**
@ACLU_SC

| Tweets | Following | Followers | Likes | Lists |
|---|---|---|---|---|
| 2,771 | 518 | 2,857 | 1,768 | 4 |

Follow

Show this thread

**ACLU of SC** @ACLU_SC · Mar 26

Any contact with us will be kept confidential and won't obligate you in any way. Please contact Patrick Brooks at pbrooks@aclusc.org or 843-405-2831.

3 4

**ACLU of SC** @ACLU_SC · Mar 25

Our intern, legal director and a Board member at a subcommittee hearing last week to oppose a 6-week abortion ban. Strong women! #NoAbortionBan

