*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit S

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**Equality SC Tweet (March 30, 2019)**



| Tweets | Following | Followers | Likes | |
|---|---|---|---|---|
| 2,611 | 1,810 | 4,350 | 1,063 | Follow |

## SC Equality
@SCEquality

South Carolina's education and political advocacy organization (501c4) for members of the gay, lesbian, bisexual and transgender community.

- South Carolina
- scequality.org
- Joined July 2009
- 387 Photos and videos

  
  

**Tweets**  **Tweets & replies**  **Media**

 **SC Equality** @SCEquality · Mar 30

Any contact with us will be kept confidential and won't obligate you in any way. Please contact Jeff Ayers at jeffayers@scequality.org or (803) 256-6500



    1   ♡ 1

 **SC Equality** @SCEquality · Feb 27
Popular teacher fired from Chapin church. She says it's because she loves a woman

### New to Twitter?
Sign up now to get your own personalized timeline!

**Sign up**

### You may also like · Refresh

 **Equality NC**
@equalitync

 **Equality Vir**
@EqualityV/

 **Equality Flc**
@equalityfl

 **Southern Equality**
@SouthernEqual

 **Kentucky Equality**
@KYEquality