*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit T

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**Excerpts from Deposition of Brandy Welch**

Page 1

1          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF SOUTH CAROLINA
2                   GREENVILLE DIVISION

3

4    Eden Rogers, et al.,

5        Plaintiffs,

6    vs.

7    United States Department of Health and Human
     Services, et al.,

8

         Defendant.
9    _____

10   VIRTUAL
     DEPOSITION OF:      BRANDY WELCH

11

     DATE:               May 24, 2021

12

     TIME:               9:04 a.m.

13

     LOCATION:           11 Brendan Way
14                       Suite 200
                         Greenville, South Carolina 29615

15

     TAKEN BY:           Counsel for Governor Henry McMaster

16

     REPORTED BY:        MICHELLE BAKER LEE,

17                       Certified Court Reporter
     _____

18

19

20

21

22

23

24

25

Page 19

1    agree that if that were the outcome, fewer homes would

2    be a bad thing?

3            A    Yes.

4            Q    In the Complaint which we've been talking

5    about a little bit, in the Complaint you have alleged

6    that Governor McMaster and the other Defendants

7    violated the Constitution, the United States

8    Constitution, by funding Miracle Hill's recruiting and

9    screening of only evangelical Christian foster

10   parents.  I think at the time when you applied it was

11   evangelical Protestant Christian foster parents and I

12   think now it's a little bit broader than that.  But is

13   that accurate that the violation -- the constitutional

14   violation that you've alleged is that in Miracle

15   Hill's recruiting and screening of foster parents

16   they're turning away, I think is the phrase that you

17   used in the Complaint, those who don't share their

18   evangelical Christian beliefs, right?

19           A    Yep.

20           Q    And the relief or the -- maybe that's a

21   legal term.  The -- what you've asked the court for,

22   the outcome that you've asked the court for in your

23   lawsuit is for the court to order Governor McMaster,

24   Mike Leach at DSS, and the federal Defendants to stop

25   funding what you refer to as Miracle Hill's

Brandy Welch                                    May 24, 2021
Rogers, Eden, et al v. U.S. Dept. of Health and Hu

Page 20

1    discriminatory recruiting and screening practices,
2    right?
3         A    Yes.
4         Q    So if the -- if the Governor, DSS, and the
5    federal Defendants weren't doing that, right, if
6    Miracle Hill wasn't being reimbursed by the state or
7    the federal government for its recruiting and
8    screening practices then there wouldn't be a
9    constitutional violation anymore, right?
10        A    Right.
11        Q    You and Eden are friends with -- is it Lisa
12   and Cindy Bovee-Kemper; is that right?
13        A    Yes.
14        Q    I think Lisa is your pastor?
15        A    Correct.
16        Q    That's at the -- sometimes I get the -- I
17   know you guys call it UU by the initials, but it's the
18   Greenville Unitarian Universalist Church.  Is that --
19        A    That's correct.
20        Q    And I apologize for that dinging noise in
21   the background.  It's my e-mail prompts coming in.
22             Cindy and Lisa are -- my understanding from
23   talking to Eden are more than just, you know, pastor,
24   Lisa is more than just a pastor, but Lisa and Cindy it
25   sounds like to me are almost advisers or mentors or

Brandy Welch                                    May 24, 2021
Rogers, Eden, et al v. U.S. Dept. of Health and Hu

Page 21

1    confidants that you've talked to a lot sort of

2    extensively about their experience as foster parents

3    and your desire to become foster parents; is that

4    right?

5         A    Yes.

6         Q    About -- and you don't have to give me a

7    precise date, but give me a ballpark about what time

8    period have you talked to them?  Is this something

9    that you've talked to the Bovee-Kempers about for

10   years?

11        A    Yeah, I would say -- I would say probably

12   about a couple of years before we applied we started

13   talking to them about it.

14        Q    Okay.  Did -- and this is not a trick

15   question.  This is just my memory.  So, again, the

16   dates I don't think here are terribly relevant.  But

17   my recollection from talking to Eden on Friday was --

18   did you-all start attending the Greenville Unitarian

19   Universalist Church in 2017 or was it --

20        A    Maybe.  Eden's way better at dates than I am

21   so --

22        Q    Okay.

23        A    -- that could be.

24        Q    And I don't remember too precisely, either.

25   But -- and the reason I ask is it sounds like that

Brandy Welch                                    May 24, 2021
Rogers, Eden, et al v. U.S. Dept. of Health and Hu

Page 26

1        Q    Is it like five or fewer?

2        A    No, I'd say it's more than that.

3        Q    Pretty regularly?

4        A    Yeah, fairly regularly.  Probably even more

5    than us together, but, I mean, we definitely all

6    talked together.  And then Eden had the chance to talk

7    to them more because she was seeing them a lot more at

8    school.

9        Q    Because she works at a school at the same

10   facility as the church?

11       A    She did, yeah.

12       Q    Okay.  But there's no question that Lisa and

13   Cindy knew that you-all wanted to become foster

14   parents some day?

15       A    Correct.

16       Q    Did they -- did they know in, I guess we'll

17   say, kind of early 2019 up until like March-April

18   before you applied that you-all were right on the cusp

19   of taking that -- of this thing we've talked about for

20   so long, we're going to -- we're going to start the

21   ball rolling?  Were they aware that you guys were

22   about to apply to become foster parents?

23       A    Yes.

24       Q    Okay.  Did you know that kind of in that

25   same time period on Sunday, March 17, 2019 Cindy

Page 27

1    Bovee-Kemper hosted and interest meeting at your

2    church, Greenville Unitarian Universalist, for people

3    who were interested in becoming foster parents through

4    Miracle Hill and who were either not Christians or in

5    a same-sex marriage and who wouldn't be able to work

6    with Miracle Hill; did you know about that?

7         A    No, I didn't know about that.

8         Q    Like in all those conversations and she knew

9    you were interested in becoming a foster parent and

10   knew you were about to apply and she knew that Miracle

11   Hill wouldn't work with Unitarian Universalists or

12   same-sex married couples and she didn't tell you about

13   it?

14        A    No, she didn't.

15        Q    You never got an e-mail about it or got --

16   heard anything about that?

17        A    No, I did not know about it.

18        Q    What all did you do to prepare for today's

19   deposition?

20        A    We had a couple of calls last week with

21   Currey and Susan and our team just to go over like --

22   like prep for the deposition.

23        Q    And Currey, that's Currey Cook, one of your

24   lawyers?

25        A    Yes.

Brandy Welch                              May 24, 2021
Rogers, Eden, et al v. U.S. Dept. of Health and Hu

Page 60

1    sue?

2         A    I mean, we, like, just mutually talked about

3    it.  I mean, it wasn't like her idea or my idea.

4    We -- it was a mutual decision that we needed to do

5    something to try and change this so we decided

6    together.

7         Q    Okay.  But it was between the two of you

8    sort of jointly that the idea of filing a lawsuit had

9    its origination; is that right?

10        A    Well, I mean, yeah, yeah.  Well, I mean,

11   we -- like, we talked about what our options would be

12   and obviously a lawsuit is one of those options.  And

13   so, yeah, but that idea originated with us, yes.

14        Q    Did you talk to Cindy or Lisa Bovee-Kemper

15   about it?

16        A    Before or after?

17        Q    Well, let's start with before sending in the

18   application.  Did they know you were applying to

19   Miracle Hill?

20        A    Yeah, they knew we were applying to Miracle

21   Hill.

22        Q    And did they encourage you to do that?

23        A    Yes.

24        Q    Okay.  And they didn't tell you that -- that

25   they knew that Miracle Hill wouldn't work with

Brandy Welch                                    May 24, 2021
Rogers, Eden, et al v. U.S. Dept. of Health and Hu

Page 61

1    Unitarian Universalists or same-sex couples?

2        A    No.  Like they -- like they're the ones who

3    introduced us to Currey so we -- I think we knew that

4    there was a chance, but, like, honestly I still didn't

5    feel like that was ever going to happen just because I

6    know us as parents and I guess I never had really

7    faced a whole lot of rejection in my life.  So, like,

8    I think I knew it was a possibility but I didn't know

9    it was guaranteed by any means.

10       Q    When did they introduce you to Currey?

11       A    I don't recall.

12       Q    Was it before you applied to Miracle Hill or

13   after?

14       A    It was before.

15       Q    And had you talked to -- talked on the phone

16   or e-mails with Currey before applying?

17       A    I believe Eden did.  I don't think that -- I

18   don't recall talking to him beforehand but I think

19   that Eden did.

20       Q    Okay.

21       A    I may have.  I just don't recall for sure.

22       Q    Okay.  Was Currey your first point of

23   contact to the people that eventually became your

24   lawyers?

25       A    Yes.

Page 83

1        A    Right.

2        Q    So if you look, then, down at -- this will

3    be the fourth page of the PDF down at the bottom.

4    This is the one that has the identifying number Rogers

5    Welch 00052.  There's a list of nine bullet-pointed

6    either other private agencies or DSS that Miracle Hill

7    offered to refer you to that might be able to assist

8    you.  You never called or contacted any of those, did

9    you?

10       A    No.

11       Q    Okay.

12            MR. COLEMAN:  I think that's all I've got.

13       No further questions from me unless somebody else

14       does.

15            MS. DUNN:  None from me.

16            MS. NEWMAN:  And none from me, Christie.

17            MR. RIDDLE:  And I have no questions.  This

18       is Jonathan.

19            MR. COLEMAN:  All right.  I think that's --

20       that's the end of our time together, then, this

21       morning.

22            THE COURT REPORTER:  Ms. Dunn, is she going

23       to read and sign?

24            MS. DUNN:  Yes, please.

25            THE COURT REPORTER:  And I just need to get