*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit V

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**Excerpts from Deposition of Eden Rogers**

Page 1

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF SOUTH CAROLINA
2                    GREENVILLE DIVISION
3              Civil Action No. 6:19-cv-01567-JD
4    Eden Rogers, et al.,
5         Plaintiffs,
6    vs.
7    United States Department of Health and Human
     Services, et al.,
8
          Defendant.
9    _____
10   VIRTUAL
     DEPOSITION OF:     EDEN ROGERS
11
     DATE:              May 21, 2021
12
     TIME:              1:01 p.m.
13
     LOCATION:          222 Rutherford Street
14                      Greenville, South Carolina 29609
15   TAKEN BY:          Counsel for Governor Henry McMaster
16   REPORTED BY:       MICHELLE BAKER LEE,
                        Certified Court Reporter
17   _____
18
19
20
21
22
23
24
25

Page 75

1   A   Well, I do know that we were definitely up
2   half the night talking about it and struggling over
3   this.  But, yes, it does -- does look like that's the
4   case.
5   Q   So how did you know who to send it to?  How
6   did you have these people's e-mail addresses that
7   quick after you got the e-mail from Miracle Hill?
8   A   I suppose that we had already gotten it from
9   Cindy.
10  Q   Had you ever talked to any of these people
11  before you applied to Miracle Hill?
12  A   I don't know.
13  Q   You don't remember?
14  A   I don't remember.
15  Q   In the e-mail that Sharon Betts sent to
16  you-all that afternoon, I think we counted there were
17  nine bullet points of other private or public agencies
18  that you could have reached out to to apply to be a
19  foster parent.  Did you ever reach out to any of
20  those?
21  A   No.
22  Q   But you wanted to be a foster parent, right?
23  A   Still do, yes.
24  Q   Well, why haven't you reached out to any of
25  them to become one?

Page 82

1    open to and welcoming of people of any and all faiths
2    or marital status or orientation; did you look?
3         A    I don't remember.  It was a long night.
4         Q    So you don't remember if either that night
5    or ever after that you've looked to see if there's
6    another agency that would welcome you?
7         A    I don't remember.
8         Q    You've alleged in your lawsuit that the
9    Governor and the other Defendants have violated the
10   Constitution by funding, by paying Miracle Hill for
11   recruiting and screening only evangelical Christian
12   foster parents, right?
13        A    Right.
14        Q    And the relief you've asked for in your
15   lawsuit is for the court to order Governor McMaster
16   and the other Defendants to stop funding what you
17   referred to as Miracle Hill's discriminatory
18   recruiting and screening practices; is that right?
19        A    Right.
20        Q    So if Miracle Hill wasn't being reimbursed
21   by the state or federal government for its recruiting
22   and screening practices then there's no constitutional
23   violation, right?
24        A    Can you repeat that, please?
25        Q    So if Miracle Hill isn't getting reimbursed

1    for its discriminatory recruiting and screening
2    practices then there's not a constitutional problem or
3    a Constitution violation anymore, is there?
4         A    Right.
5         Q    Okay.
6              MR. COLEMAN:  Well, why don't we take a
7         break there.  Let's see.  It's 2:52 eastern.
8         And, Susan, I'll tell you, I'm probably -- well,
9         I don't want to over-promise.  I'm definitely
10        past the halfway point.  I'm probably on sort of
11        the downward slope toward the -- toward the
12        runway.  I'm happy to take however long or --
13        well, I'll either take a five-minute break, a
14        ten-minute break, whatever -- whatever would suit
15        everyone.  But just in terms of timing, I bet
16        I'll probably take maybe another 45 minutes or so
17        and I think I'll probably be wrapped up.  Do you
18        think five minutes or do you want to take ten --
19        maybe ten minutes is better just to give everyone
20        time to take care of --
21             MS. DUNN:  Yeah, why don't we say ten.
22             MR. COLEMAN:  Okay.  We'll be back around
23        3 -- about 3:02?
24             MS. DUNN:  Okay.
25             MR. COLEMAN:  Okay.  Sounds good.