*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit W

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**2017-2020 Licensure (G-10545-D0001-0005)**

No Of Days For Licensure        Calendar Year 2017

| PrimaryProvider | Average or Mean | Median |
| --- | --- | --- |
| Connie Maxwell Child Placing Agency | 195.33 | 161.00 |
| Lutheran Services - Therapeutic CPA | 174.00 | 174.00 |
| Miracle Hill Ministries, Inc. | 149.29 | 148.00 |
| SC Mentor - Therapeutic CPA | 435.50 | 435.50 |
| SC YAP - Therapeutic CPA | 224.27 | 128.00 |
| Specialized Alternative Youth | 12.00 | 12.00 |
| The Bair Foundation - Therapeutic CPA | 57.67 | 61.00 |
| (blank) | 121.02 | 92.00 |
| Grand Total | 126.07 | 95.00 |

| No Of Days For Licensure | Calendar Year 2018 | |
| --- | --- | --- |
| PrimaryProvider | Average or Mean | **Median** |
| Family Preservation - Therapeutic CPA | 165.00 | 165.00 |
| Growing Home Southeast - Therapeutic CPA | 2.00 | 2.00 |
| Miracle Hill Ministries, Inc. | 101.71 | 57.00 |
| SC Mentor - Therapeutic CPA | 38.50 | 19.00 |
| SC YAP - Therapeutic CPA | 58.27 | 22.00 |
| Specialized Alternative Youth | 9.33 | 10.00 |
| The Bair Foundation - Therapeutic CPA | 89.50 | 89.50 |
| (blank) | 111.93 | 98.00 |
| Grand Total | 109.13 | 96.00 |

10545-D-0002

| No Of Days For Licensure | Calendar Year 2019 | |
|---|---|---|
| PrimaryProvider | Average or Mean | **Median** |
| Broad Step Behavioral Health Inc. | 194.00 | 194.00 |
| Growing Home Southeast - Therapeutic CPA | 120.00 | 120.00 |
| Lifeline Children's Services | 496.00 | 496.00 |
| Lutheran Family Services of the Carolina | 318.00 | 318.00 |
| Miracle Hill Ministries, Inc. | 323.75 | 287.00 |
| SC Mentor - Therapeutic CPA | 46.50 | 29.50 |
| SC YAP - Therapeutic CPA | 87.30 | 47.00 |
| Specialized Alternative Youth | 64.00 | 64.00 |
| The Bair Foundation - Therapeutic CPA | 862.00 | 862.00 |
| Thornwell Home For Children | 140.00 | 140.00 |
| (blank) | 120.61 | 108.00 |
| Grand Total | 123.78 | 108.00 |

No Of Days For Licensure        Calendar Year 2020 (*Note data was extracted from CAPSS syster

| PrimaryProvider | Average or Mean | Median |
|---|---:|---:|
| Child Abuse Prevention Association | 220.00 | 220.00 |
| Church of God Home for Children-CPA | 48.00 | 48.00 |
| Epworth Children's Home - Regular CPA | 65.00 | 65.00 |
| Family Preservation - Therapeutic CPA | 1.00 | 1.00 |
| Growing Home Southeast - Therapeutic CPA | 152.50 | 152.50 |
| John K. Crosswell Home for Children | 36.00 | 36.00 |
| Lutheran Services - Therapeutic CPA | 40.00 | 40.00 |
| Miracle Hill Ministries, Inc. | 159.70 | 132.00 |
| SC Mentor - Therapeutic CPA | 369.50 | 369.50 |
| SC YAP - Regular CPA | 286.00 | 286.00 |
| SC YAP - Therapeutic CPA | 127.50 | 113.50 |
| Specialized Alternative Youth | 50.50 | 28.50 |
| The Bair Foundation - Regular CPA | 167.00 | 167.00 |
| The Bair Foundation - Therapeutic CPA | 18.00 | 18.00 |
| (blank) | 137.10 | 132.00 |
| Grand Total | 137.35 | 132.00 |

n at the end of October 2020, the CY2020 is incomplete)

10545-D-0005