*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit Z

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**Key Stats from Major Program Areas – Calendar Year**

**South Carolina Department of Social Services**

**Key Stats from Major Program Areas - Calendar Year**

*Note: Numbers are for the full CALENDAR year unless indicated otherwise.*

*CAPSS Data effective February 1, 2021 / additional data from Program Areas*

| Child Protective Services (CPS) | Calendar 2016 | Calendar 2017 | Calendar 2018 | Calendar 2019 | Calendar 2020 |
|---|---|---|---|---|---|
| Total number of abuse/neglect Intakes (referrals) during the **report period**. | 43,924 | 46,524 | 56,263 | 60,029 | 52,863 |
| # accepted for CPS Investigations (includes OHAN) | 24,980 | 26,347 | 37,837 | 37,255 | 31,527 |
| # screened out and referred to voluntary Community-Based Prevention Services | 9,515 | 10,506 | 7,931 | 10,337 | 10,961 |
| # screened out with no referral needed | 9,429 | 9,671 | 10,495 | 12,437 | 10,375 |
| Number of founded investigations during the **report period**. | 10,171 | 9,634 | 10,928 | 10,150 | 8,220 |
| Number of Investigations open on the **LAST DAY of report period**. | 2,624 | 2,881 | 3,713 | 4,043 | 3,694 |
| Total number of families that received Family Preservation Services during the entire **report period**. | 13,834 | 14,611 | 15,264 | 15,563 | 13,522 |
| Number of families receiving Family Preservation Services on the **LAST DAY of report period** | 6,764 | 6,676 | 7,322 | 6,982 | 6,750 |

| Foster Care | Calendar 2016 | Calendar 2017 | Calendar 2018 | Calendar 2019 | Calendar 2020 |
|---|---|---|---|---|---|
| Total number of children served in foster care during the **report period**. | 7,801 | 7,926 | 8,435 | 8,625 | 7,148 |
| # of newborns through 6-year-olds | 3,345 | 3,362 | 3,473 | 3,492 | 2,766 |
| # of 7-year-olds through 12-year-olds | 2,105 | 2,102 | 2,375 | 2,404 | 1,956 |
| # of 13-year-olds through 17-year-olds | 1,912 | 2,031 | 2,210 | 2,348 | 1,971 |
| # of 18-year-olds and older | 439 | 431 | 377 | 381 | 455 |
| Total number of children in foster care on **LAST DAY of report period** | 4,111 | 4,501 | 4,590 | 4,462 | 4,056 |
| # of newborns through 6-year-olds | 1,673 | 1,864 | 1,813 | 1,743 | 1,539 |
| # of 7-year-olds through 12-year-olds | 1,092 | 1,227 | 1,297 | 1,258 | 1,101 |
| # of 13-year-olds through 17-year-olds | 1,196 | 1,251 | 1,324 | 1,304 | 1,251 |
| # of 18-year-olds and older | 150 | 159 | 156 | 157 | 165 |
| Number of Regular Foster Homes on the **LAST DAY of report period** | 1,647 | 1,624 | 1,711 | 1793 | 1866 |
| Number of Therapeutic Foster Homes on the **LAST DAY of report period** | 1,057 | 1,050 | 1,076 | 1065 | 997 |

| Adoptive Services | Calendar 2016 | Calendar 2017 | Calendar 2018 | Calendar 2019 | Calendar 2020 |
|---|---|---|---|---|---|
| Number of families receiving adoption services during the **report period**. | 1,547 | 1,538 | 1,548 | 1,422 | 1,262 |
| Number of children receiving adoption services during the **report period**.** | | | | 2,453 | 2,182 |
| Number of adoptions finalized during the **report period**. | 384 | 484 | 476 | 570 | 457 |
| Number of children receiving adoption subsidies during the **report period**. | 6,340 | 6,396 | 6,476 | 6,585 | 6,610 |

| | Calendar 2016 | Calendar 2017 | Calendar 2018 | Calendar 2019 | Calendar 2020 |
|---|---|---|---|---|---|
| Total amount of adoption subsidies paid during the **report period**. | $ 28,496,404 | $ 29,810,790 | $ 31,633,005 | $ 33,826,157 | $ 36,259,467 |
| **Adult Protective Services (APS)** | Calendar 2016 | Calendar 2017 | Calendar 2018 | Calendar 2019 | Calendar 2020 |
| Total number of abuse/neglect Intakes (referrals) during the **report period**. | 9,182 | 11,114 | 13,559 | 15,371 | 16,093 |
| Number of these calls accepted for investigation during the **report period**. | 5,056 | 6,993 | 9,170 | 10,308 | 8,464 |
| **Temporary Assistance for Needy Families (TANF)** | Calendar 2016 | Calendar 2017 | Calendar 2018 | Calendar 2019 | Calendar 2020 |
| Average number of individuals receiving TANF benefits per month during the **report period**. | 24,493 | 22,521 | 18,326 | 19,934 | 19,938 |
| Total TANF benefits paid during the **report period**. | $28,849,005 | $26,886,543 | $25,379,653 | $25,264,301 | $24,998,360 |
| Number of jobs obtained by TANF employable recipients during the **report period**. | 5,923 | 5,170 | 4,442 | 3,757 | 1,832 |
| **Supplemental Nutrition Assistance Program (SNAP) (Food Stamps)** | Calendar 2016 | Calendar 2017 | Calendar 2018 | Calendar 2019 | Calendar 2020 |
| Average number of individuals receiving SNAP benefits per month during the **report period**. | 758,107 | 706,409 | 641,019 | 548,725 | 602,288 |
| Total paid in SNAP benefits during the **report period**. | $1,143,571,762 | $1,031,538,732 | $989,440,865 | $841,025,156 | $1,282,761,992 |
| **Child Support Program** | Calendar 2016 | Calendar 2017 | Calendar 2018 | Calendar 2019 | Calendar 2020 |
| Average number of open child support cases during the **report period**. | 191,727 | 185,129 | 182,433 | 182,997 | 178,670 |
| Amount collected in child support during the **report period**. | $297,160,706 | $300,683,835 | $302,539,262 | $299,648,930 | $345,234,118 |
| **Early Care and Education (SC Child Care)** | Calendar 2016 | Calendar 2017 | Calendar 2018 | Calendar 2019 | Calendar 2020 |
| Number children served with SC Child Care Vouchers | 21,417 | 21,386 | 21,660 | 20,932 | 27,170 |
| Annual child care licensing visits | 4345 | 3906 | 3,681 | 2,591 | 45* |

NOTE: numbers may change slightly from those reported on previous reports due to changes made in CAPSS after the close of the fiscal year.
* Because of COVID-19, the number of personal visits is lower. Only complaint visits and a few application visits were made in person, all others were virtual.
**Number of children receiving adoption services is a new element added in 2021 and numbers for earlier years will be added using historic data as time permits.