*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit AA

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**Staff members providing support to foster families for CPAs serving the Upstate Region**

**Staff members providing support to foster families for CPAs serving the Upstate Region**

| CPA | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Adoption Advocacy | 4 | 4 | 4 | 4 | 4 |
| Church of God Home for Children | 1 | 1 | 2 | 2 | 2 |
| Connie Maxwell | 2 | 2 | 2 | 2 | 2 |
| Epworth | N/A | N/A | 4 | 4 | 4 |
| Growing Home Southeast | 1 | 1 | 1 | 1 | 1 |
| Hope Embraced | N/A | N/A | 3 | 3 | 3 |
| Lutheran Services Carolina | 4 | 4 | 2 | 2 | 2 |
| Miracle Hill Ministries | 12 | 16 | 19 | 22 | 21 |
| New Foundation Home for Children | 2 | 2 | 3 | 3 | 3 |
| Nightlight Christian Adoption | 2 | 2 | 5 | 5 | 5 |
| Oasis of Hope | N/A | N/A | N/A | N/A | 3 |
| South Carolina Mentor (Greenville) | 4 | 4 | 4 | 3 | 3 |
| South Carolina Youth Advocate Program | 8 | 8 | 8 | 6 | 6 |
| Southeastern Children's Home | N/A | N/A | N/A | N/A | N/A |
| Specialized Alternative for Family and Youth | 10 | 8 | 8 | 6 | 5 |
| Tamassee DAR School | 0 | 1 | N/A | N/A | N/A |
| The Bair Foundation (Greenville) | 7 | 7 | 8 | 8 | 9 |
| Thornwell | 4 | 4 | 4 | 5 | 3 |

10545-G0720