*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit BB

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**Excerpts from Deposition of Diana Tester**

```
                                                              Page 1

 1               UNITED STATES DISTRICT COURT
                  DISTRICT OF SOUTH CAROLINA
 2                    GREENVILLE DIVISION
 3    EDEN ROGERS AND BRANDY WELCH,
                 Plaintiffs,
 4
             vs.         C.A. No. 6:19-cv-01567-JD
 5
      UNITED STATES DEPARTMENT OF HEALTH AND
 6    HUMAN SERVICES; XAVIER BECCERA, IN HIS
      OFFICIAL CAPACITY AS SECRETARY OF THE
 7    UNITED STATES DEPARTMENT OF HEALTH AND
      HUMAN SERVICES; ADMINISTRATION FOR
 8    CHILDREN AND FAMILIES; JOOYEUN CHANG, IN
      HER OFFICIAL CAPACITY AS THE SENIOR
 9    OFFICIAL PREFORMING THE DUTIES OF THE
      ASSISTANT SECRETARY OF THE
10    ADMINISTRATION FOR CHILDREN AND
      FAMILIES; JOOYEUN CHANG, IN HER OFFICIAL
11    CAPACITY AS PRINCIPAL
      DEPUTY ASSISTANT SECRETARY OF THE
12    ADMINISTRATION FOR CHILDREN AND
      FAMILIES; HENRY MCMASTER, IN HIS
13    OFFICIAL CAPACITY AS GOVERNOR OF THE
      STATE OF SOUTH CAROLINA; AND MICHAEL
14    LEACH, IN HIS OFFICIAL CAPACITY AS STATE
      DIRECTOR OF THE SOUTH CAROLINA
15    DEPARTMENT OF SOCIAL SERVICES,
                 Defendants.
16
17
18    VTC  30(b)(6)
      DEPOSITION OF:    SC DSS, Through its agent:
19                      DIANA TESTER
20    DATE:             December 16, 2021
21    TIME:             9:32 a.m.
22    LOCATION:         Zoom-Columbia, SC
23    TAKEN BY:         Counsel for the Plaintiffs
24    REPORTED BY:      Roxanne Easterwood, RPR
25    VIDEOGRAPHER:     Roosevelt Hamilton
```

1   directs DSS not to deny licensure to faith-based
2   CPAs solely on account of their religious identity
3   or religious belief.  Does that -- does that sound
4   familiar?
5         A.   I -- I think -- I -- I don't know.
6   I -- I'm sure that I've heard of it.  I -- you
7   know, I -- quite honestly, I don't keep track of
8   orders like that.  I -- I just don't.  I'm sorry.
9         Q.   Is there any way to know
10  whether -- whether the granting of that order or
11  of the waiver had any impact on the number of
12  foster homes?
13             MR. COLEMAN:  Object to the form of the
14  question.
15             But you can answer.
16             THE WITNESS:  No.  I mean, there would
17  have to be, like, a huge research,
18  statistical-type study to see if there's an
19  association, and -- and, really, I -- I don't even
20  know how they would control all of the variables.
21  BY MS. MADGAVKAR:
22        Q.   Right.  The DSS didn't look
23  into -- into whether the -- the waiver or the
24  executive order affected the number of foster
25  homes, right?  We talked about that earlier.