*Rogers et al. v. U.S. Dept. of Health and Human Servs., et al.*

# Exhibit CC

**to Governor Henry McMaster's and Michael Leach's Motion for Summary Judgment and Memorandum in Support Thereof**

**Excerpts from Deposition of Dr. David Brodzinsky**

Dr. David Brodzinsky                                      January 12, 2022
Rogers, Eden, et al v. U.S. Dept. of Health and Hu

```
                                                            Page 1

 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF SOUTH CAROLINA
 2                     GREENVILLE DIVISION
 3   EDEN ROGERS AND BRANDY WELCH,
 4              Plaintiffs,
 5         vs.       CIVIL ACTION NO. 6:19-cv-01567-JD
 6   UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
     SERVICES; ALEX AZAR, IN HIS OFFICIAL CAPACITY AS
 7   SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH
     AND HUMAN SERVICES; ADMINISTRATION FOR CHILDREN AND
 8   FAMILIES; LYNN JOHNSON, IN HER OFFICIAL CAPACITY AS
     ASSISTANT SECRETARY OF THE ADMINISTRATION FOR
 9   CHILDREN AND FAMILIES; SCOTT LEKAN, IN HIS OFFICIAL
     CAPACITY AS PRINCIPAL DEPUTY ASSISTANT SECRETARY OF
10   THE ADMINISTRATION FOR CHILDREN AND FAMILIES; HENRY
     MCMASTER, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF
11   THE STATE OF SOUTH CAROLINA; AND MICHAEL LEACH, IN
     HIS OFFICIAL CAPACITY AS STATE DIRECTOR OF THE
12   SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES,
13              Defendants.
14
15   DEPOSITION OF:   DR. DAVID BRODZINSKY
16                    (Via videoconference)
17   DATE:            January 12, 2022
18   TIME:            1:06 p.m.
19   LOCATION OF
     WITNESS:         Walnut Creek, CA
21   TAKEN BY:        Counsel for the Defendant
22   REPORTED BY:     Lauren A. Balogh, RPR
23                    (Via videoconference)
24   _____
24
```

Page 111

1  you're talking about the individuals in this case
2  around which I have no information other than
3  what's been in the complaint and the answer and
4  what's been in maybe a couple -- some newspaper
5  reports that I may have seen at one point in time.
6  BY MR. COLEMAN:
7         Q.   Are you aware of any study or articles
8  that specifically analyze and show that LGBT people
9  who approach one CPA and refer to other CPAs
10 abandon their efforts to be licensed as a foster
11 parent?
12        A.   Phrased in that way the answer is no.
13 There is research showing that LGBT people, when
14 they apply to foster or adopt, frequently
15 experience a discrimination, delays, and
16 disruptions to the process.  Whether -- and some of
17 the research by -- it's qualitative research by
18 Abbie Goldberg also points out for some people that
19 they've decided not to pursue the process anymore.
20             Is that frequent or not frequent, I
21 don't know, but you phrased the question in a very
22 specific way and there is no research that I know
23 of that directly addresses that question.  I mean,
24 I've worked clinically with people who have been
25 dissuaded, and I know that Dr. Goldberg and her