# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DISTRICT

| | |
|---|---|
| EDEN ROGERS and BRANDY WELCH, | Case No.: 6:19-cv-01567-JD |
| Plaintiffs, | |
| -against- | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; | |
| XAVIER BECERRA, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; | |
| ADMINISTRATION FOR CHILDREN AND FAMILIES; | **INDEX TO EXHIBITS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| JANUARY CONTRERAS, in her official capacity as the Senior Official Performing the Duties of the Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND FAMILIES; | |
| JEFF HILD, in his official capacity as Principal Deputy Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND FAMILIES; | |
| HENRY MCMASTER, in his official capacity as Governor of the STATE OF SOUTH CAROLINA; and | |
| MICHAEL LEACH, in his official capacity as State Director of the SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES, | |
| Defendants. | |

Excerpts of the Deposition Transcript of Jacqueline Lowe ................................................Exhibit 1

Exhibit 17 to Deposition of Jacqueline Lowe........................................................................Exhibit 2

Data from DSS's Production, Bates stamped 10545-G0716 ..............................................Exhibit 3

Exhibit 15 to Deposition of Jacqueline Lowe........................................................................Exhibit 4

Emergency Contract Between SC DSS and South Carolina Mentor..................................Exhibit 5

Excerpts of the Deposition Transcript of Susan Roben .......................................................Exhibit 6

Excerpts of the Deposition Transcript of Dawn Barton.......................................................Exhibit 7

Exhibit 11 to Deposition of Dawn Barton .............................................................................Exhibit 8

Excerpts of the Deposition Transcript of Eden Rogers .......................................................Exhibit 9

Excerpts of the Deposition Transcript of Brandy Welch....................................................Exhibit 10

Excerpts of the Deposition Transcript of Aimee Maddonna ............................................Exhibit 11

Excerpts of the Deposition Transcript of Sharon Betts .....................................................Exhibit 12

Data from DSS's Production, Bates stamped 10545-G0001 .............................................Exhibit 13

Excerpts of the Deposition Transcript of Shaneka McDaniel-Oliver...............................Exhibit 14

Change to Contract, Bates stamped 10545-G0250.............................................................Exhibit 15

Miracle Hill Ministries' Spiritual Identify FAQs ...............................................................Exhibit 16

New Submission for Foster Care Inquiry, Dated April 28, 2019 .....................................Exhibit 17

Miracle Hill Ministries' Doctrinal Statement ....................................................................Exhibit 18

Excerpts of the Deposition Transcript of Reid David Lehman.........................................Exhibit 19

Miracle Hill Ministries' Foster Care FAQ..........................................................................Exhibit 20

Exhibit 18 to Deposition of Freddie Karen Busha.............................................................Exhibit 21

Excerpts of the Deposition of Lauren Collins Staudt ........................................................Exhibit 22

Exhibit 18 to the Deposition of Lauren Collins Staudt......................................................Exhibit 23

...

Exhibit 7 to Deposition of Jacqueline Lowe ..................................................................... Exhibit 24

Exhibit 9 to Deposition of Jacqueline Lowe ..................................................................... Exhibit 25

Letter from McMaster to Reid Lehman, dated February 21, 2018 ................................... Exhibit 26

Exhibit 19 to Deposition of Jacqueline Lowe ................................................................... Exhibit 27

Email from Richie Taylor to Steven Wagner, dated March 14, 2018 .............................. Exhibit 28

Photo of Miracle Hill's New License ................................................................................ Exhibit 29

Plaintiffs' Responses and Objections to McMaster's First Interrogatories to Plaintiffs .. Exhibit 30

Exhibit 13 to Deposition of Sharon Betts ......................................................................... Exhibit 31

Emails re "Foster Parent Inquiry" ...................................................................................... Exhibit 32

Excerpts of the Deposition Transcript of Freddie Karen Busha ....................................... Exhibit 33

Exhibit 13 to Deposition of Lauren Staudt ....................................................................... Exhibit 34

Exhibit 5 to Deposition of Dawn Barton ......................................................................... Exhibit 35

Excerpts of the Deposition of Diana Tester ..................................................................... Exhibit 36