# EXHIBIT 3

| Year | New Foster Home Licenses | New Foster Home Licenses assisted by CPA |
|------|--------------------------|------------------------------------------|
| 2017 | 803 | 362 |
| 2018 | 792 | 334 |
| 2019 | 797 | 337 |
| 2020 | 762 | 367 |
| 2021 | 672 | 484 |

10545-G0716

### 2017, Total
**New Foster Home Licenses**
Count of ProviderName: 803

**New Foster Home Licenses assisted by CPA**

| PrimaryProviderName | Count of ProviderName |
|---|---|
| Alston Wilkes Society | 3 |
| Carolina Therapeutic Services | 2 |
| Connie Maxwell Children's Ministries | 14 |
| Epworth Children's Home | 2 |
| Epworth Children's Home - Regular CPA | 7 |
| Family Preservation - Therapeutic CPA | 2 |
| Growing Home Southeast - Therapeutic CPA | 11 |
| John K. Crosswell Home for Children | 2 |
| Justice Works Behavioral Care | 6 |
| Lifeline Children's Services | 10 |
| Lutheran Family Services of the Carolina | 2 |
| Lutheran Services - Therapeutic CPA | 18 |
| Mandala Adoption Services | 1 |
| Miracle Hill Ministries, Inc. | 97 |
| New Foundations - Therapeutic CPA | 1 |
| Reid House Of Christian Servic | 1 |
| SC Mentor - Therapeutic CPA | 47 |
| SC YAP - Therapeutic CPA | 82 |
| Specialized Alternative Youth | 10 |
| The Bair Foundation Therapeutic CPA | 37 |
| Thornwell | 7 |
| **Grand Total** | **362** |

### 2018, Total
**New Foster Home Licenses**
Count of ProviderName: 792

**New Foster Home Licenses assisted by CPA**

| PrimaryProviderName | Count of ProviderName |
|---|---|
| Child Abuse Prevention Association | 9 |
| Church of God Home for Children-CPA | 2 |
| Connie Maxwell Children's Ministries | 3 |
| Epworth Children's Home - Regular CPA | 14 |
| Family Preservation - Therapeutic CPA | 4 |
| Growing Home Southeast - Therapeutic CPA | 13 |
| Justice Works Behavioral Care | 1 |
| Lifeline Children's Services | 6 |
| Lutheran Family Services of the Carolina | 3 |
| Lutheran Services - Therapeutic CPA | 15 |
| Miracle Hill Ministries, Inc. | 68 |
| New Foundations - Therapeutic CPA | 4 |
| SC Mentor - Therapeutic CPA | 31 |
| SC YAP - Therapeutic CPA | 83 |
| Specialized Alternative Youth | 14 |
| The Bair Foundation Therapeutic CPA | 55 |
| Thornwell | 9 |
| **Grand Total** | **334** |

### 2019, Total
**New Foster Home Licenses**
Count of ProviderName: 797

**New Foster Home Licenses assisted by CPA**

| PrimaryProviderName | Count of ProviderName |
|---|---|
| Adoption Advocacy, Inc | 1 |
| Broadstep Behavioral Health, Inc. | 4 |
| Child Abuse Prevention Association | 11 |
| Church of God Home for Children-CPA | 2 |
| Connie Maxwell Children's Ministries | 9 |
| Epworth Children's Home - Regular CPA | 31 |
| Family Preservation - Therapeutic CPA | 6 |
| Growing Home Southeast - Therapeutic CPA | 13 |
| John K. Crosswell Home for Children | 3 |
| Lifeline Children's Services | 12 |
| Lutheran Family Services of the Carolina | 3 |
| Lutheran Services - Therapeutic CPA | 21 |
| Miracle Hill Ministries, Inc. | 54 |
| New Foundations - Therapeutic CPA | 4 |
| Nightlight Christian Adoptions | 2 |
| SC Mentor - Therapeutic CPA | 29 |
| SC YAP - Therapeutic CPA | 67 |
| Specialized Alternative Youth | 17 |
| The Bair Foundation Therapeutic CPA | 35 |
| Thornwell | 13 |
| **Grand Total** | **337** |

### 2020, Total
**New Foster Home Licenses**
Count of ProviderName: 762

**New Foster Home Licenses assisted by CPA**

| PrimaryProviderName | Count of ProviderName |
|---|---|
| Adoption Advocacy, Inc | 1 |
| Child Abuse Prevention Association | 10 |
| Children Unlimited At Family Service Cen | 1 |
| Church of God Home for Children-CPA | 2 |
| Connie Maxwell Children's Ministries | 15 |
| Epworth Children's Home | 4 |
| Epworth Children's Home - Regular CPA | 46 |
| Epworth Children's Home -Therapeutic CPA | 3 |
| Family Preservation - Regular CPA | 4 |
| Family Preservation - Therapeutic CPA | 7 |
| Growing Home Southeast - Regular CPA | 6 |
| Growing Home Southeast - Therapeutic CPA | 9 |
| John K. Crosswell Home for Children | 3 |
| Lifeline Children's Services | 10 |
| Lutheran Services - Regular CPA | 8 |
| Lutheran Services - Therapeutic CPA | 10 |
| Miracle Hill Ministries, Inc. | 65 |
| National YAP - Therapeutic CPA | 2 |
| New Foundation Children & Family Serv. | 1 |
| New Foundations - Therapeutic CPA | 2 |
| Nightlight Christian Adoptions | 2 |
| SC Mentor - Regular CPA | 2 |
| SC Mentor - Therapeutic CPA | 26 |
| SC YAP - Regular CPA | 6 |
| SC YAP - Therapeutic CPA | 43 |
| Specialized Alternative Youth | 22 |
| The Bair Foundation - Regular CPA | 3 |
| The Bair Foundation Therapeutic CPA | 34 |
| Thornwell | 20 |
| **Grand Total** | **367** |

### 2021, Total
**New Foster Home Licenses**
Count of ProviderName: 672

**New Foster Home Licenses assisted by CPA**

| PrimProviderName | Count of ProviderName |
|---|---|
| Child Abuse Prevention Association | 11 |
| Church of God Home for Children-CPA | 4 |
| Connie Maxwell Children's Ministries | 18 |
| Epworth Children's Home | 4 |
| Epworth Children's Home - Regular CPA | 8 |
| Epworth Children's Home -Therapeutic CPA | 56 |
| Family Preservation - Regular CPA | 2 |
| Family Preservation - Therapeutic CPA | 5 |
| Growing Home Southeast - Regular CPA | 16 |
| Growing Home Southeast - Therapeutic CPA | 21 |
| Hope Embraced Adoption Agency | 1 |
| John K. Crosswell Home for Children | 2 |
| LIFELINE CHILDREN'S SERVICES | 6 |
| Lutheran Services - Regular CPA | 18 |
| Lutheran Services - Therapeutic CPA | 8 |
| Miracle Hill Ministries, Inc. | 54 |
| National YAP - Regular CPA | 25 |
| National YAP - Therapeutic CPA | 14 |
| New Foundations - Regular CPA | 1 |
| New Foundations - Therapeutic CPA | 3 |
| Nightlight Christian Adoptions | 9 |
| Oasis of Hope | 18 |
| SC Mentor - Regular CPA | 12 |
| SC Mentor - Therapeutic CPA | 27 |
| SC YAP - Regular CPA | 2 |
| SC YAP - Therapeutic CPA | 63 |
| Specialized Alternative Youth | 15 |
| The Bair Foundation - Regular CPA | 5 |
| The Bair Foundation Therapeutic CPA | 24 |
| Thornwell | 32 |
| **Grand Total** | **484** |

10545-G0717

## All Unduplicated Placements with a Private Provider

| Primary Provider | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Alston Wilkes Society | 21 | | | | |
| Broadstep Behavioral Health, Inc. | | | 3 | 3 | |
| Child Abuse Prevention Association | | 19 | 33 | 18 | 38 |
| Church of God Home for Children-CPA | | 5 | 13 | 11 | 14 |
| Connie Maxwell Children's Ministries | 20 | 9 | 32 | 26 | 43 |
| Epworth Children's Home - Regular CPA | 12 | 26 | 57 | 105 | 88 |
| Epworth Children's Home -Therapeutic CPA | | | 1 | 10 | 116 |
| Family Preservation - Regular CPA | | | | 3 | 4 |
| Family Preservation - Therapeutic CPA | 30 | 44 | 26 | 23 | 21 |
| Growing Home Southeast - Regular CPA | | | | 3 | 38 |
| Growing Home Southeast - Therapeutic CPA | 99 | 111 | 120 | 81 | 85 |
| John K. Crosswell Home for Children | | 3 | 8 | 5 | 9 |
| Justice Works Behavioral Care | 21 | 2 | | | |
| Lifeline Children's Services | 34 | 35 | 31 | 34 | 51 |
| Lutheran Services - Regular CPA | | | | 5 | 36 |
| Lutheran Services - Therapeutic CPA | 69 | 95 | 84 | 52 | 58 |
| Miracle Hill Ministries, Inc. | 240 | 261 | 310 | 235 | 235 |
| Miriam's Promise | | | 2 | 2 | 2 |
| National YAP - Regular CPA | | | | | 4 |
| National YAP - Therapeutic CPA | | | | | 10 |
| New Foundations - Regular CPA | | | | | 6 |
| New Foundations - Therapeutic CPA | 1 | 14 | 12 | 10 | 28 |
| Nightlight Christian Adoptions | 1 | 1 | 1 | 2 | 57 |
| Oasis of Hope | | | | | 32 |
| SC Mentor - Regular CPA | | | | 1 | 19 |
| SC Mentor - Therapeutic CPA | 211 | 321 | 260 | 225 | 211 |
| SC YAP - Regular CPA | | | | 2 | 2 |
| SC YAP - Therapeutic CPA | 739 | 816 | 746 | 539 | 596 |
| Specialized Alternative Youth | 157 | 146 | 178 | 132 | 162 |
| The Bair Foundation - Regular CPA | | | | 2 | 10 |
| The Bair Foundation Therapeutic CPA | 179 | 183 | 173 | 139 | 138 |
| Thornwell | 7 | 29 | 34 | 34 | 82 |
| **Total in CPAs only** | **1841** | **2120** | **2124** | **1702** | **2195** |
| **All Children served in FC for a CY** | **7926** | **8435** | **8625** | **7148** | **6582** |

## Unduplicated Therapeutic Placements with a Private Provider

| Primary Provider | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Alston Wilkes Society | 21 | | | | |
| Broadstep Behavioral Health, Inc. | | | 3 | 3 | |
| Epworth Children's Home -Therapeutic CPA | | | 1 | 10 | 116 |
| Family Preservation - Therapeutic CPA | 30 | 44 | 26 | 23 | 21 |
| Growing Home Southeast - Therapeutic CPA | 90 | 93 | 94 | 72 | 81 |
| Justice Works Behavioral Care | 21 | 2 | | | |
| Lutheran Services - Therapeutic CPA | 67 | 83 | 78 | 50 | 54 |
| Miracle Hill Ministries, Inc. | 3 | | | | |
| National YAP - Therapeutic CPA | | | | | 10 |
| New Foundations - Therapeutic CPA | 1 | 13 | 12 | 10 | 27 |
| SC Mentor - Regular CPA | | | | | 1 |
| SC Mentor - Therapeutic CPA | 202 | 310 | 254 | 215 | 209 |
| SC YAP - Therapeutic CPA | 709 | 795 | 705 | 509 | 573 |
| Specialized Alternative Youth | 146 | 138 | 167 | 130 | 160 |
| The Bair Foundation - Regular CPA | | | | 1 | |
| The Bair Foundation Therapeutic CPA | 165 | 167 | 152 | 110 | 123 |

10545-G0718

Number of unduplicated Children & Youth Under 18 years of age Served in Foster Care in the Upstate Region of South Carolina During the Calendar Year

Please note that these numbers include any unique child or youth under 18 years of age who was served at any time during the calendar year and differs from the "snapshot" number of children being served in foster care at any one given point in time during that year.

| CY 2017 | CY 2018 | CY 2019 | CY 2020 | CY 2021 |
|---------|---------|---------|---------|---------|
| 2,835   | 2,932   | 2,997   | 2,350   | 2,215   |

10545-G0719

**Staff members providing support to foster families for CPAs serving the Upstate Region**

| CPA | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Adoption Advocacy | 4 | 4 | 4 | 4 | 4 |
| Church of God Home for Children | 1 | 1 | 2 | 2 | 2 |
| Connie Maxwell | 2 | 2 | 2 | 2 | 2 |
| Epworth | N/A | N/A | 4 | 4 | 4 |
| Growing Home Southeast | 1 | 1 | 1 | 1 | 1 |
| Hope Embraced | N/A | N/A | 3 | 3 | 3 |
| Lutheran Services Carolina | 4 | 4 | 2 | 2 | 2 |
| Miracle Hill Ministries | 12 | 16 | 19 | 22 | 21 |
| New Foundation Home for Children | 2 | 2 | 3 | 3 | 3 |
| Nightlight Christian Adoption | 2 | 2 | 5 | 5 | 5 |
| Oasis of Hope | N/A | N/A | N/A | N/A | 3 |
| South Carolina Mentor (Greenville) | 4 | 4 | 4 | 3 | 3 |
| South Carolina Youth Advocate Program | 8 | 8 | 8 | 6 | 6 |
| Southeastern Children's Home | N/A | N/A | N/A | N/A | N/A |
| Specialized Alternative for Family and Youth | 10 | 8 | 8 | 6 | 5 |
| Tamassee DAR School | 0 | 1 | N/A | N/A | N/A |
| The Bair Foundation (Greenville) | 7 | 7 | 8 | 8 | 9 |
| Thornwell | 4 | 4 | 4 | 5 | 3 |

10545-G0720

**South Carolina CPAs serving the Upstate Region**

|    | Child Placing Agency Name | Areas Served | Licensed by DSS | Therapeutic Foster Care ("TFC"), Non-TFC or Both | Ages Served |
|----|---------------------------|--------------|-----------------|-------------------------------------------------|-------------|
| 1  | Church of God Home for Children | Upstate | 2013 | Non-TFC | Birth – 21 years of age |
| 2  | Connie Maxwell Children's Ministries | Upstate/Midlands | 1980's | Non-TFC | Birth – 21 years of age |
| 3  | Epworth Children's Home | Statewide | 2016 | Both | Birth – 21 years of age |
| 4  | Family Preservation Community Services | Statewide | 1997 | Both | Birth – 21 years of age |
| 5  | Growing Home Southeast | Statewide | 2004 | Both | Birth – 21 years of age |
| 6  | Hope Embraced Adoption Agency | Statewide | 2013 | Adoption and Non-TFC | Birth – 18 years of age |
| 7  | Lifeline Children's Services | Statewide | 2012 | Non-TFC | Birth – 21 years of age |
| 8  | Lutheran Services Carolinas | Statewide | 2000 | Both | Birth – 21 years of age |
| 9  | Miracle Hill Ministries, Inc. | Upstate | 1992 | Non-TFC | Birth – 21 years of age |
| 10 | New Foundations Home for Children, Inc. | Upstate | 2017 | Both | Birth – 21 years of age |
| 11 | Nightlight Christian Adoptions | Upstate/Midlands | 2019 | Non-TFC | Birth – 21 years of age |
| 12 | Oasis of Hope | Upstate | 2021 | Non-TFC | Birth – 21 years of age |

*Licensed adoption agencies fall under the category of CPAs and can assist in the licensure of foster parents when related to an adoption.

10545-G0721

| | | | | | |
|---|---|---|---|---|---|
| 13 | South Carolina Mentor | Statewide | 1984 | Both | Birth – 21 years of age |
| 14 | South Carolina Youth Advocate Program | Statewide | 1990 | Both | Birth – 21 years of age |
| 15 | Southeastern Children's Home | Upstate | 1980's | Non-TFC | Birth – 21 years of age |
| 16 | Specialized Alternative for Families and Youth | Statewide | 1994 | Both | Birth – 21 years of age |
| 17 | Tamassee DAR School | Upstate | 2017–2019 (closed in 2019) | Non-TFC | Birth – 21 years of age |
| 18 | The Bair Foundation | Statewide | 2002 | Both | Birth – 21 years of age |
| 19 | Thornwell | Upstate/Midlands | 2016 | Non-TFC | Birth – 21 years of age |
| 20 | Adoption Advocacy, Inc. | Statewide | Since before 1999 | N/A Adoption Only* (has assisted in the licensure of one or more foster parents in the past 5 years) | Birth – 18 years of age |
| 21 | Adoption Options | Statewide | 2002 | N/A Adoption Only* | Birth – 18 years of age |
| 22 | America World Adoption – South Carolina | Statewide | 2013 | N/A Adoption Only* | Birth – 18 years of age |
| 23 | Applewhite Adoptions | Statewide | 2014 | N/A Adoption Only* | Birth – 18 years of age |

*Licensed adoption agencies fall under the category of CPAs and can assist in the licensure of foster parents when related to an adoption.

| 24 | Bethany Christian Services | Statewide | Since before 1999 | N/A<br>Adoption Only*<br>(has one foster home for adoption purposes) | Birth – 18 years of age |
| --- | --- | --- | --- | --- | --- |
| 25 | Carolina Adoption Services | Statewide | 1993 | N/A<br>Adoption Only* | Birth – 18 years of age |
| 26 | Christian Adoption Services | Statewide | 2017 | N/A<br>Adoption Only*<br>(has one foster home for adoption purposes) | Birth – 18 years of age |
| 27 | Quiver Full Adoptions, Inc. | Statewide | 2017 | N/A<br>Adoption Only* | Birth – 18 years of age |

*Licensed adoption agencies fall under the category of CPAs and can assist in the licensure of foster parents when related to an adoption.