# EXHIBIT 8



Exhibit 0011