# EXHIBIT 11

Aimee Maddonna                    February 14, 2022
Maddonna, Aimee  Vs. United States Department Of Health And Human Services

Page 1

 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF SOUTH CAROLINA
 3                     GREENVILLE DIVISION
 4
 5    AIMEE MADDONNA,
 6              Plaintiff,
 7         vs.        CIVIL ACTION NO. 6:19-cv-03551-JD
 8    UNITED STATES DEPARTMENT OF HEALTH AND
      HUMAN SERVICES, ET AL.,
 9
                 Defendants.
10
      VIDEO TELECONFERENCE
11    DEPOSITION OF:   AIMEE MADDONNA
12    DATE:            February 14, 2022
13    TIME:            9:12 A.M.
14
      LOCATION:        Residence of Aimee Maddonna
15                     ███████████████████████
                       ███████████████████████
16
      TAKEN BY:        Counsel for the Defendants Governor
17                     Henry McMaster and Director Michael
                       Leach
18
      REPORTED BY:     LORI S. MORTGE,
19                     Certified Court
                       Reporter, CCR
20
21
22
23
24
25

```
                                                     Page 2

  1    APPEARANCES OF COUNSEL:
  2          ATTORNEYS FOR THE PLAINTIFF
                  AIMEE MADDONNA:
  3
                  AMERICANS UNITED FOR SEPARATION OF
  4               CHURCH AND STATE
                  BY:  KENNETH D. UPTON, JR. (Appearing by
  5                                              VTC)
                      ADRIANNE SPOTO (Appearing by VTC)
  6               1310 L Street NW
                  Suite 200
  7               Washington, DC 20005
                  (202) 466-3234
  8               upton@au.org
                  spoto@au.org
  9
             ATTORNEYS FOR THE DEFENDANT
 10               UNITED STATES DEPARTMENT OF HEALTH AND
                  HUMAN SERVICES:
 11
                  NELSON MULLINS RILEY & SCARBOROUGH, LLP
 12               BY:  MILES E. COLEMAN (Appearing by VTC)
                  2 West Washington Street
 13               Fourth Floor
                  Greenville, SC 29601
 14               (864) 373-2300
                  miles.coleman@nelsonmullins.com
 15
             ATTORNEYS FOR THE DEFENDANT
 16               UNITED STATES DEPARTMENT OF JUSTICE:
 17               UNITED STATES DEPARTMENT OF JUSTICE
                  BY:  CHRISTIE V. NEWMAN (Appearing by
 18                                              VTC)
                  1441 Main Street
 19               Suite 500
                  Columbia, SC 29201
 20               (803) 929-3030
                  christie.newman@usdoj.gov
 21
 22
 23
 24
 25          (INDEX AT REAR OF TRANSCRIPT)
```

Aimee Maddonna                                February 14, 2022
Maddonna, Aimee  Vs. United States Department Of Health And Human Services

                                                      Page 140

1            A.    So we're total -- okay.  Okay, cool.  So

2       we're totally off that one so it's not related;

3       right?

4            Q.    It's the same -- everything is related.

5            A.    I know everything is related.  It's

6       different than -- okay.  Different line of

7       questions.  Okay.

8            Q.    Yes.  So I guess what I'm asking is, you

9       know, one of the things in the Complaint is that

10      your understanding, what you've heard, is that

11      Miracle Hill has the most and the best resources and

12      support it can offer to foster parents.  I believe

13      you, I believe that's what you've heard, I don't

14      disagree with that.

15           My question is if -- if it were to turn

16      out -- if we were to find out that other CPAs in

17      Greenville had the same types and -- and comparable

18      kinds of resources and support to offer, then the

19      ability -- the availability of support and resources

20      between Miracle Hill or the others, if they're the

21      same or comparable, then that's not any -- any basis

22      upon which one is better than the other if they can

23      offer the same or comparable things; right?

24           A.    My answer to that is two-fold.  The

25      first one being that the reason why there would be

Aimee Maddonna                    February 14, 2022
Maddonna, Aimee  Vs. United States Department Of Health And Human Services

Page 141

1    more than one agency is presumably because different
2    families have different needs, different children
3    have different needs.  So what might be fabulous
4    resources in one may still not suit the needs of
5    somebody else.
6                Miracle Hill offered resources that at
7    the time their specific programs were not, to the
8    best of my knowledge, offered anywhere else.  That's
9    not to say that other CSAs may not have had great
10   resources, just that it's my understanding that
11   different CSAs exist to meet the needs of different
12   types of people.
13               Similarly -- or not similarly but also
14   to answer the question, the resources being offered
15   don't take away from that.  It's -- if in order to
16   garner those resources you have to pass a religious
17   litmus test, that doesn't open any doors in my
18   opinion.  That's -- so I don't...
19        Q.    Sure.  And I'm not saying that the
20   availability of support and resources is the only
21   issue.  Obviously -- we spent hours already this
22   morning talking about the fact there's this other
23   piece of the religious selectivity.  I'm not saying
24   that doesn't exist.  I'm just trying to say --
25   figure out what the other categories of difference

Page 142

1    or harm are.

2              Do you know whether other CPAs offer

3    similar types of support and resources to Miracle

4    Hill, or are you just --

5         A.   Well, no, no, but that's also why I said

6    that for me this is -- this is -- Miracle Hill is

7    the name in everybody's mouth.  It's great that

8    other CSAs are coming open or becoming more

9    surfaced; okay?  But I can -- I can still say that

10   in my community the only one that anybody is aware

11   of is Miracle Hill.  Those are the resources that

12   are talked about.  That's the option that is

13   discussed.  That's the -- that's still the one

14   that's the most known.

15             So I don't know what -- I can't speak to

16   what resources are -- and I can't even speak to

17   what's comparable because the whole point of having

18   more than one CSA in an area would be, I presume,

19   because my idea of best resources, even comparable

20   resources, is going to depend on the needs of me and

21   my family and the children that that CSA serves.

22             I can't speak to -- I can't even, not in

23   good conscious, speak as far as comparable services

24   and everything else because there are different

25   types of CSAs that offer different things.  I don't

Aimee Maddonna                                 February 14, 2022
Maddonna, Aimee  Vs. United States Department Of Health And Human Services

Page 143

1    know about here specifically but I do know that, in
2    general, different CSAs offer different things.
3    Like you said, regular foster placement, some of
4    them offer therapeutic foster placement.  Some of
5    them offer, you know, some sort of transitional or
6    group housing.  I'm sure they offer different levels
7    of foster parent support and all of that because
8    that's how CSAs work.
9            But I don't know specifically for here
10   because Miracle Hill is just the one that's talked
11   about.  It's the only one that's -- it's the only
12   one that I -- it's still the only one I know of by
13   name.  I know that there are others, but in my
14   group -- but in my community that's the one that I
15   know of.  And I can't speak for comparable or better
16   or most because that's going to vary depend on --
17   depending on what the need is.
18        Q.   So let me ask a couple of follow-ups
19   there, and one is just a very minor technical point
20   but just for the sake of the record, I'm not trying
21   to be nitpicky.
22        A.   Mm-hmm.
23        Q.   You keep saying CSA and I keep saying
24   CPA.  We're talking about --
25        A.   You're completely right.  I don't know

Page 144

1    why -- CPA I guess...

2          Q.    It's not like an accountant; right?

3          A.    Right.  It does -- if you say CPA,

4    that's where my ADHD brain is going.  I'm, like, CPA

5    just doesn't sound right so it must be CSA.

6          Q.    Listen.  You keep calling it CSA if you

7    want.  I just want -- later when we look at this

8    transcript we understand that every time you say CSA

9    we're talking about a CPA, but that's fine.  You

10   call it that.

11         A.    Yeah.  So CSA to me, I guess in my head

12   I'm thinking child services agency.  And like I

13   heard some people call I think in some areas CPS,

14   child protective services, is, like the equivalent

15   to where I grew up was DSS, Department of Social

16   Services.  So I guess I'm thinking because CPA

17   sounds like an accountant so I don't --

18         Q.    That's fine.  I just wanted to make sure

19   that you're talking about the other name --

20         A.    You're absolutely right.

21         Q.    So let me ask, too, related to an answer

22   you gave a moment ago.

23         A.    Mm-hmm.

24         Q.    I'm not asking you to name other CPAs in

25   the Upstate.  I'm not asking you to tell me who has