# EXHIBIT 13

**South Carolina Department of Social Services**
**Child Placing Agency Administrative Fees**

| Provider Name | July 1, 2016 - June 30, 2017 | July 1, 2017 - June 30, 2018 | July 1, 2018 - June 30, 2019 | July 1, 2019 - June 30, 2020 | July 1, 2020 - June 30, 2021 | July 1, 2021 - January 31, 2022 | Grand Total |
|---|---|---|---|---|---|---|---|
| CHILD ABUSE PREVENTION ASSOCIA | | | $ 15,230.00 | $ 32,740.00 | $ 52,480.00 | $ 72,595.00 | $ 173,045.00 |
|     State General Funds | | | $ 15,230.00 | $ 32,060.00 | $ 35,357.50 | $ 47,677.50 | $ 130,325.00 |
|     Federal Funds | | | | $ 680.00 | $ 17,122.50 | $ 24,917.50 | $ 42,720.00 |
| CHURCH OF GOD HOME FOR CHILDREN | | | $ 4,220.00 | $ 11,130.00 | $ 29,395.00 | $ 52,220.00 | $ 96,965.00 |
|     State General Funds | | | $ 4,220.00 | $ 11,130.00 | $ 24,680.00 | $ 47,357.50 | $ 87,387.50 |
|     Federal Funds | | | | | $ 4,715.00 | $ 4,862.50 | $ 9,577.50 |
| CONNIE MAXWELL | | | $ 14,540.00 | $ 22,540.00 | $ 77,625.00 | $ 124,805.00 | $ 239,510.00 |
|     State General Funds | | | $ 14,540.00 | $ 22,540.00 | $ 58,315.00 | $ 95,242.50 | $ 190,637.50 |
|     Federal Funds | | | | | $ 19,310.00 | $ 29,562.50 | $ 48,872.50 |
| EPWORTH CHILDREN S HOME | | | $ 28,720.00 | $ 110,570.00 | $ 298,490.00 | $ 398,815.00 | $ 836,595.00 |
|     State General Funds | | | $ 28,720.00 | $ 110,420.00 | $ 218,015.00 | $ 280,067.50 | $ 637,222.50 |
|     Federal Funds | | | | $ 150.00 | $ 80,475.00 | $ 118,747.50 | $ 199,372.50 |
| FAMILY PRESERVATION | | | | | $ 10,455.00 | $ 21,510.00 | $ 31,965.00 |
|     State General Funds | | | | | $ 7,005.00 | $ 15,467.50 | $ 22,472.50 |
|     Federal Funds | | | | | $ 3,450.00 | $ 6,042.50 | $ 9,492.50 |
| GROWING HOME SOUTHEAST | | | | | $ 71,475.00 | $ 165,885.00 | $ 237,360.00 |
|     State General Funds | | | | | $ 51,877.50 | $ 121,067.50 | $ 172,945.00 |
|     Federal Funds | | | | | $ 19,597.50 | $ 44,817.50 | $ 64,415.00 |
| JOHN K. CROSSWELL HOME FOR CHILDREN | | | $ 4,290.00 | $ 12,830.00 | $ 18,275.00 | $ 28,120.00 | $ 63,515.00 |
|     State General Funds | | | $ 4,290.00 | $ 12,830.00 | $ 14,720.00 | $ 19,085.00 | $ 50,925.00 |
|     Federal Funds | | | | | $ 3,555.00 | $ 9,035.00 | $ 12,590.00 |
| LUTHERAN FAMILY SERVICES | | | | | $ 47,135.00 | $ 124,490.00 | $ 171,625.00 |
|     State General Funds | | | | | $ 26,987.50 | $ 83,190.00 | $ 110,177.50 |
|     Federal Funds | | | | | $ 20,147.50 | $ 41,300.00 | $ 61,447.50 |
| MIRACLE HILL MINISTRIES INC | $ 620,800.00 | $ 592,080.00 | $ 644,515.00 | $ 525,280.00 | $ 755,900.00 | $ 188,305.00 | $ 3,326,880.00 |
|     State General Funds | $ 620,800.00 | $ 592,080.00 | $ 644,515.00 | $ 525,280.00 | $ 518,962.50 | $ 127,912.50 | $ 3,029,550.00 |
|     Federal Funds | | | | | $ 236,937.50 | $ 60,392.50 | $ 297,330.00 |
| NATIONAL YAP | | | | | | $ 19,660.00 | $ 19,660.00 |
|     State General Funds | | | | | | $ 18,132.50 | $ 18,132.50 |
|     Federal Funds | | | | | | $ 1,527.50 | $ 1,527.50 |
| NEW FOUNDATIONS | | | | | $ 6,835.00 | $ 31,205.00 | $ 38,040.00 |
|     State General Funds | | | | | $ 6,835.00 | $ 29,225.00 | $ 36,060.00 |
|     Federal Funds | | | | | | $ 1,980.00 | $ 1,980.00 |

10545-G0001

| Provider Name | July 1, 2016 - June 30, 2017 | July 1, 2017 - June 30, 2018 | July 1, 2018- June 30, 2019 | July 1, 2019 - June 30, 2020 | July 1, 2020 - June 30, 2021 | July 1, 2021 - January 31, 2022 | Grand Total |
|---|---|---|---|---|---|---|---|
| NIGHTLIGHT CHRISTIAN ADOPTIONS | | | | | $ 29,785.00 | $ 101,820.00 | $ 131,605.00 |
|     State General Funds | | | | | $ 24,875.00 | $ 69,405.00 | $ 94,280.00 |
|     Federal Funds | | | | | $ 4,910.00 | $ 32,415.00 | $ 37,325.00 |
| OASIS OF HOPE | | | | | | $ 31,385.00 | $ 31,385.00 |
|     State General Funds | | | | | | $ 19,755.00 | $ 19,755.00 |
|     Federal Funds | | | | | | $ 11,630.00 | $ 11,630.00 |
| SC YOUTH ADVOCATE PROGRAM INC | | | | | $ 150,565.00 | $ 430,630.00 | $ 581,195.00 |
|     State General Funds | | | | | $ 114,167.50 | $ 317,207.50 | $ 431,375.00 |
|     Federal Funds | | | | | $ 36,397.50 | $ 113,422.50 | $ 149,820.00 |
| SOUTH CAROLINA MENTOR | | | | | $ 87,435.00 | $ 208,465.00 | $ 295,900.00 |
|     State General Funds | | | | | $ 62,947.50 | $ 173,415.00 | $ 236,362.50 |
|     Federal Funds | | | | | $ 24,487.50 | $ 35,050.00 | $ 59,537.50 |
| SPECIALIZED ALTERNATIVE YOUTH | | | | | $ 21,465.00 | $ 61,395.00 | $ 82,860.00 |
|     State General Funds | | | | | $ 15,715.00 | $ 47,185.00 | $ 62,900.00 |
|     Federal Funds | | | | | $ 5,750.00 | $ 14,210.00 | $ 19,960.00 |
| THE BAIR FOUNDATION | | | | | $ 78,610.00 | $ 140,990.00 | $ 219,600.00 |
|     State General Funds | | | | | $ 53,107.50 | $ 102,767.50 | $ 155,875.00 |
|     Federal Funds | | | | | $ 25,502.50 | $ 38,222.50 | $ 63,725.00 |
| THORNWELL HOME FOR CHILDREN | | | $ 23,510.00 | $ 52,550.00 | $ 119,545.00 | $ 132,445.00 | $ 328,050.00 |
|     State General Funds | | | $ 23,510.00 | $ 52,550.00 | $ 88,817.50 | $ 107,582.50 | $ 272,460.00 |
|     Federal Funds | | | | | $ 30,727.50 | $ 24,862.50 | $ 55,590.00 |
| Grand Total | $ 620,800.00 | $ 592,080.00 | $ 735,025.00 | $ 767,640.00 | $ 1,855,470.00 | $ 2,334,740.00 | $ 6,905,755.00 |