# EXHIBIT 15



| | |
|---|---|
| **State of South Carolina**<br>Change Order# 5 | Contract Number: 4400021038<br>Date: 5/27/2021<br>Procurement Officer: Elizabeth M. Muenzenberger<br>Phone: 803-898-1844<br>E-Mail Address: Elizabeth.M.Muenzenberger@dss.sc.<br>Address: 1535 Confederate Avenue<br>Columbia, SC 29201 |

DESCRIPTION:   **Statewide Support for Non-Therapeutic Foster Families**
USING GOVERNMENTAL UNIT: **South Carolina Department of Social Services**
CONTRACTOR'S NAME AND ADDRESS: **Miracle Hill Ministries**

P.O. Box 2546
Greenville, South Carolina 29602

TYPE OF CHANGE:
☑ Change to Contract Scope of Work
☐ Change to Contract Pricing Pursuant to Existing Contract Clause.
Clause Name:                                                                  Clause No.:

☐ Administrative Change to Contract (such as changes in paying office, name of Agency Contract Administrator, etc.)
☑ Other Change

**IMPORTANT NOTICE:**
☑ **Change Order:** Contractor is required to sign this document and return **one (1)** copies to the procurement officer named above by the following date: **7/15/2021** Signed copy may be returned by email.
☐ **Contract Modification:** Contractor is required to acknowledge receipt of this document in writing by the following date:                Signed copy may be returned by email.

Contractor does not indicate agreement with change simply by acknowledging receipt.

DESCRIPTION OF CHANGE / MODIFICATION: (Attach additional pages if neccesary)

This contract will be extended to July 1, 2021 through June 30, 2022. SCDSS will remove the administrative rate effective July 1, 2021 at Miracle Hill's written request not to receive these funds. A change to the Scope of Work has been listed on Page 2.

**Except as provided herein, all terms and conditions of the Contract referenced above remain unchanged and in full force and effect.**

CONTRACTOR'S CERTIFICATE OF CURRENT COST OR PRICING DATA: The Contractor certifies that, to the best of its knowledge and belief, the cost or pricing data (as defined by 48 C.F.R. 2.101) submitted, either actually or by specific identification in writing, by the Contractor to the Procurement Officer in support of this change order are accurate, complete, and current as of the date this change order is signed. [*Procurement Officer must initial here _____ if Certificate inapplicable to this Change Order*]
(See "Pricing Data – Audit – Inspection" provision.) (Reference § 11-35-1830 & R. 19-445.2120)

| SIGNATURE OF PERSON AUTHORIZED TO EXECUTE THIS CHANGE ORDER & CERTIFICATE ON BEHALF OF CONTRACTOR: | SIGNATURE OF PERSON AUTHORIZED TO EXECUTE / ISSUE THIS CHANGE ORDER / CONTRACT MODIFICATION ON BEHALF OF USING GOVERNMENTAL UNIT: |
|---|---|
| By: **Ryan Duerk** <br>Digitally signed by Ryan Duerk<br>Date: 2021.07.19 15:36:23 -04'00'<br>(authorized signature) | By: **Susan Roben** <br>Digitally signed by Susan Roben<br>Date: 2021.07.20 10:50:00 -04'00'<br>(authorized signature) |
| Ryan T. Duerk<br>(printed name of person signing above) | Susan Roben<br>(printed name of person signing above) |
| Its: CEO<br>(title of person signing above) | Its: Chief Financial Officer<br>(title of person signing above) |
| Date: 7.19.21 | Date: 7/20/2021 |

CHANGE ORDER (MAR 2015)

10545-G0250

The Provider must provide SCDSS a yearly Foster Home Recruitment and Retention Plan by August 15, 2021.   Foster Home Recruitment and Retention efforts must be submitted to SCDSS on a quarterly basis to the Statewide Foster Parent Liaison.  Reports must be submitted via email to FPhelp@dss.sc.gov.

Monthly Rate Effective 7/1/2021 - 6/30/2022

| Age | Rate per Month |
|---|---|
| 0-5 Years | $605.00 |
| 6-12 Years | $708.00 |
| 13+ Years | $747.00 |

END OF CHANGE ORDER FIVE

**10545-G0251**