# EXHIBIT 17

**From:** BrandyWelch [███████████████]
**Sent:** Sunday, April 28, 2019 6:02 PM
**To:** Sharon Betts; Brenda Parks; Yvette Bates
**Subject:** New submission from Foster Care Inquiry

| | |
|---|---|
| **Agreement with Doctrinal Statement** | |
| • Yes | |
| **Name** | |
| Brandy Welch | |
| **Email** | |
| ███████████ | |
| **Address** | |
| ███████████ <br> Map It | |
| **Phone** | |
| ███████████ | |
| **Date of Birth** | |
| ███████ | |
| **Marital Status** | |
| Married | |
| **Spouse Name** | |
| Eden Rogers | |
| **Spouse's Date of Birth** | |
| ███████ | |
| **Spouse's Email** | |
| ███████████ | |
| **Spouse's Phone** | |
| ███████████ | |
| **How did you hear about Miracle Foster Care?** | |
| We live in Greenville, SC and Miracle Hill has a large presence here. | |
| **Why I want to be a foster parent (Check all that apply)** | |
| • I would like to help a child do something good with his/her life. <br> • I know there are children who need homes, and I think I should help. | |
| **Tell us any other reasons you would like to be a foster parent.** | |

| | |
|---|---|
| | Even if it is for a short period of time, we would like for more children to know what it feels like to be unconditionally loved and to be part of a loving family. We can provide a safe and loving environment. |
| **Please give a brief, personal testimony of your faith/salvation in Jesus Christ. If you are married, please include your spouse's testimony as well.** | |
| | My wife and I have very similar testimonies. We were both raised in Christian homes, and were both active in church through our childhood and teenage years. I was part of a Presbyterian church and my wife was part of a Baptist church. As we have had life experiences and grown into the people we are today, and as a same-sex couple, we feel comfortable with the Unitarian Universalist Church here locally, which embraces diverse religious backgrounds. For us, the core religious value of love is most important. |
| **Accept Terms?** | |
| | - I accept the Terms & Conditions. |

MIRACLE_HILL_SUBP_000594