# EXHIBIT 18



# Doctrinal Statement

**We believe**
>the Bible is the only inspired, infallible, inerrant and authoritative Word of God. **2 Tim. 3:16; 2 Pet. 1:20-21**

**We believe**
>there is one God, creator of heaven and earth, eternally existent in three distinct persons: Father, Son and Holy Spirit. **1 Tim. 2:5; Gen. 1:1; Mt. 3:16-17; Mt. 28:19; 2 Cor. 13:14; John 10:30**

**We believe**
>in the deity and humanity of Jesus Christ; that He was born of a virgin; we are redeemed by His atoning death through His shed blood; He bodily resurrected and ascended into Heaven and He will come again in power and great glory to judge the living and the dead. **Eph. 1:7-10; Acts 1:9-11; Mt. 1:23-25; 1 Cor. 15:1-8; 2 Tim. 4:1**

**We believe**
>in the value and dignity of all people, created in God's image but alienated from God and each other because of our sin and guilt and justly subject to God's wrath. **Gen 1:26-27; Psalm 139:13; Mt. 22:37-39; Rom. 12:20-21; Gal.6:10; Eph. 2:1-3; Rom. 5:12**

**We believe**
>that regeneration by the Holy Spirit by grace through faith is essential for the salvation of lost and sinful people. **Tit. 3:4-7; Eph. 2:8-9; 2 Cor. 6:2**

**We believe**
>in the forgiveness of sins, the resurrection of the body and life everlasting solely through repentance and faith in Jesus Christ. **Col. 1:13-14; 1 Thess. 4:16-17; John 3:16**

**We believe**
>that the Holy Spirit unites all believers in the Lord Jesus Christ and together they form one body, the church. **1 Cor. 12:12-13; 1 Cor. 12:27**

**We believe**
>God ordained the family as the foundational institution of human society. It is composed of persons related to one another by marriage, blood or adoption. We believe God's design for marriage is the legal joining of one man and one woman in a life-long covenant relationship. **Gen. 1:26-28; Eph. 5:21-6:4; Mt. 19:4-6**

**We believe**
>God creates each person as either male or female, and these two distinct, complementary sexes together reflect the image and nature of God. **Gen. 1:27; Gen. 2:18**