# EXHIBIT 21



## Agreement with Doctrinal Statement *

As an evangelical Christian foster care agency, we believe foster parents are in a position of spiritual influence over the children in their homes. Therefore, we require that foster parents who partner with us be followers of Jesus Christ, be active in and accountable to a Christian church, and agree in belief and practice with our doctrinal statement (found below and on our website at http://miraclehill.org/who-we-are/doctrinal-statement/). Before proceeding, please read our doctrinal statement. If after reading our doctrinal statement you find that Miracle Hill Foster Care is not a good fit for you, please let us connect you with another agency that can meet your needs. --------Doctrinal Statement-------- We believe: ---the Bible to be the only inspired, infallible, inerrant and authoritative Word of God. (2 Tim. 3:16; 2 Pet. 1:20-21) ---that there is one God, creator of heaven and earth, eternally existent in three distinctive persons: the Father, Son and Holy Spirit. (1 Tim. 2:5; Gen. 1:1; Mt. 3:16-17; Mt. 28:19; 2 Cor. 13:14; John 10:30) ---in the deity and humanity of Jesus Christ; that He was born of a virgin; that we are redeemed by His atoning death through His shed blood; that He bodily resurrected and ascended into heaven and that He will come again in power and great glory to judge the living and the dead. (Eph. 1:7-10; Acts 1:9-11; Mt. 1:23-25; 1 Cor 15:1-8; 2 Tim 4:1) ---in the value and dignity of all people created in God's image, but alienated from God and each other because of our sin and guilt and justly subject to God's wrath. (Gen. 1:26-27; Psalm 139:13; Mt. 22:37-39; Rom. 12:20-21; Gal. 6:10; Eph. 2:1-3; Rom. 5:12) ---that regeneration by the Holy Spirit by grace through faith is essential for the salvation of lost and sinful people. (Tit. 3:4-7; Eph. 2:8-9; 2 Cor. 6:2) ---in the forgiveness of sins, the resurrection of the body, and life everlasting solely through repentance and faith in Jesus Christ. (Col. 1:13-14; 1 Thess. 4:16-17; John 3:16) ---that the Holy Spirit unites all believers in the Lord Jesus Christ and that together they form one body – the church. (1 Cor. 12:12-13; 1 Cor. 12:27) ---God ordained the family as the foundational institution of human society. It is composed of persons related to one another by marriage, blood or adoption, and that God's design for marriage is the legal joining of one man and one woman in a life-long covenant relationship. (Gen. 1:26-28; Eph. 5:21-6:4; Mt. 19:4-6) ---God creates each person as either male or female, and these two distinct, complementary sexes, together reflect the image and nature of God. (Gen. 1:27; Gen. 2:18)

☐ Yes, I have read and agree with Miracle Hill's doctrinal statement.

**Exhibit 0018**

## Name *

| First | Last |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ |

## Email *

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Address *

**Street Address**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Address Line 2**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| City | State / Province / Region |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ |

**ZIP / Postal Code**

▮▮▮▮▮▮▮▮▮▮

## Phone *

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Date of Birth *

▮▮▮▮▮▮▮▮▮▮

☐ Yes, I would like to receive e-mail from Miracle Hill Ministries.

Marital Status *

Married

Spouse Name

Spouse's Date of Birth

Spouse's Email

Spouse's Phone

How did you hear about Miracle Foster Care? *

Why I want to be a foster parent (Check all that apply) *

- ☐ My children are older, or gone, and I want to have children around again.
- ☐ I would like for my child(ren) to have someone to play with.
- ☐ I would like to help a child do something good with his/her life.
- ☐ I need the money and I would rather work in my home.
- ☐ I think I am a good parent.
- ☐ I have no children and would like to try being a parent.
- ☐ I would really like to adopt a child, but the wait is so long.
- ☐ I know there are children who need homes, and I think I should help.
- ☐ I think I have good skills for working with children and would like to use them.
- ☐ My spouse really wants to get into foster parenting.

What age ranges of children are you are willing to foster? *

[redacted]

How many children are you willing to foster at the same time? *

[redacted]

Tell us any other reasons you would like to be a foster parent.



Miracle Hill Ministries is a non-denominational, Christian organization based upon a protestant statement of faith. All children entrusted to our care are to be cared for in an atmosphere that is conducive to spiritual growth, development, and moral direction.

Church you currently attend *



Please give a brief, personal testimony of your faith/salvation in Jesus Christ. If you are married, please include your spouse's testimony as well. *



**Miracle Hill Mission Statement**

Miracle Hill exists that homeless men, women and children receive food and shelter with compassion, hear the Good News of Jesus Christ and become productive members of society.

**Terms and Conditions**

I have read and agree to the requirements set forth by both the state of SC and Miracle Hill Ministries and located on the Foster Care page of MHM's website.

To the best of my knowledge, all the information provided on this form is correct. I understand that Miracle Hill will use this information for preliminary screening, and at this time I am not committing to becoming a foster parent, but rather indicating an interest, and I will be contacted for further discussion.

Accept Terms? *

☐ I accept the Terms & Conditions.





490 S. Pleasantburg Drive

Greenville, SC 29607

### QUICK LINKS

Contact Us

Media Resources

News Coverage

864.268.4357

Financial Accountability

Employment

Internship Program

# KEEP UP WITH US

# AFFILIATIONS

**Sign Up For Our Newsletter**

© 2021 Miracle Hill Ministries. Miracle Hill Ministries. Miracle Hill Ministries is a 501 (c)(3) nonprofit organization. | Finely Tuned ☐ by Engenius

**Notice: Cold weather shelters are open tonight at all Miracle Hill Rescue Mission locations.  Learn More**