# EXHIBIT 23

Page 1

```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF SOUTH CAROLINA
                    GREENVILLE DIVISION
   -------------------------------------------------X

   EDEN ROGERS and

   BRANDY WELCH,

                Plaintiffs,

        vs.               CASE NO. 6:19-cv-01567-TMC

   UNITED STATES DEPARTMENT OF HEALTH
   AND HUMAN SERVICES;
   ALEX AZAR, in his official capacity as SECRETARY of
   the UNITED STATES DEPARTMENT OF
   HEALTH AND HUMAN SERVICES;
   ADMINISTRATION FOR CHILDREN AND FAMILIES;
   LYNN JOHNSON, in her official capacity as ASSISTANT
   SECRETARY of the ADMINISTRATION FOR CHILDREN AND
   FAMILIES;
   SCOTT LEKAN, in his official capacity as PRINCIPAL
   DEPUTY ASSISTANT SECRETARY of the ADMINISTRATION
   FOR CHILDREN AND FAMILIES;
   HENRY MCMASTER, in his official capacity as
   GOVERNOR of the STATE OF SOUTH CAROLINA;

   MICHAEL LEACH, in his official capacity as STATE
   DIRECTOR of the SOUTH CAROLINA DEPARTMENT OF SOCIAL
   SERVICES,

                Defendants.
   -------------------------------------------------X
   VIDEOTAPED
   DEPOSITION OF:   LAUREN COLLINS STAUDT
                    (APPEARING VIA VIRTUAL ZOOM)

   DATE:            June 4, 2021

   TIME:            9:05 AM

   REPORTED BY:     TERRI L. BRUSSEAU
                    (APPEARING VIA VIRTUAL ZOOM)
```

```
 1    LOCATION OF
      THE DEPONENT:      Law Offices of
 2                       Davidson Wren & DeMasters
                         1611 Devonshire Drive, 2nd Floor
 3                       Columbia, SC
 4    TAKEN BY:          Counsel for the Plaintiffs
                         (Rebecca Schindel)
 5
      APPEARANCES OF COUNSEL:
 6
                ATTORNEYS FOR THE PLAINTIFFS
 7                  EDEN ROGERS and BRANDY WELCH:
 8                  CRAVATH SWAINES & MOORE, LLP
                    BY:  KATE JANSON
 9                       (APPEARING VIA VIRTUAL ZOOM)
                         REBECCA SCHINDEL
10                       (APPEARING VIA VIRTUAL ZOOM)
                         MALAVIKA (MIKA) MADGAVKAR
11                       (APPEARING VIA VIRTUAL ZOOM)
                    Worldwide Plaza
12                  825 Eighth Avenue
                    New York, NY  10019
13                  (212) 474-1989
                    kjanson@cravath.com
14                  rschindel@cravath.com
                    mmadgavkar@cravath.com
15
                    LAMBDA LEGAL DEFENSE AND EDUCATION
16                  FUND, INC.
                    BY:  CURREY COOK
17                       (APPEARING VIA VIRTUAL ZOOM)
                         MAIA ZELKIND
18                       (APPEARING VIA VIRTUAL ZOOM)
                    120 Wall Street, 19th Floor
19                  New York, NY  10005
                    (212) 809-8585
20                  ccook@lambdalegal.org
                    mzelkind@lambdalegal.org
21
22
23
24
25
```

Page 3

```
 1          ATTORNEYS FOR THE DEFENDANT
                MICHAEL LEACH, IN HIS OFFICIAL CAPACITY
 2              AS STATE DIRECTOR OF SOUTH CAROLINA
                DEPARTMENT OF SOCIAL SERVICES:
 3
                DAVIDSON WREN & DEMASTERS, PA
 4              BY:  JONATHAN RIDDLE
                     (APPEARING VIA VIRTUAL ZOOM)
 5              1611 Devonshire Drive, Suite 200
                Columbia, SC  29204
 6              (803) 806-8222
                jriddle@dml-law.com
 7
            ATTORNEYS FOR THE DEFENDANTS
 8              HEALTH AND HUMAN SERVICES,
                ADMINISTRATION FOR CHILDREN AND
 9              FAMILIES, THE SECRETARY OF HHS, LYNN
                JOHNSON, THE ASSISTANT SECRETARY OF
10              ADMINISTRATION OF CHILDREN AND
                FAMILIES, AND STEVEN WAGNER, ASSISTANT
11              SECRETARY OF ADMINISTRATION CHILDREN
                AND FAMILIES:
12
                UNITED STATES ATTORNEY'S OFFICE
13              DISTRICT OF SOUTH CAROLINA
                BY:  CHRISTIE NEWMAN,
14                   ASSISTANT UNITED STATES ATTORNEY
                     (APPEARING VIA VIRTUAL ZOOM)
15              55 Beattie Place, Suite 700
                Greenville, SC  29601
16              (864) 282-2100
                newman@usdoj.gov
17
            ATTORNEYS FOR THE DEFENDANT
18              HENRY MCMASTER, IN HIS OFFICIAL
                CAPACITY AS GOVERNOR OF THE STATE OF
19              SOUTH CAROLINA:
20              NELSON MULLINS RILEY & SCARBOROUGH, LLP
                BY:  MILES COLEMAN
21                   (APPEARING VIA VIRTUAL ZOOM)
                1320 Main Street, 17th Floor
22              Greenville, SC  29201
                (803) 799-2000
23              miles.coleman@nelsonmullins.com
24
25
```

```
                                                        Page 4
 1         ALSO PRESENT:
 2              George Libbares, Concierge Technician
                (Appearing Via Virtual Zoom)
 3
                Darin Weaver, Video Technician
 4              (Appearing Via Virtual Zoom)
 5              (INDEX AT REAR OF TRANSCRIPT)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 159

1              COURT REPORTER:  I'll take care of
2     that.
3              MR. COLEMAN:  Thank you.
4              MS. JANSON:  Okay.  That should be
5     loading now.
6     BY MS. SCHINDEL:
7         Q.   So this is -- for the record, this is
8     Exhibit 17.  It is Bates stamped Miracle_ Hill_
9     Subp_008026 to 028.
10             And this is a letter from DSS to
11    Senators Shealy, Young, Climer and Turner dated
12    February 28, 2018.  Have you seen this document
13    before?
14        A.   Really, I don't have it -- doesn't look
15    familiar to me.
16        Q.   Okay.  Well, we'll just spend a few
17    minutes with it.  Do you agree that this document
18    is a letter from DSS to -- to the senators that I
19    listed out before?
20        A.   Yes.
21        Q.   Do you agree that in the second
22    paragraph, it says -- it says:  Last year the
23    Department and MHM -- would you agree that MHM is a
24    reference to Miracle Hill --
25        A.   Yes.

Page 160

1  Q.  -- began having conversations regarding
2  MS -- MHM's practice of refusing services to foster
3  and adoptive families who are not Protestant
4  Catholic -- excuse me, Protestant Christian, e.g.,
5  Catholic, Episcopalian, Jewish, etc., in light of
6  federal regulations.
7  And then the paragraph below that says:
8  In response to your request letter dated February
9  21st, 2018, please find responsive documents
10 attached and more fully described below.
11 And then there's an italics below that
12 that says:  That DSS provide us with documentary
13 evidence to substantiate its position that Miracle
14 Hill may be unlawfully discriminating on the basis
15 of religion potentially in violation of various
16 South Carolina Code of Regulations?
17 A.  Yes.
18 Q.  And federal regulations.  And then you
19 see below that that there are attachments listed
20 out, Attachments 1 through 10?
21 A.  Yes.
22 Q.  And do you see that attachment one
23 says:  Excerpt from MHM 2017 licensing renewal
24 submission containing MHM's description of its
25 foster home program -- program describing

Page 161

1    qualifications, including the requirements that a
2    foster parent must, quote, one, be a born-again
3    believer in the Lord Jesus Christ as expressed by a
4    personal testimony and Christian conduct; two, be
5    in agreement without reservation with the doctrinal
6    statement of Miracle Hill Ministries; three, be an
7    active participant in --
8            COURT REPORTER:  Rebecca.  Rebecca,
9    you're -- Rebecca, you're going to have to slow
10   down for me.  Start with number two.
11           MS. SCHINDEL:  Two, be in agreement
12   without reservation with the doctrinal statement of
13   Miracle Hill Ministries; three, be an active
14   participant and in good standing with a Protestant
15   church, close quote, et cetera.
16           Do you see that?
17       A.  Yes.
18       Q.  And do you -- it says that an excerpt
19   from Miracle Hill's licensing renewal submission,
20   right?
21       A.  Yes.
22       Q.  And those are materials that you would
23   have received and reviewed?
24       A.  I may not have -- I may not have
25   reviewed it, but, yes, it would have gone with the

Page 162

1     packet that came through.
2          Q.   So then if we could tab -- excuse me,
3     mark Tab 45.
4               (EXHIBIT 18, Document entitled
5     Attachment 1 (Miracle Hill Foster Home Program),
6     MIRACLE_HILL_SUBP_007963 to 008025, was marked for
7     identification.)
8               MS. JANSON:   That should be coming up
9     now.
10              MS. SCHINDEL:   Okay.
11              MR. RIDDLE:   Still loading.
12    BY MS. SCHINDEL:
13         Q.   This is -- I'll just read into the
14    record while it's loading if that's all right.
15    This is Exhibit 18 Bates stamped
16    Miracle_Hill_Subp_007963 to 8025.   And if you'd
17    just let me know when it -- when it loads for you.
18         A.   Wait one second.
19         Q.   Sure.
20              MR. RIDDLE:   There you go.
21              THE WITNESS:   All right.
22    BY MS. SCHINDEL:
23         Q.   All right.   So if you are able to
24    scroll through, I think you'll find this is a
25    series -- a PDF with ten different attachments in

Page 163

1      it.
2          A.    Um-hum.
3          Q.    Does that look right to you?
4          A.    Yes.
5          Q.    And if you were to compare -- I know
6      it's hard to look at two exhibits at once, but I'll
7      submit to you that these attachments line up with
8      the attachments referenced in that letter on Tab
9      44.
10              If you look at Tab -- Attachment 1,
11     which is what we were just reading from a moment
12     ago and then the letter, and do you recall that
13     that was the excerpt from Miracle Hill's foster
14     care program?
15         A.    Yeah.
16         Q.    And that was submitted in the -- with
17     the 2017 licensing renewal based on that letter.
18     And if you look at the second paragraph here, it
19     says -- have you -- have you seen this document
20     before?
21         A.    I'm sure I have, yeah.
22         Q.    And the second paragraph says:  A
23     foster parent for Miracle Hill must, and then it
24     repeats the things that we just read a moment ago
25     into the record, be a born-again believer in the

Page 164

1  Lord Jesus Christ as expressed by a personal
2  testimony of Christian conduct, et cetera.
3          Do you agree that this aligns with the
4  excerpt we just read a moment ago?
5          A.   Yes.
6          Q.   And then do you see Number 5 in this
7  list of what a foster parent for Miracle Hill must
8  be?
9          A.   Yes.
10         Q.   And it says:  Have a lifestyle that is
11 free of sexual sin, to include pornographic
12 material, homosexuality and extramarital
13 relationship.  Right?
14         A.   Yes.
15         Q.   So -- and this would have been the 2017
16 submission to DSS, is that right?
17         A.   I mean, you -- you told me that.  I
18 don't -- I guess.  I don't know how I --
19         Q.   Do you agree that the letter that DSS
20 sent to the senators states that this is in the
21 2017 licensing renewal packet?
22         A.   Yes, correct.
23         Q.   So do you agree that this document from
24 Miracle Hill suggests that it will -- that a foster
25 parent from Miracle Hill cannot be in a same sex

```
                                              Page 165
 1      relationship?
 2           A.   That's what this says, yes.
 3           Q.   So do you agree that Miracle Hill was
 4      discriminating on the basis of sexual orientation?
 5           A.   It's possible, yes.
 6           Q.   Do you interpret that differently?
 7           A.   I -- just one of their beliefs that
 8      they have got down here.
 9           Q.   So do you agree that DSS was providing
10      this information that Miracle Hill was
11      discriminating on the basis of sexual orientation
12      in 20 -- before 2018?
13           A.   Yes.
14           Q.   Okay.  Earlier you had identified Oasis
15      of Hope as one of the CPAs that was licensed last
16      year, is that right?
17           A.   Yes.
18           Q.   What were the other three CPAs?
19           A.   Mindful Missions, Innovative Solutions,
20      and we are just licensing an adoption agency called
21      Abiding Love.
22           Q.   And is it accurate -- oh, I'm sorry.
23           A.   The adoption agency does not do -- will
24      not do foster care licensing.
25           Q.   I see.  So there are -- there are three
```