# EXHIBIT 25

**Exhibit 0009**

6/3/2021
Jacueline Lowe



South Carolina Department of Social Services
Columbia, South Carolina

# A License is Hereby Granted to

**Miracle Hill Ministries, Inc.**

To conduct a     **Child Placing Agency**

under the provision of Act No. 334, § 3 enacted March 10, 1986

located at     **490 South Pleasantburg Drive, Greenville**

County of     **Greenville**     State of South Carolina.

This license is issued with the following specifications

We are issuing a temporary license to provide care for children in a treatment
family type setting.

This license will expire     **7/26/2018**     by operation of law. However,
the license is subject to revocation by the South Carolina Department of Social
Services for the substantial violation of any provisions of the statute under which
it is issued, or   any of the rules and regulations adopted by the South Carolina
Department of Social Services and filed with the Legislative Council.

Issued this   **27th**   day of   **January**   , 2018

South Carolina Department of Social Services

By   *Jacqueline S Lowe*

License No.   SR-0000008099001-CPA

DSS Certificate 3059 (FEB 12) Edition of AUG 11 is obsolete.

ACLU 2.5.19 FOIA -006

10545-B-015