# EXHIBIT 31

On April 11, 2019, I received an e-mail from the MHM receptionist with a voice mail message. The voice mail message was from Brandy Welch (904-316-2120). She said that her family was interested in foster care and asked for someone to call her.

I called Brandy at around 9:45 a.m. on April 11, 2019. I asked her how I could help her. She said that she and her family were interested in foster care and she wanted to know how to get started. I referred her to our website and asked her to read the materials. I told her that if she felt that after reading them that she wanted to pursue that she could complete the on-line inquiry. She then went on to say that she had looked over the materials, but had some questions. She said that she has a wife. She said, "Does your website indicate what type of families you work with? Would we be disqualified?" I said, "I am not sure that is specifically addressed." I told her that MHM was a Christian ministry and views its work as a religious exercise and wants those who foster with us to share our mission, motivation and beliefs. She asked, "Do you have to be a Christian in order to be licensed by you?" I basically repeated my last sentence (MHM is a Christian ministry and views our work as a religious exercise and wants those who work with us to share our mission, motivation and beliefs." She said, "I am going to ask point blank: Do you have to be a Christian to be licensed with you? I don't understand some of the questions on the inquiry, why those questions are there." I said, "There are some questions on our on-line inquiry concerning your denomination, pastor's name, and a question about your belief and walk with Christ." She said, "So if I put I am Buddhist, would you accept it?" I told her we would look it over and contact her. She ended the conversation by saying, "I will fill out the inquiry and will you call me back once you received it?" I said, "Yes."

*Sharon M. Betts*

**Exhibit 0013**