# EXHIBIT 32

**From:** ccook@lambdalegal.org <ccook@lambdalegal.org>
**Sent:** Friday, January 22, 2021 11:39 AM
**To:** Katherine Janson <kjanson@cravath.com>
**Cc:** Serena Candelaria <scandelaria@cravath.com>; Peter Barbur <PBarbur@cravath.com>; kloewy@lambdalegal.org
**Subject:** FW: Foster Parent Inquiry

External (ccook@lambdalegal.org)

Report This Email  FAQ

**From:** Brandy Welch <███████████████████>
**Sent:** Friday, January 22, 2021 11:31 AM
**To:** Currey Cook <CCook@lambdalegal.org>
**Subject:** Fwd: Foster Parent Inquiry

Begin forwarded message:

**From:** Currey Cook <CCook@lambdalegal.org>
**Date:** May 6, 2019 at 3:29:47 PM EDT
**To:** Brandy Welch <███████████████████>
**Cc:** Eden 🖤 <███████████████████>, "lcooper@aclu.org" <lcooper@aclu.org>, Susan Dunn <sdunn@aclusc.org>
**Subject:** RE: Foster Parent Inquiry



**From:** Brandy Welch <​█​>
**Sent:** Monday, May 6, 2019 8:05 AM
**To:** Currey Cook <ccook@lambdalegal.org>
**Cc:** Eden 🖤 <​█​>; lcooper@aclu.org; Susan Dunn <sdunn@aclusc.org>
**Subject:** Re: Foster Parent Inquiry

Get Outlook for Android

---

**From:** Brandy Welch █
**Sent:** Wednesday, May 1, 2019 4:10:55 PM
**To:** Currey Cook
**Cc:** Eden ♡; lcooper@aclu.org; Susan Dunn
**Subject:** Re: Foster Parent Inquiry

On Wed, May 1, 2019 at 4:05 PM Currey Cook <ccook@lambdalegal.org> wrote:

**From:** Brandy Welch █
**Sent:** Wednesday, May 1, 2019 3:58 PM
**To:** Currey Cook <ccook@lambdalegal.org>; Eden 🖤 █

lcooper@aclu.org; Susan Dunn <sdunn@aclusc.org>
**Subject:** Fwd: Foster Parent Inquiry



---------- Forwarded message ---------
From: **Sharon Betts** <sbetts@miraclehill.org>
Date: Wed, May 1, 2019 at 2:22 PM
Subject: Foster Parent Inquiry
To:

Dear Ms. Welch and Ms. Rogers,

We appreciate your interest in foster care, and we hope we can help you find a way to serve foster children in South Carolina. As you may recall from our telephone conversation on April 11, and as stated on our website, Miracle Hill Ministries is a Christian ministry, and we view our care for needy adults and children as not only compelled by our faith, but as a part of our religious exercise. Accordingly, while we will gladly find a place for anyone to volunteer within our ministry community, we require those who hold positions of spiritual responsibility or influence—including foster parents—to share our Christian mission, motivation, and beliefs.

You stated in your inquiry that you attend the Unitarian Universalist Church and that you are in agreement with our doctrinal statement. The Unitarian Universalist Church, however, does not align with traditional Christian doctrine and thereby would not be considered a Christian church. Because we feel a religious obligation to partner with foster parents who share our beliefs and who are active in a Christian church, Miracle Hill will not be a good fit to assist you in your quest to secure state licensure to become foster parents. We can gladly refer you to the following agencies which may be able to assist you in your pursuit of a foster care license.

- Heart Felt Calling/DSS (888.828.3555)

- Thornwell Children's Home (864.938.2792)

- Bair Foundation (864.281.0058)

- SAFY (864.250.1601)

- Connie Maxwell Home for Children (864.942.1400)

- Mentor (864.233.9727)

- SC Youth Advocate Program (864.676.0210)

- Growing Homes of Southeast (800.344.5498)

- Lutheran Family Services (843.694.5359)

Finally, as noted above, there are many volunteer opportunities at Miracle Hill for which we gladly welcome any volunteers who wish to assist us in providing tangible service to the needy in our community. Should you be interested in learning more, you may look at the volunteer opportunities on our website (www.miraclehill.org).

Sharon M. Betts

Foster Care Licensing Supervisor | Foster Care

490 S. Pleasantburg Drive | Greenville, SC 29607

Office: 864.268.4357 | Direct: 864.605.6093

Shelter, food and miracles. Every day.



Miracle Hill exists that homeless children and adults receive food and shelter with compassion, hear the Good News of Jesus Christ and move toward healthy relationships and stability.

*This electronic communication (including attachments) may contain confidential information intended only for the use of the named recipient. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. If you have received this communication in error, please immediately notify us by return message or by telephone and delete this communication from your system. Thank you.*

ROGERS_WELCH_00053