# EXHIBIT 34

**Exhibit
0013**
Lauren Staudt

# DSS Licensing Partners
for the Upstate of SC

+ **Abbeville**

+ **Anderson**

+ **Cherokee**

− **Greenville**

**FOSTER HOME LICENSING AGENCY SELECTION**

Select the agency you would like to use for taking you through the licensing process.

**Oasis of Hope** is a Christian-based agency, but works with any individual or family who has a desire to make a difference in a child's life. There is no requirement for additional training beyond the 14 hours of pre-service training, unless specific needs of the child warrant additional instruction.

**Thornwell** began licensing foster families in 2017 and serves all types of families.

**Epworth** serves married couples and singles who want to foster. The agency serves families from any faith background and training is not faith-based.

**SC YAP** works with any individual or family who has a desire to serve children.

Call Us: - 888-828-3555     

**Growing Homes SE** works with any individual or family who has a desire to serve children.

**Connie Maxwell** serves married couples and single parents who want to foster.

**Miracle Hill** serves Christian foster parents and requires families to complete a statement of faith.

**SC Church of God Home for Children** serves Christian individuals and families of any denomination who want to foster and meet the basic requirements to do so in addition to signing a statement of faith and morality statement.

**Nightlight Foster Care Program** serves married couples that have been together at least two years and singles over the age of 25 who want to foster. The agency serves families from any faith background and training is not faith-based.

**New Foundations' CONNECTIONS** Foster Care Program works with all individuals and families who have a desire to care for the needs of children. We are here to serve those willing to make a difference in a child's life.

+ **Greenwood**

+ **Oconee**

+ **Laurens**

+ **Newberry**

+ **Pickens**

+ **Spartanburg**

6/3/2021                    DSS Licensing Partners - Upstate SC - Heartfelt Calling - SC Foster Parents

☰  DSS Licensing Partners

Privacy · Terms