# EXHIBIT 35



Connie Maxwell CHILDREN'S MINISTRIES

WHO WE ARE | WHAT WE DO | WHERE WE ARE | GET INVOLVED | STORIES & MEDIA | GIVE

# WHAT WE DO

Connie Maxwell has a long history of caring for children and their families, and has continued to develop new programs with individualized services that provide stability and Christ-centered support during their time of need. Each year, more than 200 children and their families participate in one of our core programs: residential care, crisis care, foster care and family care.

## OUR MINISTRIES

RESIDENTIAL CARE

FAMILY CARE

CRISIS CARE

FOSTER CARE

Foster parenting is a vital ministry to precious children who often come from tragic circumstances. Our mission is to provide safe, loving homes for children in need by connecting South Carolina churches and Christian families with community partners.

**GET IN TOUCH**

Connie Maxwell
(Headquarters)
810 Maxwell Avenue
Greenwood, SC 29646
Toll Free: (800) 868-2624

CONTACT US

**QUICK LINKS**

Programs
Events
Stories
Job Opportunities
Privacy Policy

**FOLLOW US**

**JOIN OUR NEWSLETTER**

Enter your email JOIN

Registered 501(c)(3). EIN: 57-0324927

© Copyright Connie Maxwell Children's Ministries 2020. All Rights Reserved.

Exhibit
0005