# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DISTRICT

| | |
|---|---|
| EDEN ROGERS and BRANDY WELCH, | Case No.: 6:19-cv-01567-JD |
| Plaintiffs, | |
| -against- | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; | |
| XAVIER BECERRA, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; | |
| ADMINISTRATION FOR CHILDREN AND FAMILIES; | **INDEX TO EXHIBITS TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| JANUARY CONTRERAS, in her official capacity as the Senior Official Performing the Duties of the Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND FAMILIES; | |
| JEFF HILD, in his official capacity as Principal Deputy Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND FAMILIES; | |
| HENRY MCMASTER, in his official capacity as Governor of the STATE OF SOUTH CAROLINA; and | |
| MICHAEL LEACH, in his official capacity as State Director of the SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES, | |
| Defendants. | |

Excerpts from the Deposition Transcript of Lauren Collins Staudt ...................................Exhibit 1

Civil Rights Discrimination Complaint Form,
Bates stamped MIRACLE_HILL_SUBP_0002056 ..........................................................Exhibit 2

Excerpts from the Deposition Transcript of Sharon Betts...................................................Exhibit 3

Miracle Hill Ministries' Emergency Contract,
Bates stamped ACLU 2nd Request FOIA-0019................................................................Exhibit 4

Excerpts from the Deposition Transcript of Shaneka McDaneil-Oliver ............................Exhibit 5

Excerpts from the Deposition Transcript of Jacqueline Lowe............................................Exhibit 6

Excerpts from the Deposition Transcript of Dawn Barton .................................................Exhibit 7

Excerpts from the Deposition Transcript of Reid David Lehman ......................................Exhibit 8

Expert Rebuttal Report of Dr. David M. Brodzinsky, PhD.................................................Exhibit 9