# EXHIBIT 1

```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF SOUTH CAROLINA
                     GREENVILLE DIVISION
   ----------------------------------------------------X

   EDEN ROGERS and

   BRANDY WELCH,

                   Plaintiffs,

         vs.              CASE NO. 6:19-cv-01567-TMC

   UNITED STATES DEPARTMENT OF HEALTH
   AND HUMAN SERVICES;
   ALEX AZAR, in his official capacity as SECRETARY of
   the UNITED STATES DEPARTMENT OF
   HEALTH AND HUMAN SERVICES;
   ADMINISTRATION FOR CHILDREN AND FAMILIES;
   LYNN JOHNSON, in her official capacity as ASSISTANT
   SECRETARY of the ADMINISTRATION FOR CHILDREN AND
   FAMILIES;
   SCOTT LEKAN, in his official capacity as PRINCIPAL
   DEPUTY ASSISTANT SECRETARY of the ADMINISTRATION
   FOR CHILDREN AND FAMILIES;
   HENRY MCMASTER, in his official capacity as
   GOVERNOR of the STATE OF SOUTH CAROLINA;

   MICHAEL LEACH, in his official capacity as STATE
   DIRECTOR of the SOUTH CAROLINA DEPARTMENT OF SOCIAL
   SERVICES,

                   Defendants.
   ----------------------------------------------------X
   VIDEOTAPED
   DEPOSITION OF:   LAUREN COLLINS STAUDT
                    (APPEARING VIA VIRTUAL ZOOM)

   DATE:            June 4, 2021

   TIME:            9:05 AM

   REPORTED BY:     TERRI L. BRUSSEAU
                    (APPEARING VIA VIRTUAL ZOOM)
```

```
 1   LOCATION OF
     THE DEPONENT:     Law Offices of
 2                     Davidson Wren & DeMasters
                       1611 Devonshire Drive, 2nd Floor
 3                     Columbia, SC
 4   TAKEN BY:         Counsel for the Plaintiffs
                       (Rebecca Schindel)
 5
     APPEARANCES OF COUNSEL:
 6
              ATTORNEYS FOR THE PLAINTIFFS
 7                EDEN ROGERS and BRANDY WELCH:
 8                CRAVATH SWAINES & MOORE, LLP
                  BY:  KATE JANSON
 9                     (APPEARING VIA VIRTUAL ZOOM)
                       REBECCA SCHINDEL
10                     (APPEARING VIA VIRTUAL ZOOM)
                       MALAVIKA (MIKA) MADGAVKAR
11                     (APPEARING VIA VIRTUAL ZOOM)
                  Worldwide Plaza
12                825 Eighth Avenue
                  New York, NY  10019
13                (212) 474-1989
                  kjanson@cravath.com
14                rschindel@cravath.com
                  mmadgavkar@cravath.com
15
                  LAMBDA LEGAL DEFENSE AND EDUCATION
16                FUND, INC.
                  BY:  CURREY COOK
17                     (APPEARING VIA VIRTUAL ZOOM)
                       MAIA ZELKIND
18                     (APPEARING VIA VIRTUAL ZOOM)
                  120 Wall Street, 19th Floor
19                New York, NY  10005
                  (212) 809-8585
20                ccook@lambdalegal.org
                  mzelkind@lambdalegal.org
21
22
23
24
25
```

Page 3

```
 1         ATTORNEYS FOR THE DEFENDANT
              MICHAEL LEACH, IN HIS OFFICIAL CAPACITY
 2            AS STATE DIRECTOR OF SOUTH CAROLINA
              DEPARTMENT OF SOCIAL SERVICES:
 3
              DAVIDSON WREN & DEMASTERS, PA
 4            BY:  JONATHAN RIDDLE
                   (APPEARING VIA VIRTUAL ZOOM)
 5            1611 Devonshire Drive, Suite 200
              Columbia, SC  29204
 6            (803) 806-8222
              jriddle@dml-law.com
 7
           ATTORNEYS FOR THE DEFENDANTS
 8            HEALTH AND HUMAN SERVICES,
              ADMINISTRATION FOR CHILDREN AND
 9            FAMILIES, THE SECRETARY OF HHS, LYNN
              JOHNSON, THE ASSISTANT SECRETARY OF
10            ADMINISTRATION OF CHILDREN AND
              FAMILIES, AND STEVEN WAGNER, ASSISTANT
11            SECRETARY OF ADMINISTRATION CHILDREN
              AND FAMILIES:
12
              UNITED STATES ATTORNEY'S OFFICE
13            DISTRICT OF SOUTH CAROLINA
              BY:  CHRISTIE NEWMAN,
14                 ASSISTANT UNITED STATES ATTORNEY
                   (APPEARING VIA VIRTUAL ZOOM)
15            55 Beattie Place, Suite 700
              Greenville, SC  29601
16            (864) 282-2100
              newman@usdoj.gov
17
           ATTORNEYS FOR THE DEFENDANT
18            HENRY MCMASTER, IN HIS OFFICIAL
              CAPACITY AS GOVERNOR OF THE STATE OF
19            SOUTH CAROLINA:
20            NELSON MULLINS RILEY & SCARBOROUGH, LLP
              BY:  MILES COLEMAN
21                 (APPEARING VIA VIRTUAL ZOOM)
              1320 Main Street, 17th Floor
22            Greenville, SC  29201
              (803) 799-2000
23            miles.coleman@nelsonmullins.com
24
25
```

```
                                                        Page 4
1         ALSO PRESENT:
2              George Libbares, Concierge Technician
                    (Appearing Via Virtual Zoom)
3
                Darin Weaver, Video Technician
4                   (Appearing Via Virtual Zoom)
5              (INDEX AT REAR OF TRANSCRIPT)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 15
 1            A.    No.
 2            Q.    What is the highest level of education
 3    that you have attained?
 4            A.    I have a Master's of Education from
 5    Winthrop.
 6            Q.    And what other degrees do you hold?
 7            A.    BS from Winthrop also in family and
 8    child development.
 9            Q.    In what years did you get those two
10    degrees?
11            A.    '80 -- 1984 for the BS and 1985 for the
12    Master's.
13            Q.    How long have you been employed by DSS?
14            A.    33 years.
15            Q.    What is your current position?
16            A.    Program Coordinator 2.  It's a
17    supervisor of a group home and child placing agency
18    unit.
19            Q.    And how long have you held those
20    positions?
21            A.    Since 2006.
22            Q.    And what was your job position before
23    this one?
24            A.    It was still in the same unit, but it
25    was a Program Coordinator 1, so I did not supervise
```

Page 59

1      was marked for identification.)
2      BY MS. SCHINDEL:
3              Q.   Okay.  What exhibit is that?  We'll
4      take a look.  I have Exhibit 4.  Let me know when
5      you have it.
6              MR. RIDDLE:  Coming right now.
7      BY MS. SCHINDEL:
8              Q.   Do you have the exhibit?
9              A.   Yes.
10             Q.   Okay.  This is Exhibit 4.  It's Bates
11     stamped Miracle Hill -- Miracle_Hill_Subp_002056 to
12     58.
13             Miss Staudt, if you would take a moment
14     to review this.  I -- if you don't mind, I'm going
15     to grab headphones because I'm hearing a lot of
16     background noise.  I will be back in one second.
17             Have you seen this document before,
18     Miss Staudt?
19             A.   I don't -- I can't say that I have.
20     I'm aware of a situation, but I don't remember
21     reading this.
22             Q.   Do you recall is this the situation
23     that you are aware of?
24             A.   Yes.
25             Q.   Did you ever follow up with the

Page 60

1       complainant about this complaint?
2           A.   We -- we looked at their policies as a
3       result of this complaint, but this complaint is
4       about a mentor and not a foster parent applicant.
5               COURT REPORTER:  I'm sorry, you said
6       about a mentor and a what?
7               THE WITNESS:  Not a foster parent
8       applicant.
9       BY MS. SCHINDEL:
10          Q.   As a result of this complaint, you
11      reviewed Miracle Hill's policies, is that what you
12      said?
13          A.   Yes.
14          Q.   Did you ever discuss this complaint
15      with Miracle Hill?
16          A.   Not directly, no.
17          Q.   What do you mean when you say not
18      directly?
19          A.   Not about a mentor.  We did -- Jackie
20      and I had a conversation with their staff.
21              MS. SCHINDEL:  Kate, could we please
22      mark Tab 9?
23              (EXHIBIT 5, E-mail dated 11/6/17 to
24      Millicent D. Wolfe from Beth Williams, with
25      attachments, was marked for identification.)

1     Q.   And which CPAs did you ask for these
2    policies and procedures from?
3         A.   I believe we just used that as an
4    opportunity to -- because a lot of times we didn't
5    get them every year because of, you know, being a
6    large document and we just got their changes.  We
7    use that as an opportunity to update our files and
8    we asked all of them to send it.
9         Q.   When did you ask all of them?
10        A.   Probably around the same time Millicent
11   was asking Miracle Hill.
12        Q.   And based on that review, did you
13   determine that any other CPAs in South Carolina
14   were discriminating against prospective foster
15   parents on the basis of religion?
16        A.   We did not see any.
17        Q.   Are you aware of any complaints against
18   other CPAs alleging discrimination on the basis of
19   religion?
20        A.   No.
21        Q.   Have you ever thought that other CPAs
22   in South Carolina might be discriminating on the
23   basis of sexual orientation?
24        A.   I'm not aware.  I have not -- I
25   don't -- I don't know.

Page 93

1  Q. Have you ever suspected that they might
2  be discriminating on the basis of sexual
3  orientation?
4  A. No.
5  Q. Are you aware of any complaints that
6  other CPAs -- against other CPAs alleging
7  discrimination on the basis of sexual orientation?
8  A. I'm not aware of any.
9  Q. Are you familiar with a CPA called
10 Southeastern Children's Home?
11 A. Yes.
12 Q. Do you oversee their license --
13 supervise their licensure?
14 A. Yeah.
15 Q. Do you monitor their compliance with
16 nondiscrimination policies and requirements?
17 A. We -- we do the same for them as we do
18 others.
19 Q. Have you ever become aware that
20 Southeastern Children's Home discriminates against
21 prospective foster parents on the basis of
22 religion?
23         MR. COLEMAN: Object to the form of the
24 question.
25         THE WITNESS: Well, they don't have any

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400