# EXHIBIT 2

In March I went through 5 hours of training with a group called Fostering Great Ideas in order to be a mentor to a child in foster care. They partner with Miracle Hill Ministries, a faith based charity in the upstate of SC. After the training we were told that if we were not Christian Protestants we could not mentor a child in one of the Miracle Hill homes or shelters. We could still mentor children in SC Department of Social Services (DSS) custody. So the pool of children available to the Christian Protestants is larger than for the rest of us. As a result I was one of the last three people out of approximately 25 in the class that were assigned mentees. I was not matched until late July. The child I was matched with is in a group home run by a different faith based organization that does not discriminate.

This is a volunteer program and the training was done on a Sunday and a Monday evening. I also went through back ground checks, sexual predator screening, and other necessary steps in order to be approved as a mentor.

I spoke with the CEO of Miracle Hill, Reed Leamon, and he in no uncertain terms told me he was going to continue this policy. As a faith based organization he believes that since he can discriminate with his employment practices he can also with outside volunteer groups.

I don't often feel religious discrimination but this has gotten me quite upset. Are not these children while in Miracle Hill custody still under the umbrella of state run DSS? If so how can they be allowed to deny me as a mentor? The mentoring program is as little as two outings a month.

These children are not the property of Protestant Christians only and they have the right to interact with people from other or absent of any faith, as that is how the real world operates. They also have a right not to be proselytized to. Currently Fostering Great Ideas is searching for male Miracle Hill mentors only, which translates to Muslims, Jews, and Catholics need not apply.

DSS claims they do not discriminate but they are partnering Miracle Hill which clearly does. These discriminatory practices need to end.



Thank you

Please contact me by phone 864▓▓▓▓ or email ▓▓▓▓.net



RECEIVED OCT 11 2017 By_____



EXHIBIT 9

MIRACLE_HILL_SUBP_002056

## South Carolina Department of Social Services
## CIVIL RIGHTS DISCRIMINATION COMPLAINT FORM

To file a complaint, complete this form and send it to Office of Civil Rights, South Carolina Department of Social Services, P.O. Box 1520, Columbia, SC 29202-9988 or fax it to 803-898-7269. If you need help filling out this form, you may call the DSS Office of Civil Rights at 1-800-311-7220 or in the Columbia area call 803-898-8080. For TTY: 1-800-311-7219. You are not required to use this form for making your complaint. SNAP complaints may be made verbally.

**Information So We Can Contact You:**

Your Name: [redacted]     Telephone: 864-[redacted]

Address: [redacted]

City: [redacted]     State: SC     County: Greenville     Zip Code: [redacted]

**Who do you think discriminated against you?**

Name: MIRACLE HILL MINISTRIES     Job: Reed Leeman / CEO

Address Where Person Works: Partnering w/ DSS

City: _____     County: _____     State: _____     Zip Code: _____

**What happened?**

See Attached

RECEIVED
OCT 11 2017
By_____

DSS Form 2601 (MAY 16) Edition of FEB 14 is obsolete.

**What happened? (Cont'd)**

_____
_____
_____
_____
_____
_____
_____

**You Believe You Were Discriminated Against Because of Your:**
☐ Race  ☐ Color  ☐ National Origin  ☐ Disability  ☐ Sex  ☐ Age  ☒ Religion  ☐ Political Beliefs

**What date did this happen?** _March 2017 (& continuing)_

**Your Signature:** ███████████████  **Date:** 10/5/17

This institution is prohibited from discriminating on the basis of race, color, national origin, disability, age, sex and in some cases religion or political beliefs.

The U.S. Department of Agriculture also prohibits discrimination based on race, color, national origin, sex, religious creed, disability, age, political beliefs or reprisal or retaliation for prior civil rights activity in any program or activity conducted or funded by USDA.

Persons with disabilities who require alternative means of communication for program information (e.g. Braille, large print, audiotape, American Sign Language, etc.), should contact the Agency (State or local) where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, (AD-3027), found online at: http://www.ascr.usda.gov/complaint_filing_cust.html, and at any USDA office, or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by:

(1) mail: U.S. Department of Agriculture
Office of the Assistant Secretary for Civil Rights
1400 Independence Avenue, SW
Washington, D.C. 20250-9410

(2) fax: (202) 690-7442; or

(3) email: program.intake@usda.gov.

For any other information dealing with Supplemental Nutrition Assistance Program (SNAP) issues, persons should either contact the USDA SNAP Hotline Number at (800) 221-5689, which is also in Spanish or call the State Information/Hotline Numbers (click the link for a listing of hotline numbers by State); found online at: http://www.fns.usda.gov/snap/contact_info/hotlines.htm.

To file a complaint of discrimination regarding a program receiving Federal financial assistance through the U.S. Department of Health and Human Services (HHS), write: HHS Director, Office for Civil Rights, Room 515-F, 200 Independence Avenue, S.W., Washington, D.C. 20201 or call (202) 619-0403 (voice) or (800) 537-7697 (TTY).

This institution is an equal opportunity provider.

You may also file a complaint of discrimination by contacting DSS. Write DSS Office of Civil Rights, P.O. Box 1520, Columbia, SC 29202-1520; or call (800) 311-7220 or (803) 898-8060 or TTY: (800) 311-7219.

DSS Form 2601 (MAY 16)                PAGE 2

MIRACLE_HILL_SUBP_002058