# EXHIBIT 5

Page 1

```
 1        UNITED STATES DISTRICT COURT
            DISTRICT OF SOUTH CAROLINA
 2             GREENVILLE DIVISION
       Case No. 6:19-cv-01567-TMC
 3     ------------------------------------x
       EDEN ROGERS and BRANDY WELCH,
 4                          Plaintiffs,
                  -against-
 5     UNITED STATES DEPARTMENT OF HEALTH
       AND HUMAN SERVICES;
 6
 7     XAVIER BECERRA, in his official
       capacity as Secretary of the UNITED
 8     STATES DEPARTMENT OF HEALTH AND HUMAN
       SERVICES;
 9
10     ADMINISTRATION FOR CHILDREN AND
       FAMILIES;
11
12     JOOYEUN CHANG, in her official
       capacity as Assistant Secretary of
13     the ADMINISTRATION FOR CHILDREN AND
       FAMILIES;
14
       JOOYEUN CHANG, in her official
15     capacity as Principal Deputy
       Assistant Secretary of the
16     ADMINISTRATION FOR CHILDREN AND
       FAMILIES;
17
       HENRY McMASTER, in his official
18     capacity as Governor of the
       STATE OF SOUTH CAROLINA; and
19
       MICHAEL LEACH, in his official
20     capacity as State Director of the
       SOUTH CAROLINA DEPARTMENT OF SOCIAL
21     SERVICES,
                          Defendants.
22     ------------------------------------x
23                  July 8, 2022
24     DEPOSITION OF SHANEKA McDANIEL-OLIVER
25
```

Page 2

1

2                      July 8, 2022

3                      9:02 a.m.

4

5          Remote Videotaped 30(b)(6)

6   Deposition of South Carolina Department

7   of Social Services by SHANEKA

8   McDANIEL-OLIVER, taken pursuant to Notice

9   by Plaintiffs via Zoom before Dawn

10  Matera, a Certified Shorthand Reporter

11  and Notary Public for the State of New

12  York.

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                          Page 3

 1
 2    A P P E A R A N C E S :
 3
 4       CRAVATH SWAINE & MOORE
         Attorneys for Plaintiffs Eden Rogers and
 5       Brandy Welch
            825 Eighth Avenue
 6          New York, New York 10019
            (212)474-1247
 7
         By:  CRISTOPHER RAY, ESQ.
 8            cray@cravath.com
              MIKA MADGAVKAR, ESQ.
 9            mmadgavkar@cravath.com
10
                     -and-
11
         AMERICAN CIVIL LIBERTIES UNION FOUNDATION
12          125 Broad Street, 18th Floor
            New York, New York 10004
13
         By:  LESLIE COOPER, ESQ.
14            lcooper@aclu.org
15
         NELSON MULLINS RILEY & SCARBOROUGH LLP
16       Attorneys for the State Defendants
            2 W. Washington Street, Suite 400
17          Greenville, South Carolina 29601
            (864)373-2352
18
         By:  MILES COLEMAN, ESQ.
19            miles.coleman@nelsonmullins.com
20
21       UNITED STATES ATTORNEY'S OFFICE SOUTH
         CAROLINA
22       Attorneys for the Federal Defendants
            1441 Main Street, Suite 500
23          Columbia, South Carolina 29201
            (803)929-3030
24
         By:  BENJAMIN TAKEMOTO, ESQ.
25            benjamin.Takemoto@usdoj.gov
```

Page 4

1   A P P E A R A N C E S : (Continued)

2

3   Also Present:

4        ETHAN STRICKLAND, Summer Associate

5        GEORGINA WILSON, Summer Associate,
                         Cravath Swaine & Moore

6

         ROCCO MERCURIO, Videographer

7

         DAN ACOSTA, Concierge

8

                    ~oOo~

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 25

1   They still have to go through the

2   licensing process.  And then you have

3   your private CPAs, which would be this,

4   our child placing agencies.  Miracle

5   Hill, a couple of other ones are, was

6   treated like our DSS foster homes.  When

7   they got this centralized board rate,

8   non-therapeutic kids placed in

9   non-therapeutic homes.

10      Q.    I see.  Thank you for that

11  clarification.  Were there some that I

12  think happened prior to this contract

13  that motivated DSS to enter into a

14  standard contract with all CPAs at that

15  time?

16      A.    So prior to the 2019 contract,

17  there was, Miracle Hill was receiving a

18  subsidy of $10 per day per child.  Other

19  organizations did not receive that.  So

20  in 2019 we made sure that all of the

21  other organizations did receive that same

22  $10 per day per child.

23      Q.    And do you know if there was a

24  reason that only Miracle Hill received

25  that -- is there a name for that $10 per

Page 43

1   see.

2        A.     So if you are on Article 3,

3   contractor's responsibility.

4        Q.     Thank you.  That is exactly

5   what I was looking for.  So under Article

6   3, number 1, the first responsibility of

7   a contractor reads -- and by the way,

8   does contractor refer to the CPA here?

9        A.     Contractor means the CPA.  We

10  say provider.  Many names.

11       Q.     But those are all

12  interchangeable and are referring to the

13  CPAs.  Great.  So that provision states,

14  "Contractor must make foster homes

15  available for placement of a child upon

16  receiving an approved license."

17             How does DSS understand that

18  requirement?

19       A.     That once the foster home is

20  licensed, then the agency is able to

21  place the child.

22       Q.     And then "Agency can only place

23  a child if the agency has available

24  foster homes."  Is that right?

25       A.     The agency can place a child if

Page 44

1    the agency is, if the CPA has a licensed

2    foster home available for the placing of

3    that child.

4         Q.    And so this means that the

5    contractor must have families that can be

6    made available for foster placements?

7         A.    This means that the contractor

8    must have foster homes in order for us to

9    place children.

10        Q.    And how does DSS understand

11   that contractors meet this requirement by

12   obtaining licensed foster homes?

13        A.    All contractors must go through

14   the licensing regulations and licensing

15   process.

16        Q.    And the licensing process,

17   you're referring to how foster families

18   get licensed through DSS?

19        A.    That is correct.

20        Q.    And as part of that process,

21   does DSS --

22             MR. RAY:  I'm sorry, was there

23        an objection there?

24             MR. COLEMAN:  No, I think that

25        was someone else clearing their

```
                                            Page 45
 1      throat.
 2              MR. RAY:  Sorry about that.
 3      Q.    And as part of that licensing
 4  process, does DSS understand that this
 5  provision requires CPAs to recruit foster
 6  families?
 7      A.    If the CPA -- I mean, this says
 8  that the contractor must make foster
 9  homes available for placement of children
10  upon receiving an approved license.  So
11  the contractor as a CPA organization,
12  they have to have licensed foster homes
13  in order to place children.
14      Q.    And in order to do that, do
15  CPAs have to recruit potential foster
16  families to become available foster
17  homes?
18      A.    So a child placing agency is,
19  it is their, I don't know, that's how
20  they -- that's how they have foster
21  homes.  I'm just trying to say, there is
22  no other way besides getting and working
23  with families in order for them to be
24  licensed, so have a foster home available
25  for the agency to place children in.
```

Page 46

1      Q.    So does that mean also that the
2   CPAs must conduct outreach to find these
3   families?
4           MR. COLEMAN:  Object to the form
5       of the question.
6           Go ahead.
7      A.    So as written in this contract,
8   they must provide training and support to
9   foster families.  If they find that a
10  foster family is interested and this is a
11  new foster family, they have that
12  one-on-one mentoring.  So I am sure there
13  is outreach, but I am not -- it is not
14  written as such in this contract.
15     Q.    And as a part of obtaining
16  available licensed foster homes, does
17  that include screening potential families
18  for suitability to be foster parents?
19     A.    So I don't understand what this
20  screening means, because that is not in
21  my area.  What does that mean?
22     Q.    Is the CPA responsible for
23  making an initial determination of
24  whether a potential foster family they
25  may have recruited would be suitable to

```
                                          Page 47
 1   go through the licensing process?
 2       A.    I know that they all have to go
 3   through licensing regulations.  So that's
 4   all I would know, because I am not in
 5   licensing.  But I am sure that they have
 6   to go through the same regulations that
 7   any other foster parent and CPA provider
 8   would, would have to go through.
 9       Q.    And if you know the answer to
10   this question, does that include
11   rejecting a potential applicant because
12   the CPA doesn't believe they would be
13   appropriate for the licensing process?
14           MR. COLEMAN:  And I'll object.
15       You can ask it again.  Can you ask it
16       again.  There was a word or two that I
17       think we just had a little garbled and
18       I don't know if you said projecting or
19       protecting.
20           MR. RAY:  I'll say that again.
21           MR. COLEMAN:  Thank you.
22       Q.    Would that include the CPA
23   rejecting a potential applicant that they
24   do not see as suitable for going through
25   the licensing process?
```

Page 53

```
 1      Q.    So what I was wanting to know
 2  is whether that includes race, religion
 3  and sexual orientation?
 4      A.    So it includes facets of all of
 5  those things that our kids bring.  And I
 6  don't want to narrow is down to race,
 7  religion.  Because our kids bring a whole
 8  bunch of stuff with them.  And that's on
 9  an individual basis, based on their
10  culture and how they were reared in their
11  home.
12      Q.    So you would agree it might
13  include those factors, but also include
14  others?
15      A.    I am saying it includes
16  multiple factors and multiple facets of
17  culture, and we expect foster parents to
18  be culturally sensitive to whatever that
19  child brings.
20      Q.    And that provision also refers
21  to providing training and support to
22  foster families.  What kinds of trainings
23  and support does DSS require a CPA to
24  provide?
25      A.    So training and support, if we
```

Page 54

```
 1   did not list it into this contract, then
 2   I cannot tell you.  There are licensing
 3   requirements that requires training and
 4   we have Foster Parent Association that
 5   does training.  But for me to sit here
 6   and tell you to list that, that's not in
 7   my capacity.
 8       Q.    So you wouldn't be able to say,
 9   for example, what kinds of training and
10   support around cultural sensitivities DSS
11   requires CPAs to provide?
12       A.    So we have a contract with the
13   Foster Parent Association that has
14   trainings in it.  There are a list of
15   trainings in that contract.  I did not
16   bring that contract with me to go through
17   what trainings that are offered, but I do
18   know that we have Foster Parent
19   Association that has particular trainings
20   related and to assist CPAs.  And I am
21   sure that some CPAs may have their own
22   training also.  But I can tell you that
23   we have a contract with the Foster Parent
24   Association for training.
25       Q.    Do you know if this provision
```

```
 1  contract, which we call Foster Parent
 2  Association that has training in it.
 3  Again, I did not bring that contract to
 4  go over which trainings there were, but
 5  there is that contract that has
 6  trainings, and those trainings are geared
 7  towards foster parents.
 8      Q.    Thank you very much.  I want to
 9  go back to what we were talking about
10  earlier, how this contract has changed
11  over time, and specifically with Miracle
12  Hill.  So you had mentioned before that
13  Miracle Hill, and please correct me if I
14  am misstating anything that you said, but
15  I believe you mentioned that at one point
16  Miracle Hill was the only non-therapeutic
17  CPA that was providing foster care
18  services that was being reimbursed for
19  those services; is that right?  And that
20  had to do with the missing word in the
21  memo that Miracle Hill felt they -- that
22  they were entitled to those funds?
23      A.    So Miracle Hill started
24  receiving the $10 per day per child.  The
25  intent was to go to our therapeutic
```

Page 57

1  organizations, not non-therapeutic
2  organizations.
3            And because of the
4  interpretation of that language, Miracle
5  Hill received that $10 per day per child.
6      Q.    And at that time Miracle Hill
7  was providing group home foster care
8  services and was receiving that payment
9  for those particular group home services;
10  is that right?
11      A.    So Miracle Hill had a group
12  home at that time and they were under a
13  contract for group home.  And they didn't
14  have a therapeutic agency.
15      Q.    Does the fact that Miracle Hill
16  was receiving those funds at that time,
17  does that mean that Miracle Hill was the
18  only non-therapeutic CPA providing those
19  foster care services at that time?
20      A.    So repeat that?
21      Q.    So the fact that Miracle Hill
22  was receiving $10 per day per child at
23  that time, does that mean that Miracle
24  Hill was the only non-therapeutic CPA
25  providing those foster care services at

Page 65

```
 1        questions or just for this document?
 2             MR. RAY:  I might have more
 3        questions, I just want to take a look
 4        at my notes to make sure.
 5             MR. COLEMAN:  Okay.
 6             THE VIDEOGRAPHER:  Now going off
 7        the record, the time is 10:27.
 8             (Off the record.)
 9             THE VIDEOGRAPHER:  Now back on,
10        the time is 10:37.
11   BY MR. RAY:
12        Q.    I think I just have a few more
13   clarifying questions and I will be
14   finished.
15             So going back to DSS's
16   relationship with non-therapeutic CPAs
17   before this contract was entered into, I
18   believe you indicated that there were
19   other non-therapeutic CPAs providing
20   foster care services, but they weren't
21   receiving the administrative rate for it;
22   is that right?
23        A.    So we had other non-therapeutic
24   CPAs that were not receiving the $10 per
25   day per child, but if they requested it,
```

Page 66

1    we would have given it to them also.

2         Q.    And does that mean that those

3    CPAs were not receiving funding through

4    DSS before this contract was entered

5    into?

6         A.    No, that doesn't mean that.  So

7    the provider, the foster homes get a

8    board rate.  They weren't receiving the

9    $10 per day per child.  But the providers

10   are given a board rate and those go to

11   the foster homes.

12        Q.    And so that's just a different

13   type of reimbursement that the

14   non-therapeutic CPAs were receiving,

15   that's different than the $10 per child

16   per day?

17        A.    So those go straight to the

18   foster homes that CPA providers have

19   licensed.  The $10 per child per day is

20   an administrative rate.

21        Q.    I see.  And then another

22   question.  Sorry, if you can just clarify

23   what a board rate was before this

24   contract was entered into.

25        A.    So a board rate, so for a,

Page 84

1    EXAMINATION (Continued)

2    BY MR. RAY:

3        Q.    So after the mistake in the

4    memo that resulted in Miracle Hill giving

5    that administrative rate, did DSS ever

6    tell any non-therapeutic CPA that they

7    would be eligible to receive that rate?

8        A.    So I can imagine during that

9    time if a provider asked for that rate,

10   DSS would honor and provide them that

11   rate, that $10 per day per child.

12       Q.    But none of the other CPAs may

13   have known that that rate was available

14   to them?

15       A.    So I've asked around, because

16   again in preparation for this, to ask why

17   didn't other providers get this rate, and

18   it is my understanding from asking around

19   that no other providers asked for this

20   rate.  And so they were, Miracle Hill was

21   the only one getting the $10 per day per

22   child until we did an emergency contract.

23       Q.    And that might have been

24   because you didn't know about it, but you

25   just didn't know?