# EXHIBIT 8

Page 1

```
 1              UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH CAROLINA
 2                 GREENVILLE DIVISION
 3      EDEN ROGERS
        and
 4      BRANDY WELCH,
 5              Plaintiffs,
 6           vs.              CASE NO. 6:19-CV-01567-JD
 7      UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
        SERVICES; ALEX AZAR, in his official capacity as
 8      Secretary of the UNITED STATES DEPARTMENT OF HEALTH
        AND HUMAN SERVICES; ADMINISTRATION FOR CHILDREN AND
 9      FAMILIES; LYNN JOHNSON, in her official capacity as
        Assistant Secretary of the ADMINISTRATION FOR
10      CHILDREN AND FAMILIES; STEVEN WAGNER, in his
        official capacity as Principal Deputy Assistant
11      Secretary of the ADMINISTRATION FOR CHILDREN AND
        FAMILIES; HENRY MCMASTER, in his official capacity
12      as Governor of the STATE OF SOUTH CAROLINA;
        and MICHAEL LEACH, in his official capacity as
13      State Director of the SOUTH CAROLINE DEPARTMENT OF
        SOCIAL SERVICES,
14                 Defendants.
15
        VIDEOTAPED VTC
16      30(b)(6)
        DEPOSITION OF:   MIRACLE HILL MINISTRIES, INC.
17                       BY: REID DAVID LEHMAN
                         (Appearing by VTC)
18
        DATE:            June 17, 2021
19
        TIME:            9:20 AM
20
        LOCATION:        Haynsworth, Sinkler, Boyd
21                       1 North Main Street, 2nd Floor
                         Greenville, SC
22
        TAKEN BY:        Counsel for the Plaintiffs
23
        REPORTED BY:     Susan M. Valsecchi, RPR, CRR
24                       Certified Realtime Reporter
                         (Appearing by VTC)
25
```

Page 2

```
 1      APPEARANCES OF COUNSEL VIA VTC:
 2           ATTORNEYS FOR THE PLAINTIFFS
                  EDEN ROGERS and BRANDY WELCH:
 3
                  CRAVATH SWAINE & MOORE
 4                BY:  REBECCA SCHINDEL
                       PETER BARBUR
 5                     SERENA CANDELARIA
                  825 Eighth Avenue
 6                New York, NY  10019
                  (212) 474-1247
 7                rschindel@cravath.com
                  pbarbur@cravath.com
 8                scandelaria@cravath.com
        - and -
 9                LAMBDA LEGAL
                  BY:  CURREY COOK
10                120 Wall Street, Floor 19
                  New York, NY  10005-3919
11                (212) 809-8585
                  ccook@lambdalegal.org
12
             ATTORNEYS FOR THE DEFENDANTS
13                HENRY MCMASTER, in his official
                  capacity as Governor of the STATE OF
14                SOUTH CAROLINA and MICHAEL LEACH, in
                  his official capacity as State Director
15                of the SOUTH CAROLINE DEPARTMENT OF
                  SOCIAL SERVICES:
16
                  NELSON MULLINS RILEY & SCARBOROUGH
17                BY:  MILES COLEMAN
                  Greenville ONE
18                2 W. Washington Street
                  Suite 400
19                Greenville, SC  29601
                  (864) 373-2352
20                miles.coleman@nelsonmullins.com
21           ATTORNEYS FOR THE WITNESS REID DAVID LEHMAN
                  AND MIRACLE HILL MINISTRIES, INC.:
22
                  HAYNSWORTH SINKLER BOYD PA
23                BY:  STEVEN MATTHEWS
                  1201 Main Street, 22nd Floor
24                Columbia, SC  29201
                  (803) 779-3080
25                smatthews@hsblawfirm.com
```

Page 3

```
 1          ATTORNEYS FOR THE DEFENDANTS
                 UNITED STATES DEPARTMENT OF HEALTH AND
 2               HUMAN SERVICES; ALEX AZAR, in his
                 official capacity as Secretary of the
 3               UNITED STATES DEPARTMENT OF HEALTH AND
                 HUMAN SERVICES; ADMINISTRATION FOR
 4               CHILDREN AND FAMILIES:
 5               UNITED STATES ATTORNEY'S OFFICE
                 SOUTH CAROLINA
 6               BY: CHRISTIE NEWMAN
                 1441 Main Street, Suite 500
 7               Columbia, SC  29201
                 (803) 929-3030
 8               christie.newman@usdoj.gov
 9

            ALSO PRESENT:
10               Darren Carreras, Videographer
                 Rick Christian, Concierge
11               Maia Zelkind, Paralegal
12

13

14          (INDEX AT REAR OF TRANSCRIPT)
15

16

17

18

19

20

21

22

23

24

25
```

Page 278

1          A.    I think my estimate was 30 to

2     50 percent.  So my belief is that 60 to 100 CPAs,

3     would now or soon cease serving as foster families

4     if Miracle Hill was not able to be the support

5     system for them.

6               Now, I also said that when you talk to

7     Sharon, she'll have a better estimate, and I would

8     trust her estimate over mine.

9          Q.    Because your estimate is more of a

10    guess?

11         A.    No, because Sharon is the one that

12    helped me form my estimate, and I think that she --

13    she would be able to have a more accurate estimate

14    than I would.

15         Q.    We had talked earlier about -- way back

16    in the beginning of this deposition -- about how

17    you thought that more than 15 individuals had been

18    turned away as prospective foster parents by

19    Miracle Hill; do you recall that?

20         A.    Yes.

21         Q.    Why were those individuals turned away?

22         A.    You will have to ask Sharon.

23         Q.    Do you have any personal knowledge of

24    those 15 individuals that you mentioned earlier?

25         A.    Well, no, I don't know -- I've not, as