AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| EDEN ROGERS; BRANDY WELCH, ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN ) <br> SERVICES; ALEX AZAR, *in his official capacity as Secretary of the* ) <br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN ) <br> SERVICES; ADMINISTRATION FOR CHILDREN AND ) <br> FAMILIES, *UNITED STATES DEPARTMENT OF HEALTH AND* ) <br> *HUMAN SERVICES*; LYNN JOHNSON, *in her official capacity as* ) <br> *Assistant Secretary of the ADMINISTRATION FOR CHILDREN AND* ) <br> *FAMILIES*; HENRY MCMASTER, *in his official capacity as* ) <br> *Governor of the STATE OF SOUTH CAROLINA*; and MICHAEL ) <br> LEACH, *in his official capacity as State Director for the SOUTH* ) <br> *CAROLINA DEPARTMENT OF SOCIAL SERVICES*, ) <br> Defendants. ) | Case No.: 6:19-cv-01567-JD |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Summary Judgment is entered for Defendants', United States Department of Health and Human Services; Alex Azar, i*n his Official Capacity as Secretary of the* United States Department of Health and Human Services; Administration for Children and Families, *United States Department of Health and Human Services*; Lynn Johnson, *in Her Official Capacity as Assistant Secretary of the Administration for Children and Families*; Henry Mcmaster, *in His Official Capacity as Governor of the State of South Carolina*; and Michael Leach, *in His Official Capacity as State Director for the South Carolina Department of Social Services*, and this case is dismissed.

This action was *(check one)*:

❏ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❏ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge, who grants Defendants' Motion for Summary Judgment.

Robin L. Blume
CLERK OF COURT

September 29, 2023                              By: s/Leah Gibbons, Deputy Clerk